ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

EVANS, MELVIN                    §
                                 §        3-10CV-2059B
vs.                              §
                                 §        CIVIL ACTION NO._____
HOME DEPOT U.S.A., INC.          §
                                 §
                                          44136

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Home Depot U.S.A., Inc. ("Home Depot") files this Notice of Removal and

states:

### INTRODUCTION OF STATE COURT ACTION

1.      On February 23, 2010, Plaintiff Melvin Evans, ("Evans" or "Plaintiff") initiated this

action by filing Plaintiff's Original Petition (the "Petition"), Cause No. CC-10-01305-A in the

County Court of Law No. 1 of Dallas County, Texas (the "State Court Action").   Plaintiff

amended and supplemented his Petition on September 14 and 17, 2010, respectively.   In both

the amended and supplemented Petitions, Plaintiff asserts new claims against Home Depot

U.S.A., Inc. ("Home Depot" or "Defendant") for alleged "breach of contract" for failure to honor a

written employment benefits contract between Plaintiff and Defendant.   Plaintiff claims that in

exchange for his performance, he was to receive compensation from Defendant for medical bills

incurred as a result of any work-related injuries and compensation for any work that he missed

as a result of sustaining such injuries.   As set forth more fully below, Plaintiff's breach of

contract claims relate to Defendant's self-funded ERISA pan and are preempted and governed

by ERISA.   Accordingly, Plaintiff's ERISA claims present federal questions and this case is ripe

for removal.

### TIMELINESS OF REMOVAL

2.      This notice of removal is timely under 28 U.S.C. § 1446(b) because it is filed

within thirty days after Home Depot first received a copy of a paper from which it could first be

ascertained the case is one which is or has become removable, *i.e.*, Plaintiff's First Amended Petition and First Supplemental Petition.

### GROUNDS FOR REMOVAL

3.      This lawsuit was filed on February 23, 2010 and is being removed within one year of its filing.[1]  As initially pled, Plaintiff brought only state common law negligence claims against Defendant Home Depot U.S.A., Inc, a nonsubscriber to workers' compensation, for two alleged on-the-job injuries (both essentially trip-and-falls) on May 22, 2008 and April 22, 2009, respectively.[2]

4.      Home Depot maintains an ERISA benefit plan known as the Texas Employee Accident Plan ("TEAP").  Subject to its terms and conditions, the TEAP provides medical and wage replacement benefits for employees who are injured on-the-job.

5.      For the first time on September 14, 2010, less than thirty days before this case was removed, Plaintiff filed his First Amended Petition and alleged that Home Depot was liable to him for "breach of contract" for its alleged failure to pay for medical treatment and past lost wages stemming from his on-the-job incidents.[3]  While Home Depot denies any liability to Plaintiff, the only plausible basis for claiming that Home Depot, a nonsubscriber, was required to pay him medical or wage replacement benefits is the TEAP ERISA plan which Plaintiff has mischaracterized as a "contract."  Regardless of Plaintiff's improper characterization of his new claims, Plaintiff has actually brought federal claims which are preempted by ERISA and

---

[1]     *See* Plaintiff's Original Petition, Request for Disclosure, and Jury Demand.

[2]     *Id.* at ¶¶ 5.01, 5.05, 6.01-6.02.

[3]     Plaintiff's First Amended Petition, Request for Disclosure, and Jury Demand at ¶¶ 5.02, 5.07, 6.03-6.05.

removable pursuant to this Court's federal question jurisdiction.[4]  This Court has supplemental

jurisdiction over Plaintiff's nonsubscriber negligence claims pursuant to 28 U.S.C. 1367(a).[5]

6.    In addition, diversity jurisdiction also exists in this case independently of this

Court's federal question and supplemental jurisdiction.[6]  Plaintiff is a citizen and resident of

Texas.[7]  Home Depot is Delaware corporation with its principal place of business in Atlanta.[8]  In

addition to making a claim for allegedly unpaid benefits, Plaintiff claims personal injury damages

in the form of at least $44,003.54 in past medical expenses, an undetermined amount of future

medical expenses, future lost income and earning capacity, past and future pain and suffering

damages, and past and future impairment as a result of his accidents.  Plaintiff also claims to be

---

[4]  See e.g., Metropolitan Life Insurance Co. v. Taylor, 481 U.S. 58, 60-62 (1987) (holding that ERISA claim characterized as state law breach of contract claim was a preempted federal claim subject to removal); Hernandez v. Jobe Concrete Products, Inc., 282 F.3d 360, 361-364 (5th Cir. 2002) (holding that "breach of contract" claim for allegedly unpaid medical and other benefits related to Texas nonsubscriber's ERISA plan, was preempted, and affirming denial of motion to remand); Hogan v. Kraft Foods, 969 F.2d 142, 144 (5th Cir. 1992) (holding that state law claims, including claims for breach of contract, that related to benefit payments under ERISA plan were preempted); Guilbeaux v. 3927 Foundation, Inc., 177 F.R.D. 387, 394 (E.D. Tex. 1998) (holding that breach of contract and other state law claims that related to nonsubscriber employer's occupational injury ERISA plan were preempted); Pyle v. Beverly Enterprises-Texas, Inc., 826 F.Supp. 206, 208-212 (N.D. Tex. 1993) (Fitzwater, J., denying motion to remand and holding that state law claims implicating nonsubscriber's benefit plan were preempted federal causes of action and that federal court had supplemental jurisdiction over state law negligence claims).

[5]  Pyle, 826 F.Supp. at 211-212.

[6]  This case was not initially removed on the basis of diversity because of a substantial body of case authority which, at the time, held that nonsubscriber negligence claims arose under the Texas Workers Compensation Act and were therefore not removable pursuant to 28, U.S.C. 1445(c). See Figueroa v. Healthmark Partners, L.L.C., 125 F.Supp.2d 209 (S.D. Tex. 2000) (Kent, J. holding that nonsubscriber negligence claims standing alone could not be removed because they "arise" out of Texas' Workers Compensation Act); see also Illinois National Ins. Co. v. Hagendorf Construction Co., Inc., 337 F.Supp.2d 902 (W.D. Tex. 2004); Smith v. Tubal-Cain Indus., Inc., 196 F.Supp.2d 421 (E.D. Tex. 2001); Dean v. Texas Steel Co., 837 F.Supp. 212, 214 (N.D. Tex. 1993).  On September 21, 2010, however, the Court of Appeals for the Fifth Circuit appears to have effectively overruled that authority. American International Specialty Lines Insurance Co. v. Rentech Steel LLC, No. 08-11052, 2010 WL 3633054 at *8-10 (5th Cir. September 21, 2010).

[7]  See Plaintiff's Original Petition, Request for Disclosure, and Jury Demand at ¶ 3.01

[8]  Id. at ¶ 3.02 (correctly alleging that Home Depot is a "foreign for-profit corporation").

entitled to punitive, exemplary damages and interest on all of his damages.  Plainly, there is more than $75,000 in controversy.[9]

## ATTACHMENT OF STATE COURT PLEADINGS

7.      Defendant has attached to this Notice as **Exhibit 1**, copies of the state court's file (with all executed process in the case) and docket sheet.

## NOTICE OF REMOVAL GIVEN TO STATE COURT

8.      Defendant has filed a Notice of Removal to Federal Court with the County Court at Law No. 1 of Dallas County, Texas, on the date of this filing with the United States District Court of the Northern District of Texas, Dallas Division.  A copy of the notice provided to the state court is attached to this Notice as **Exhibit 2**.

## CONCLUSION AND PRAYER

9.      Therefore, Defendant respectfully, requests that further proceedings in the state court action be discontinued, that Cause No. CC-10-01305-A in the County Court at Law No. 1 of Dallas County, Texas be removed to the United States District Court for the Northern District of Texas, Dallas Division, and that this Court assume full jurisdiction over this action as provided by law.

---

[9]     *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1412-13 (5th Cir. 1995), *cert. denied*, 516 U.S. 865 ("In [Texas], a plaintiff, in a case for unliquidated damages, cannot, absent a further showing, avoid removal . . . where defendants are able to show that it is facially apparent that the amount in controversy exceeds [$75,000]."); *see also e.g.*, *Manguno v. Prudential Prop. & Cas. Ins.* Co., 276 F.3d 720, 724 (5th Cir. 2002) and *Troiani v. Allstate Ins. Co.*, No. CIVA B-06-00067, 2006 WL 1851378, *1 (S.D. Tex. July 3, 2006).

Respectfully submitted,

**WINSTEAD PC**

By: _____

Peyton N. Smith
State Bar No. 18664350
Trek C. Doyle
State Bar No. 00790608
401 Congress Avenue, Suite 2100
Austin, Texas 78701
512.370.2800 (Telephone)
512.370.2850 (Telecopier)

**ATTORNEYS FOR DEFENDANT
HOME DEPOT U.S.A., INC.**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the _13_ day of October, 2010:

Andrew Sommerman
Sommerman & Quesada, LLP
3811 Turtle Creek Blvd., Ste. 1400
Dallas, Texas 75219-4461
214-720-0720
214-720-0184 fax
*Attorneys for Plaintiff Melvin Evans*

_____
Trek C. Doyle

612662v.2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| EVANS, MELVIN | § | |
| | § | |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| HOME DEPOT U.S.A., INC. | § | |

### INDEX OF MATTERS BEING FILED

| TAB | DATE | DOCUMENT |
|---|---|---|
| 1 | | Judge's Docket |
| 2 | 02/23/10 | Plaintiff's Original Petition, Request for Disclosure and Jury Demand |
| 3 | 02/24/10 | Letter from Judge D'Metria Benson to Steven S. Schulte setting the case for dismissal on June 25, 2010 at 9:00 a.m. |
| 4 | 02/23/10 | Citation to Home Depot USA, Inc. |
| 5 | 03/10/10 | Defendant's Original Answer |
| 6 | 03/19/10 | Letters from Judge D'Metria Benson to Trek Doyle and Steve S. Schulte setting case for trial |
| 7 | 03/22/10 | Plaintiff's Special Exceptions to Defendant's Original Answer |
| 8 | 03/31/10 | Notice of Filing Affidavits for Business and/or Medical Records |
| 9 | 04/16/10 | Filing Letter from Sommerman & Quesada, LLP to Clerk filing an Agreed Level 3 Scheduling Order |
| 10 | 04/16/10 | Filing letter from Sommerman & Quesada, LLP to Clerk filing Rule 11 Agreement |
| 11 | 04/30/10 | Letter from Steven S. Schulte to Peyton Smith and cc'ing Court serving Plaintiff's discovery requests |
| 12 | 05/04/10 | Vacation Letter from Andrew B. Sommerman |
| 13 | 05/07/10 | Letter from Judge D'Metria Benson to Ken Rubenstein, Trek Doyle, and Steven Schulte setting jury trial for 2/8/11 at 9:00 am |
| 14 | 05/14/10 | Letter from Andrew Sommerman to Peyton Smith cc'ing the Court attaching  Jury Trial Notice, Mediation Order and Conformed Agreed Level 3 Scheduling Order. |
| 15 | 05/21/10 | Plaintiff's Designation of Lead Counsel |
| 16 | 08/04/10 | Plaintiff's Motion to Quash, for Protection from Discovery and Objections to Depositions by Written Questions |
| 17 | 09/09/10 | Plaintiff's Notice of Filing Rule 11 Agreement |
| 18 | 09/14/10 | Plaintiff's First Amended Petition, Request for Disclosure and Jury Demand |
| 19 | 09/17/10 | Plaintiff's First Supplemental Petition, Request for Disclosure and Jury Demand |
| 20 | 09/23/10 | Reporter's Certification for Deposition of Melvin |

EXHIBIT
1

| | | Evans |
|----|----------|------|
| 21 | 10/04/10 | Plaintiff's Filing Letter and Plaintiff's Notice of Filing Affidavits for Business and/or Medical Records |
| 22 | 10/05/10 | Letter from Sommerman & Quesada, LLP to Trek Doyle, cc'ing Court enclosing copy of CD for Plaintiff's First Supplemental Responses to Defendant's Request for Disclosure. |
| 23 | 10/13/10 | Defendant's First Amended Answer and Counterclaim for Attorney's Fees under ERISA |





**JOHN F. WARREN**
**Dallas County Clerk**
**George Allen Sr. Court Bldg.**
**600 Commerce St, Ste 101**
**Dallas, Texas  75202-3551**


STATE OF TEXAS             §

COUNTY OF DALLAS        §


    I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-10-01305-A.

MELVIN EVANS, **PLAINTIFF (S)**

**VS**

HOME DEPOT, U.S.A, INC, **DEFENDANT (S)**

**JUDGE'S DOCKET,** FILED: FEBRUARY 23, 2010

Minutes of County Court at Law No. 1, Dallas County, Texas.


**WITNESS MY HAND AND SEAL** of said Court this 5th day of October, 2010.


                                   John F. Warren, County Clerk


By: *Alvin Beck*

              ALVIN BECK, Deputy

**JUDGE'S DOCKET**

CTION: ьι 3      FILING:      CASE NO.:

## PARTIES

### ATTORNEYS

$\overline{\rho}$ᴰ

---

**CC – 10 – 01305 – A**

**Filed: 02/23/2010**

| DAMAGES (NON COLLISION) | County Court at Law No. 1 |

MELVIN EVANS vs. HOME DEPOT, U.S.A, INC

| Plaintiff | Lead Attorney |
| EVANS, MELVIN | SCHULTE, STEVEN |

| Defendant | Lead Attorney |
| HOME DEPOT, U.S. | |

SCANNED

---

## SETTINGS

| | |
|---|---|
| 2/24/10 | ₸ 6/25/10 |
| 3/19/10 | ASO rcy 4/23/10 |
| 5/7/10 | . JT 2/8/11 |
| 5/6/10 | Vac letter - Andrew Sommerman - June 14 to 30, 2010 |

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE





**JOHN F. WARREN**
**Dallas County Clerk**
**George Allen Sr. Court Bldg.**
**600 Commerce St, Ste 101**
**Dallas, Texas  75202-3551**


STATE OF TEXAS          §

COUNTY OF DALLAS        §


    I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-10-01305-A.

MELVIN EVANS, **PLAINTIFF (S)**

**VS**

HOME DEPOT, U.S.A, INC, **DEFENDANT (S)**

**PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, AND JURY DEMAND,** FILED: FEBRUARY 23, 2010

Minutes of County Court at Law No. 1, Dallas County, Texas.


**WITNESS MY HAND AND SEAL** of said Court this 5th day of October, 2010.

John F. Warren, County Clerk

By:  _Alvin Beck_

        ALVIN BECK, Deputy

CAUSE NO. _CC-10·01 305-A_

FILED

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | 2010 FEB 23 PM 2:46 |
| | § | JOHN F. WAR... |
| vs. | § | COUNTY CLER... |
| | § | DALLAS COUNTY |
| HOME DEPOT, U.S.A., INC. | § | AT LAW NO. ____ |
| | § | |
| | § | SCANNED |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Melvin Evans, and files his Original Petition, Request for Disclosure, and Jury Demand complaining of Defendant Home Depot, U.S.A., Inc., and would respectfully show unto the Court as follows:

**1.00    DISCOVERY CONTROL PLAN**

Pursuant to Rule 190 *et seq* of the Texas Rules of Civil Procedure, Plaintiff requests a Level III discovery control plan.

**2.00    REQUEST FOR DISCLOSURE**

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests Defendant to disclose, within fifty (50) days of service of this request, the information and material described in Rule 194.2 of the Texas Rules of Civil Procedure.  Plaintiff specifically requests Defendant to produce responsive documents at the undersigned law offices within fifty (50) days of service of this request.

**3.00    PARTIES**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

3.01    Plaintiff Melvin Evans is a resident of DeSoto, Dallas County, Texas.  The last three digits of Melvin Evans' driver's license number are 433, and the last three digits of his social security number are 121.

3.02    Defendant Home Depot, U.S.A., Inc. is a foreign for-profit corporation, licensed to do business in the State of Texas.  It may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

**4.00    VENUE AND JURISDICTION**

4.01    This Court has venue and jurisdiction over the parties to this action since the matter in controversy exceeds the sum or value of the minimum jurisdictional limits of the Court, exclusive of costs and interest, and because such negligence complained of herein occurred in Dallas County, Texas.

**5.00    FACTS**

5.01    On or about May 22, 2008, at approximately 9:00 a.m., Plaintiff Melvin Evans, was working as an employee of Defendant Home Depot, U.S.A., at the Home Depot Store #8976, under the direct supervision of Mark Bedford and Steve Thompson.

5.02    Plaintiff was instructed by Home Depot supervisor Mark Bedford and Steve Thompson to quickly move freight (i.e., patio furniture) from the back of the store to the front of the store in the outdoor or garden section of the store.  He was moving this freight with a manual pallet jack as instructed by these Home Depot supervisors.

5.03    As Plaintiff pulled the manual pallet jack through the aisles of the garden or outdoor section of the store, a cone-shaped metal sprayer, approximately 3/4" to 1" in diameter, and

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

approximately 6" in length, which was connected to a water spigot approximately 3 feet from the ground, which was attached to a beam in the outdoor or garden section of the store, struck Plaintiff. The metal sprayer protruded into the aisle, at this height level, and was not visible to Plaintiff before it struck him.

5.04    The metal sprayer struck Plaintiff right below his waist on the right side, directly below his hip, causing Plaintiff to fall to the ground, resulting in the manual pallet jack striking Plaintiff in the back and left side of his body, causing serious and ongoing injuries to Plaintiff.

5.05    On approximately April 22, 2009, a Home Depot supervisor or supervisors, aware of Plaintiff's May 2008 incident inside Home Depot and resulting physical injuries and limitations, instructed Plaintiff to move and/or arrange lawn mowers outside of the store.  Plaintiff suffered additional injuries in complying with the Home Depot supervisor's or supervisors' instructions.

**6.00    CAUSES OF ACTION AGAINST DEFENDANT HOME DEPOT, U.S.A., INC.**

6.01    Plaintiff would also show that said Defendant breached a duty of care to Plaintiff by failing to select, hire, supervise, train or retain competent employees to maintain a safe work place and to ensure the safety of employees like Plaintiff.  The negligent acts and omissions of said Defendant were a direct and proximate cause of the incident in question and the resulting injuries and damages sustained by the Plaintiff.  The violations, negligent acts, and omissions are, among others, as follows:

    a.    Defendant instructed Plaintiff to move quickly through the store without regard to Plaintiff's safety;

    b.    Defendant failed to warn or instruct Plaintiff of the potential hazards of moving quickly through the store;

    c.    Defendant failed to properly inspect and/or maintain the store against potential

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

result of his physical injuries.

7.05    Plaintiff has experienced mental anguish in the past as a result of this incident and in all reasonable probability will sustain mental anguish in the future as a result of this incident.

7.06    Plaintiff has experienced physical impairment or physical incapacity in the past as a result of this incident and in reasonable probability will sustain physical impairment or physical incapacity in the future.

7.07    Plaintiff has experienced physical disfigurement in the past and in all reasonable probability will suffer physical disfigurement in the future as a result of the incident in question.

7.08    As a result of the above, Plaintiff seek damages in excess of the minimum jurisdictional limits of this Court.

**8.00    EXEMPLARY DAMAGES**

For additional causes of action, Plaintiff re-pleads as fully as though set forth in this paragraph all allegations under paragraphs 1.00  through 7.00 and alleges that all the acts and omissions on the part of the Defendant, taken singularly or in combination, constitute gross negligence and were the proximate cause of the damages and injuries of Plaintiff as alleged herein. This gross negligence entitles the Plaintiff to exemplary damages.  Specifically, Plaintiff alleges that the Defendant's acts were more than momentary thoughtlessness, inadvertence, or error of judgment. The Defendant acted with such an entire want of care to establish that the acts and/or omissions were the result of actual conscious indifference to the rights, safety or welfare of the Plaintiff.  Plaintiff seeks exemplary damages against the Defendant in the amount of four times Plaintiff's actual damages or to punish Defendant for its wrongdoing and to deter other companies that might be tempted to engage in the same or similar conduct.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**9.00    CLAIM FOR PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

Plaintiff claims all lawful pre-judgment and post-judgment interest on the damages suffered by him.

**10.00   JURY DEMAND**

Plaintiff requests that a jury be convened to try the factual issues in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein and, upon final hearing of this cause, Plaintiff have judgment against Defendant for damages described herein, for costs of suit, interest from the date of the incident and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

Steven S. Schulte
State Bar No. 24051306
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
*Telephone*:    (214) 720-0720
*Facsimile*:    (214) 720-0184
*E-mail*:        sschulte@textrial.com

ATTORNEYS FOR PLAINTIFF



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. _____

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO. _____ |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION
## TO DEFENDANT HOME DEPOT, U.S.A., INC.

TO:    Defendant, Home Depot, U.S.A., Inc.

Pursuant to Rule 196, Texas Rules of Civil Procedure, Plaintiff hereby requests the

Defendant, Home Depot, U.S.A., Inc. ("Home Depot"), to produce the following items for

production not later than fifty (50) days after service of these Requests for Production as provided

by said rule.

### DEFINITIONS

Whenever the word "Defendant" is used in these Requests For Production, it also means,

where Defendant is a company or governmental agency, that company or governmental agency and

any divisions or departments or controlled subsidiaries and their officers, agents, representatives,

employees or investigators of any of its insurers.

Whenever the word "incident" is used in these Requests For Production, it refers to the

incident and date as described in Plaintiff's Original Petition and any amendments thereto.

Whenever the word "premises" is used in these Requests For Production, it means at or in

the area of the incident and all physical objects involved in this incident at the Home Depot Store

#8976, 500 N. I-35E, Lancaster, TX 75146.



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Whenever the word "person" is used in these Requests For Production, it includes a natural person, firm, association, organization, partnership, business trust, corporation or public entity.

Whenever the word "document(s)" is used in these Requests for Production, it means papers, books, accounts, drawings, graphs, charts, photographs, electronic or videotape recordings, data bases, and any other data compilations from which information can be obtained and transferred, if necessary, by you or your company into reasonably usable form.

Whenever the term "substantially similar occurrence" is used in these Requests for Production, it refers to occasions where it was alleged or reported that a guest, invitee, or employee of Home Depot, U.S.A., Inc. sustained personal injuries which occurred in a manner substantially similar to the incident on any properties owned, controlled, managed, occupied or possessed by you or on the properties of which you have knowledge.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

Steven S. Schulte
State Bar No. 24051306
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
*Telephone*:     (214) 720-0720
*Facsimile*:      (214) 720-0184
*E-mail*:          sschulte@textrial.com

ATTORNEYS FOR PLAINTIFF

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's First Requests for Production to Defendant were served upon Defendant Home Depot, U.S.A., Inc., along with Plaintiff's Original Petition.

Steven S. Schulte



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1**:  All documents which have been prepared by or for any expert who may be called to testify as a witness in this case and all documents prepared by an expert used for consultation whose work product has been reviewed by an expert who may be called to testify as a witness in this case.

**RESPONSE:**

**REQUEST NO. 2**:  A copy of each statement of the Plaintiff and Plaintiff's Decedent, if any, whether written or oral, in connection with this case.

**RESPONSE:**

**REQUEST NO. 3**:  A copy of each statement of any party, whether written or oral, or any party's employees or agents, in connection with this case.

**RESPONSE:**

**REQUEST NO. 4**:  A copy of each statement of any person with knowledge of relevant facts who is not a party or an employee or agent of a party.

**RESPONSE:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 5**:  Copies of any and all photographs and visual depictions of any kind whatsoever created by anyone which relate to this case.  This request includes, but is not limited to, videotapes, graphs, charts, maps, motion pictures, x-rays and slides of the Plaintiff and Plaintiff's injuries, the scene of the incident, and any reconstruction, experiment, test or survey.

**RESPONSE:**


**REQUEST NO. 6**:  Any and all written documents or other recorded data of any kind describing or otherwise memorializing any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be rendered in this case, or to indemnify or reimburse for payments made to satisfy any judgment.  This request includes, but is not limited to, any liability insurance policy, including primary, excess and umbrella policies and any uninsured/underinsured insurance policies and any policies of reinsurance.

**RESPONSE:**


**REQUEST NO. 7**:  Any and all written documents or other recorded data of any kind describing or otherwise memorializing any claim file and investigation performed by any workers' compensation carrier and its agents, servants or employees relating to this incident.

**RESPONSE:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 8**:  Produce the claim file and any investigation conducted by you or on your behalf prior to the time this suit was filed.

**RESPONSE:**


**REQUEST NO. 9**:  Any and all written documents or other recorded data of any kind memorializing or otherwise describing any and all medical treatment, mental or physical, of the Plaintiff.  This request includes, but is not limited to, medical bills, medical records, evidence of diagnostic tests to include, but not be limited to CAT scans, x-rays, MRIs, sonograms, thermograms, EMGs, beam studies and EEGs.

**RESPONSE:**


**REQUEST NO. 10**:   Any and all written documents or other recorded data of any kind memorializing or otherwise describing any and all claims or lawsuits of the Plaintiff.  This request includes, but is not limited to, Southwest Index Bureau documents, workers' compensation claims, insurance claims, petitions or complaints, Social Security disability claims, unemployment compensation claims, depositions, interrogatories or any other formal discovery documents.

**RESPONSE:**



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

**REQUEST NO. 11**:  Any and all written documents or recorded data of any kind describing or

otherwise memorializing the arrest or conviction of any party or person with knowledge of relevant

facts identified in any discovery response(s), which you intend to use pursuant to Rule 609, Texas

Rules of Evidence.

**RESPONSE:**


**REQUEST NO. 12**:  Any and all written documents or other recorded data of any kind describing

or otherwise memorializing past, present and/or future earnings or earning capacity of the Plaintiff.

This request includes, but is not limited to, personnel files, paste-ups, accounting records, income

tax returns and/or supporting documents and job applications.

**RESPONSE:**


**REQUEST NO. 13**:  Any and all written documents or recorded data of any kind describing or

otherwise memorializing any educational records of the Plaintiff including, but not limited to, grade

school, middle school, high school, business college, undergraduate or graduate school transcripts;

disciplinary records and achievement or testing records.

**RESPONSE:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 14**:  Any and all written documents or other recorded data describing or otherwise memorializing the opinions of experts and/or consulting experts whose opinions or impressions have been reviewed by a testifying expert designated by any party to this lawsuit.  This request includes, but is not limited to, depositions, trial testimony transcripts and written reports of all experts designated in this case.

**RESPONSE:**

**REQUEST NO. 15**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing safety procedures and regulations, if any, promulgated by Defendant with regard to the premises.  This includes, but is not limited to, safety manuals, safety handbooks, safety rules, safety policies and procedures, comments, complaints, evaluations and any drafts or revisions of such safety documents.

**RESPONSE:**

**REQUEST NO. 16**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing any type of notice, complaint or comments regarding the existence of safety risks or potential safety risks surrounding the premises.

**RESPONSE:**

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

**REQUEST NO. 17**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing the property interests of this Defendant or any other person or entity in the premises as of the date of this incident.  This includes, but is not limited to, deeds, leases and easements.

**RESPONSE:**


**REQUEST NO. 18**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing any contractual or other relationship between this Defendant and any person responsible for maintaining the premises safe for the public.

**RESPONSE:**


**REQUEST NO. 19**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing any contractual or other relationship between this Defendant and any contractor or subcontractor performing work on the premises as of the date of the incident.

**RESPONSE:**


**REQUEST NO. 20**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing the identity of all employees on duty at or near the time of this incident.

**RESPONSE:**



**REQUEST NO. 21**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing the physical layout of the area of the premises.  This includes, but is not limited to, drawings, blueprints, floor plans and/or other pictorial renderings of the premises.

**RESPONSE:**

**REQUEST NO. 22**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing any and all warnings, barricades, or other preventative measures in place or in effect in the area of the premises or any similar areas at the time of the incident.

**RESPONSE:**

**REQUEST NO. 23**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing any change in the warnings, barricades, or other preventative measures around the premises that were made after the accident, including any changes that may have been made due in whole or in part to the incident.

**RESPONSE:**



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

**REQUEST NO. 24**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing the design, operation, construction and any reconstruction, repair and/or maintenance of the premises as of the date of the incident.

**RESPONSE:**


**REQUEST NO. 25**:  Any and all written documents or recorded data of any kind describing or otherwise memorializing in any way repair work or requested repair work on the premises for a period of ten (10) years prior to the date of the incident to the present.  This request includes, but is not limited to, bills and invoices for labor and material, work orders, requests for repairs, bids and estimates for repairs, and proposals for repairs and renovations.

**RESPONSE:**


**REQUEST NO. 26**:  A copy of any and all inspection reports and requests or documents of any kind prepared by maintenance personnel, inspectors, housekeeping employees or any employee or agent of Defendant or others regarding the premises for a time period from five (5) years prior to the date of the incident to the present.

**RESPONSE:**


TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

**REQUEST NO. 27**:  Copies of all documents relating to requests for maintenance to be performed in any way pertaining to the condition of the premises for the entire month prior to the date of the incident.

**RESPONSE:**

**REQUEST NO. 28**:  All records of any kind regarding, or pertaining to in any way, a listing of guests and employees and maintenance/housekeeping personnel as of the date of the incident.

**RESPONSE:**

**REQUEST NO. 29**:  All documents of any kind regarding rules or procedures for employees or agents to follow regarding maintenance, inspection, housekeeping, etc. of the premises as of the date of the incident.

 **RESPONSE:**

**REQUEST NO. 30**:  All documents of any kind regarding, discussing or pertaining to in any way rules or procedures for your employees or agents to follow in the event of an accident or injury sustained by an employee as of the date of the Accident in Question.

**RESPONSE:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 31**:  A copy of the personnel file for each and every person responsible for the proper and safe maintenance of the premises during the month of the incident.

**RESPONSE:**

**REQUEST NO. 32**:  All reports of any governmental or other official agency that investigated the incident.

**RESPONSE:**

**REQUEST NO. 33**:  A copy of the personnel file for Defendants Mark Bedford and Steve Thompson.

**RESPONSE:**

**REQUEST NO. 34**:  Any and all policies, procedures, manuals, education or training materials, or literature stating or demonstrating how to:

     a.     Work safely in the aisles of the store;
     b.     Use a manual pallet jack safely while at work;
     c.     Move freight safely while at work; and
     d.     Connect or disconnect metal sprayers (in the outdoor or garden sections of the store) and where to place them when not in use.

**RESPONSE:**

**REQUEST NO. 35**:  Any and all incident or accident reports wherein someone has made the same or similar allegations as those made by Plaintiff in Plaintiff's Petition.

**RESPONSE:**

**REQUEST NO. 36**:  Any and all claims or lawsuits wherein someone has made the same or similar allegations as those made by Plaintiffs in Plaintiff's Petition.

**RESPONSE:**


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. _____

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO. _____ |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S FIRST INTERROGATORIES
## TO DEFENDANT HOME DEPOT, U.S.A., INC.

TO:    Defendant Home Depot, U.S.A., Inc.

PLEASE TAKE NOTICE that you are required to respond to the following Plaintiff's Interrogatories to Defendant Home Depot, U.S.A., Inc. within fifty (50) days pursuant to Rule 197 of the Texas Rules of Civil Procedure.

Each item labeled "INTERROGATORY" is an interrogatory propounded pursuant to the provisions of Rule 168, Texas Rules of Civil Procedure, and Plaintiff requires that the Defendant or some person competent to testify on its behalf, submit answers to the same in writing and under oath within the time required.

### DEFINITIONS

1.      Whenever the word "Defendant" is used in these Interrogatories, it also means, where Defendant is a company or governmental agency, that company or governmental agency and any of the divisions or departments or controlled subsidiaries and their officers, agents, representatives, employees or investigators of any of its insurers.

2.      Whenever the word "incident" is used in these Interrogatories, it refers to the accident and date as described in the Plaintiff's Original Petition and any amendments thereto.

PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT - Page 1
N:\Active\4500\4597\Discovery\Roggs-Home Depot.frm



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

3.      Whenever the word "premises" is used in these Interrogatories, it means at or near the area of the incident and all physical objects involved in this incident, i.e., at or near the Home Depot Store #8976, 500 N. I-35E, Lancaster, TX 75146.

4.      Whenever the word "person" is used in these interrogatories, it includes a natural person, firm, association, organization, partnership, business trust, corporation or public entity.

5.      Whenever the word "identify" is used in these Interrogatories it means give the name, address and job title of the person(s) who is (are) the subject of the Interrogatory.

6.      Whenever the term "writings" is used in these Interrogatories, it means handwriting, typewriting, printing, photostating, photography and every other means of recording upon any tangible thing, any form of communication or representation, including words, letters, pictures, sounds or symbols or any combination thereof.

7.      Whenever the word "custody" is used in these Interrogatories, it means having possession, custody, control or access to the items referred to in this Interrogatory.

8.      Whenever the term "identify the subject matter" is used in these Interrogatories, it means identify the thing or things discussed, considered, pictured, described, outlined, detailed or otherwise characterized by or in a writing (as defined hereinabove), and any conclusion and/or opinions reached therein.

9.      Whenever the term "substantially similar occurrence" is used in these Interrogatories, it refers to occasions where it was alleged or reported that a guest, invitee, or employee of Home Depot, U.S.A., Inc., sustained personal injuries which occurred in a manner substantially similar to the incident on any properties owned, controlled, managed, occupied or possessed by you or on other properties of which you have knowledge.


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## INTERROGATORIES

**INTERROGATORY NO. 1**: Please describe the correct way Defendant should be named as a party

Defendant in an action of law on the date of the incident in question.

**ANSWER:**


**INTERROGATORY NO. 2**:  Was the Defendant covered by a policy of liability insurance on the

day of the incident in question?  Please include any excess or umbrella coverage.  If so, please state:

      (a)      the company issuing such policy and the policy number;

      (b)      the amount of coverage of such policy;

      (c)      where there is any dispute regarding the coverage of the policy and, if so, the nature
                  of the dispute.

**ANSWER:**


**INTERROGATORY NO. 3**:  Please list all affirmative defenses, inferential rebuttal defenses, plea

in avoidance defenses or other defenses that you contend are applicable to the instant cause of action

based on the facts of this lawsuit including, but not limited to, contributory negligence.  Please

describe the factual basis for each such contention.

**ANSWER:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**INTERROGATORY NO. 4**:  Please describe in detail any changes that have been made by the Defendant to the premises since the incident.

**ANSWER:**



**INTERROGATORY NO. 5**:  Please identify each person who owned, managed, possessed, controlled or occupied the premises on or about the date of the incident.

**ANSWER:**



**INTERROGATORY NO. 6**:  Identify each person who has filed a claim, made a report or filed a lawsuit against you or any other person involving a substantially similar occurrence, and, in the case of litigation, the style, cause number, and county of filing for each such case.

**ANSWER:**



**INTERROGATORY NO. 7**:  Please identify all witnesses that are expected to be called at trial.

**ANSWER:**




TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**INTERROGATORY NO. 8**: Describe every act of negligence, if any, that you contend that the Plaintiff committed that was a proximate cause of injuries to the Plaintiff.

**ANSWER:**


**INTERROGATORY NO. 9**: If a jury should decide that special issues should be answered so as to support a favorable judgment for the Plaintiff, please list each and every element of damage that you contend the Plaintiff is entitled to recover based on the application of <u>damage recovery</u> law to the facts of this incident and the amount of monetary recovery you contend is appropriate for each such element. Please state the factual basis for your contention that the Plaintiff is not entitled to receive any monetary recovery for any element of damages alleged by the Plaintiff in the pleadings and/or discovery currently on file which you have not mentioned heretofore in response to this Interrogatory.

**ANSWER:**


**INTERROGATORY NO. 10**: Was any warning given to the Plaintiff or any other person concerning any dangerous condition of the premises on or about May 22, 2008? If you claim no dangerous condition existed, please state whether any warning of any kind was given of any condition existing on the premises. If a warning was given, describe the substance of the warning, the date it was given, and by whom it was given.

**ANSWER:**

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**INTERROGATORY NO. 11**:  Did Defendant or any of Defendant's employees, agents or servants receive any complaint, warning or notice concerning the dangerous condition of the premises prior to the incident in question?  If you claim that the condition of the premises was not dangerous, describe any complaint, warning or notice concerning any condition of the premises prior to the incident received by Defendant's employees, agents or servants.  If you did receive a complaint, state:

      (a)     The identity of the person giving such complaint, warning or notice;

      (b)     the identity of the person receiving such complaint, warning or notice;

      (c)     the substance of such complaint, warning or notice.

**ANSWER:**

**INTERROGATORY NO. 12**:  Do you contend that you had any knowledge of the dangerous condition complained of by Plaintiff before the incident.  If yes, please describe the nature of your knowledge, when you received the knowledge, and how you received it.

**ANSWER:**

**INTERROGATORY NO. 13**:  Describe any action taken to warn of or correct the condition complained of by Plaintiff before the incident.

**ANSWER:**



**INTERROGATORY NO. 14**:  Identify all persons working at the premises on the date of the

incident.  Include in your answer the person's job title and job responsibilities.

**ANSWER:**


These are continuing Interrogatories and when any additional information which more fully

or more specifically answers any previous Interrogatories, whether partially answered or totally

omitted herein, said information should be forwarded to counsel for the Plaintiff and to the Court.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.


Steven S. Schulte
State Bar No. 24051306
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
*Telephone*:     (214) 720-0720
*Facsimile*:     (214) 720-0184
*E-mail*:        sschulte@textrial.com

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's First Requests for Production to
Defendant were served upon Defendant Home Depot, U.S.A., Inc., along with Plaintiff's Original
Petition.

Steven S. Schulte

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. _____

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO. _____ |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT, U.S.A., INC.

TO:    Defendant Home Depot, U.S.A., Inc.

The following Request for Admissions are served upon you in accordance with Rules 166b, 169, and 215 of the Texas Rules of Civil Procedure to be answered separately, fully, in writing and under oath within thirty (30) days following service hereof. In accordance with Rule 169, notice is hereby given that each of the matters of which an admission is requested shall be deemed admitted unless a sworn statement in answer thereto is made within the time set forth.

Any evasive or incomplete answer shall be deemed an admission. Any answer by you suggesting that the subject matter of each and every Request for Admission was not adequately investigated prior to your response shall be deemed an admission. If an objection is made to any request, the reasons therefore shall be stated specifically and in detail. The mere fact that a Request for Admission relates to an ultimate issue or genuine issue for trial, or requests admission of the contents of a document, or requests admission of your opinions or conclusions, is not alone sufficient ground for objection; thus, any such objection shall be deemed an admission.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Any denial shall fairly meet the substance of the requested admission, and when good faith requires that you qualify your answer or deny only a part of the subject matter of a requested admission, you shall specify in detail that part of the request which is admitted and specify in detail that part of the request which is denied.  Any general statement that you can neither admit nor deny, unaccompanied by the specific detailed reasons why you can neither admit nor deny shall be deemed an admission thereof.

ADMIT OR DENY THAT EACH OF THE FOLLOWING STATEMENTS IS TRUE AND CORRECT:

**REQUEST NO. 1**:

Admit or deny that Home Depot, U.S.A., Inc. is a corporation doing business in Texas.

**RESPONSE:**


**REQUEST NO. 2:**

Admit or deny that Home Depot, U.S.A., Inc. is in the business of selling home improvement items.

**RESPONSE:**


**REQUEST NO. 3:**

Admit or deny that Home Depot, U.S.A. operated and still operates Home Depot Store No. 8976, located at 500 N. I-35E, Lancaster, TX  75146 on May 22, 2008.

**RESPONSE:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 4:**

Admit or deny that Plaintiff Melvin Evans was an employee at Home Depot Store No. 8976, located at 500 N. I-35E, Lancaster, TX  75146 on May 22, 2008.

**RESPONSE:**


**REQUEST NO. 5:**

Admit or deny that Plaintiff Melvin Evans was injured at Home Depot Store No. 8976, located at 500 N. I-35E, Lancaster, TX  75146 on May 22, 2008.

**RESPONSE:**


**REQUEST NO. 6:**

Admit or deny that Plaintiff was injured at the aforementioned location because a metal sprayer described in Plaintiff's Original Petition was placed in that location without regard to the safety of Plaintiff (or Plaintiff's co-workers) or store customers.

**RESPONSE:**


**REQUEST NO. 7:**

Admit or deny that Plaintiff's injuries could have been avoided had the metal sprayer described in Plaintiff's Original Petition been properly stored.

**RESPONSE:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 8:**

    Admit or deny that Plaintiff was not negligent at the time of the incident in question.

**RESPONSE:**


**REQUEST NO. 9:**

    Admit or deny that the negligence of Plaintiff, if any, was not a proximate cause of the incident in question.

**RESPONSE:**


**REQUEST NO. 10:**

    Admit or deny that Home Depot, U.S.A., Inc., or its agents or employees, were negligent in the placement of the metal sprayer described in Plaintiff's Original Petition.

**RESPONSE:**


**REQUEST NO. 11:**

    Admit or deny that Home Depot, U.S.A., Inc., or its agents or employees, were negligent in the supervision of its employees in safely moving stock through its Home Depot Store No. 8976 on the date in question.

**RESPONSE:**


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 12:**

Admit or deny that the negligence of Home Depot, U.S.A., Inc., or its agents or employees, were a proximate cause of the incident in question.

**RESPONSE:**


**REQUEST NO. 13:**

Admit or deny that a home improvement store, like Home Depot, U.S.A., Inc., has a duty to hire agents or employees who are knowledgeable on safely moving stock through the store.

**RESPONSE:**


**REQUEST NO. 14:**

Admit or deny that a home improvement store, like Home Depot, U.S.A., Inc., has a duty to train agents or employees on general safety practices or procedures regarding safely moving stock through the store.

**RESPONSE:**


**REQUEST NO. 15:**

Admit or deny that a home improvement store, like Home Depot, U.S.A., Inc., has a duty to supervise agents or employees to ensure they comply with general safety practices or procedures regarding moving stock through the store.

**RESPONSE:**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**REQUEST NO. 16:**

Admit or deny that a home improvement store, like Home Depot, U.S.A., Inc., has a duty to take reasonable steps or measures to prevent injury or harm to its employees or customers.

**RESPONSE:**


**REQUEST NO. 17:**

Admit or deny that a home improvement store, like Home Depot, U.S.A., Inc., has a duty to take reasonable steps or measures to prevent injury or harm to employees moving stock through the store.

**RESPONSE:**


**REQUEST NO. 18:**

Admit or deny that a document in the nature of an incident or accident report, relating to the incident in question, was prepared by Home Depot, U.S.A., Inc. or its Home Depot Store #8976, before the filing of this lawsuit.

**RESPONSE:**

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Respectfully submitted,

SOMMERMAN, & QUESADA, L.L.P.

Steven Scott Schulte
State Bar No. 24051306
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720 (Telephone)
(214) 720-0184 (Facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Request for Admissions to Defendant were served upon Defendant Home Depot, U.S.A., Inc., along with Plaintiff's Original Petition.

Steven S. Schulte

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**SOMMERMAN & QUESADA, L.L.P.**

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com
www.textrial.com

*ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

*AL ELLIS†**▲
Of Counsel

MARY ALICE McLARTY †††
Of Counsel

Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
▲ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

FILED
2010 FEB 23 PM 2:46
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

February 19, 2010

Mr. John F. Warren
County Clerk, Dallas County
Records Building 2nd Fl
509 Main St, Suite 200
Dallas, Texas 75202-3551

> Re:  Melvin Evans v. Home Depot, U.S.A., Inc.
>     Our File No. 4597

Dear Mr. Warren:

Enclosed for filing is Plaintiff's Original Petition as captioned above. Please file-mark and return the enclosed copy of the Petition in the envelope provided for your convenience.

Also enclosed is our check in payment of filing fees, jury fees, and issuance of citation. Please issue the citation as indicated in the Petition and return it to us for private service.

Included in service to the Defendant in the above-styled cause are Plaintiff's Interrogatories, Request for Admissions, and Request for Discovery. Pursuant to the court's local rule, the original documents are being kept in our possession. We are hereby notifying your office of the service of copies of these documents upon the Defendant.

Thank you for your usual courtesy and cooperation in these matters.

Sincerely,

Steven S. Schulte

SSS:dr
Enclosures
N:\Active\4500\4597\Correspondence\Clerk 02-19-10 filing POP.frm



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



SCANNED

# County Court at Law No.1
**George Allen Courts Bldg**
**600 Commerce Street, 5th Floor**
**Dallas, Texas 75202**
**214-653-6581**

February 24, 2010

STEVEN S SCHULTE
3811 TURTLE CREEK BLVD
SUITE 1400
DALLAS TX  75219-4461

Cause No.**CC-10-01305-A**
**MELVIN EVANS vs. HOME DEPOT, U.S.A, INC**
**In the County Court at Law No. 1 of Dallas County, Texas**

**Dear Attorney:**

**The above case is set for dismissal hearing, pursuant to Rule 165A, Texas Rule of Civil Procedure,**
**on   June 25, 2010 at  9:00 a.m.**

**If no answer has been filed, or if the answer filed is insufficient as a matter of law to place any of the facts alleged in your petition in issue, you will be expected to have moved for, and to have  had heard, a summary judgment or to have proved up a default judgment on or prior to that date.  Your failure to have done so will result in the dismissal of the case on or after the above date.**

**If an answer has been filed that is sufficient to create a fact issue that prevents disposition of the entire case, or if you have been unable to obtain service of process, you should plan to notify the court in writing to obtain a reset of the dismissal date or a trial setting as appropriate.**

**In no event will live witnesses be required unless the default prove-up is for an un-liquidated claim.  Liquidated claims and attorneys fees may be proved up by affidavit with a form of judgment.**

**If you should have any questions, please feel free to call us.**

Sincerely,

*County Court at Law No.1*
*Policies and Procedures*
*Can be reviewed at*
www.judgedmetriabenson.com

**Judge D'Metria Benson**
**County Court at Law No. 1**
**Dallas County, Texas**



# CITATION

## THE STATE OF TEXAS

CAUSE NO. CC-10-01305-A
COUNTY COURT OF DALLAS COUNTY COURT AT LAW NO. 1
Dallas County, Texas

**TO:**

HOME DEPOT USA INC
SERVE CORPORATION SERVICE COMPANY D/B/A
CSC - LAWYERS INCORPORATING SERVICE COMPANY REG AGENT
211 EAST 7TH STREET STE- 620
AUSTIN TX 78701

*Plaintiff(s),*
**MELVIN EVANS**
vs.
**HOME DEPOT, U.S.A, INC**
*Defendant(s)*

"You have been sued.  You may employ an attorney.  If you or your attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."  Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas, at the Court House of said County 600 Commerce Street  Suite 101, Dallas, Texas 75202.

*Plaintiff(s),*
**MELVIN EVANS**
vs.
**HOME DEPOT, U.S.A, INC**
*Defendant(s)*

filed in said Court on the 23rd day of February, 2010, a copy of which accompanies this citation.

**WITNESS:  JOHN WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2010 A.D.

JOHN WARREN, Clerk, County Court,  Dallas County Court at Law No. 1, Dallas County, Texas.

By _____, Deputy
        VALERIE RAMOS

Form CITATION 412 – ORIGINAL

---

# WITH DISCOVERY ATTACHED

ATTY

## CITATION

CC-10-01305-A
IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

*Plaintiff(s)*
MELVIN EVANS
vs.
HOME DEPOT, U.S.A, INC
*Defendant(s)*

**SERVE:**

HOME DEPOT USA INC
SERVE CORPORATION SERVICE
COMPANY D/B/A
CSC - LAWYERS INCORPORATING
SERVICE COMPANY REG AGENT
211 EAST 7TH STREET STE- 620
AUSTIN TX 78701

ISSUED THIS
23rd day of February, 2010

John F. Warren, County Clerk
BY: VALERIE RAMOS, Deputy

**Attorney for Plaintiff**

STEVEN S SCHULTE
3811 TURTLE CREEK BLVD
SUITE 1400
DALLAS TX 75219-4461
214-720-0720

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

FILED
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY
11 MAR 11  PM 1: 12

SCANNED

ENTERED

# RETURN

Came to hand on the _25_ day of _FEBRUARY_ 2010, at _2:00_ o'clock _P_ M.

Executed at _211 EAST 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701_,

within the County of _TRAVIS_ at _10:54_ o'clock _A_ M. on the _5_ day of

_MARCH_ 2010, by delivering to _HOME DEPOT USA, INC._ _____

_____ by delivering to its ☒ **Registered Agent**, ☐ **President**, ☐ **Vice President**,

_CORPORATION SERVICE COMPANY_ _____ each,

☐ **In Person**, or by ☒ **Certified Mail**, a true copy of this: ☐ **Subpoena**, ☐ **Subpoena Duces**

**Tecum**, ☒ **Citation**, ☐ **Notice of Hearing**, ☐ **Temporary Restraining Order**, ☐ **Show**

**Cause Writ**, ☐ **Other Civil Process:** _____, together with the

accompanying: ☒ **Original Petition**, ☐_____ **Petition**,

☐ **Request for Disclosure**, ☐ **Request for Production**, ☐ **Interrogatories**, or, ☒ **Other**

**Document(s):** _ATTACHED DISCOVERY_ _____,

having first endorsed on same the date of delivery. My fees are as follows:

For service:                                    $ _65.00_

Fees:                                           $ _____

                                                _____
                                                Alan R. Davis
**Total:$** _65.00_                              Authorized Person
                                                SCH-000000399

## VERIFICATION

Before me, a notary public, on this day personally appeared Alan R. Davis, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that he has personal knowledge of the statements therein contained, and that they are true and correct. Given under my hand and seal of office on this _10_ day of _March_ _____, 2010.

                                                _____
                                                Notary Public for State of Texas

SANDRA L. DAVIS
MY COMMISSION EXPIRES
December 6, 2013

**U.S. Postal Service** ™

**CERTIFIED MAIL RECEIPT**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

AUSTIN TX 78701

| | |
|---|---|
| Postage | $ |
| Certified Fee | $1.90 |
| Return Receipt Fee (Endorsement Required) | $2.80 |
| Restricted Delivery Fee (Endorsement Required) | $2.30 |
| | $0.00 |
| Total Poste | $7.00    03/03/2010 |

Postmark Here

MAIN WINDOW UNIT
DALLAS TX 75260-9768
14 MAR
3
2010

Sent To   Corporation Service Company, Reg.
Street, Apt.   Agt. For Home Depot USA, Inc.
or PO Box N   211 E. 7th Street, Suite 620
City, State,   Austin, Texas  78701-3218

PS Form 3800, August

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 2810 0001 8733 7450**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
        **Return Receipt**
Status: **Delivered**

Your item was delivered at 10:54 AM on March 5, 2010 in AUSTIN, TX 78701.

Detailed Results:

- **Delivered, March 05, 2010, 10:54 am, AUSTIN, TX 78701**
- **Arrival at Unit, March 05, 2010, 10:48 am, AUSTIN, TX 78701**
- **Acceptance, March 03, 2010, 8:03 pm, DALLAS, TX 75260**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**ENDER:** *COMPLETE THIS SECTION*

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

Corporation Service Company, Reg.
Agt. For Home Depot USA, Inc.
211 E. 7th Street, Suite 620
Austin, Texas  78701-3218

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Chris_    ☑ Agent
              ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Christopher                    3/5/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

Article Number
(Transfer from service label)    7008 2810 0001 8733 7450

S Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540





**JOHN F. WARREN**
**Dallas County Clerk**
**George Allen Sr. Court Bldg.**
**600 Commerce St, Ste 101**
**Dallas, Texas  75202-3551**

STATE OF TEXAS          §

COUNTY OF DALLAS        §

I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-10-01305-A.

MELVIN EVANS, **PLAINTIFF (S)**

**VS**

HOME DEPOT, U.S.A, INC, **DEFENDANT (S)**

**DEFENDANT'S ORIGINAL ANSWER,** FILED: MARCH 10, 2010
Minutes of County Court at Law No. 1, Dallas County, Texas.

**WITNESS MY HAND AND SEAL** of said Court this 5th day of October, 2010.

John F. Warren, County Clerk

By: _ALVIN BECK_

ALVIN BECK, Deputy

Filed
10 March 18 P3:12
John Warren
County Clerk
Dallas County

Cause No. CC-10-01305-A

| | | |
|---|---|---|
| MELVIN EVANS,<br>Plaintiff, | §<br>§<br>§ | IN THE COUNTY COURT OF |
| vs. | §<br>§<br>§ | AT LAW NO. 1 |
| HOME DEPOT U.S.A., INC.,<br>Defendant. | §<br>§ | DALLAS COUNTY, TEXAS |



## DEFENDANT'S ORIGINAL ANSWER

Defendant Home Depot U.S.A., Inc. files this its Original Answer to Plaintiff's Original Petition and in support thereof would show as follows:

### I.  General Denial

1.      Without waiving any other defenses Defendant may have or hereafter come to have or urge, Defendant generally denies each and every material allegation in Plaintiff's Original Petition (and all subsequent amended and supplemental Petitions filed herein) pursuant to Rule 92, Texas Rules of Civil Procedure, and demands strict proof thereof by a preponderance of the evidence or clear and convincing evidence as the law requires.

### II. Affirmative Defenses

Without conceding that the following are affirmative defenses for which Defendant bears the burden of proof, Defendant asserts that:

2.      Plaintiff was in the normal course of routine employment matters at the time of his alleged injury, if any, and his alleged injury was not foreseeable to Defendant Home Depot U.S.A., Inc.

3.      Plaintiff's acts and omissions under all the attendant circumstances were the sole proximate cause of injuries or damages alleged to have been sustained by Plaintiff.



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

4. As a result of his claimed accident and injuries, Plaintiff has received medical and/or wage replacement benefits from Home Depot's self-funded ERISA plan. Home Depot's plan is entitled to reimbursement of the amounts paid.

5. Any award of pre-judgment interest for damages that have not yet accrued would violate Defendant Home Depot U.S.A., Inc.'s right to substantive and procedural due process under the Fifth and Fourteenth Amendments to the United States Constitution, as well as Article I, Sections 14, 16 and 19 of the Texas Constitution.

### III. Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by his suit, that it be dismissed from this action, that it be awarded court costs, and for such other and further relief to which Defendant may be justly entitled.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

Respectfully submitted,

**WINSTEAD PC**
BY PERMISSION FOR TREK DOYLE

_____ SBN: 24067671
Peyton N. Smith          (SBN: 18664350)
Trek C. Doyle           (SBN: 00790608)
401 Congress Avenue, Suite 2100
Austin, Texas , 78701
512.474.4330 Telephone
512.370.2850 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing was served via facsimile upon the following on the 18th day of March, 2010:

Steven S. Schulte (SBN 24051306)
Sommerman & Quesada, LLP
3811 Turtle Creek Blvd., Ste. 1400
Dallas, Texas 75219-4461
214-720-0720
214-720-0184 fax



**TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE**



SCANNED

County Court at Law No. 1
George Allen Courts Bldg
600 Commerce, 5th floor
Dallas, Texas 75202
(214) 653-6581

March 19, 2010

TREK DOYLE
WINSTEAD SECHREST & MINICK P C
401 CONGRES AVENUE SUITE 2100
AUSTIN        TX 78701

Re:    CC-10-01305-A; :MELVIN EVANS vs. HOME DEPOT, U.S.A, INC
       In the County Court at Law No. 1 of Dallas County, Texas

Dear Attorney;

The above case is ready to be set for trial.

Prior to a trial date being set, it is **mandatory** that both parties contact one another and submit a proposed Scheduling Order to the court. This proposed order shall be submitted *in writing*, contain a **proposed trial date** (that is consistent with the case level), an **agreed-upon mediation date** (which is required and to occur no later than 45 days *before* the trial date) and the name of a **specific mediator**. If witnesses are to be deposed or if discovery is to be made, please include the dates for these occurrences. **The order must be <u>DATE SPECIFIC.</u>**

**This order notice must be submitted to the court within thirty (30) days from the date of this notice.**

If either party fails to submit a proposed scheduling order containing an agreed mediation date and mediator; the Court will impose a scheduling order and/or appoint a mediator to whom the parties may NOT object. In addition, *failure by either party to submit an agreed scheduling order or mediation date by the established timeline could lead to the dismissal of the case for want of prosecution and/or sanctions for noncompliance.*

Thank you,

*County Court at Law No.1*            Judge D'Metria Benson
*Policies and Procedures*             County Court at Law No. 1
*Can be reviewed at*                  Dallas County, Texas
*www.judgedmetriabenson.com*



**County Court at Law No. 1**
George Allen Courts Bldg
600 Commerce, 5th floor
Dallas, Texas 75202
(214) 653-6581

March 19, 2010

STEVEN S SCHULTE
3811 TURTLE CREEK BLVD
SUITE 1400
DALLAS TX  75219-4461

Re:    CC-10-01305-A; :MELVIN EVANS vs. HOME DEPOT, U.S.A, INC
       In the County Court at Law No. 1 of Dallas County, Texas

Dear Attorney;

The above case is ready to be set for trial.

Prior to a trial date being set, it is **mandatory** that both parties contact one another and submit a proposed Scheduling Order to the court. This proposed order shall be submitted *in writing*, contain a **proposed trial date** (that is consistent with the case level), an **agreed-upon mediation date** (which is required and to occur no later than 45 days *before* the trial date) and the name of a **specific mediator**. If witnesses are to be deposed or if discovery is to be made, please include the dates for these occurrences. **The order must be <u>DATE SPECIFIC.</u>**

**This order notice must be submitted to the court within thirty (30) days from the date of this notice.**

If either party fails to submit a proposed scheduling order containing an agreed mediation date and mediator; the Court will impose a scheduling order and/or appoint a mediator to whom the parties may NOT object. In addition, *failure by either party to submit an agreed scheduling order or mediation date by the established timeline could lead to the dismissal of the case for want of prosecution and/or sanctions for noncompliance.*

Thank you,

*County Court at Law No.1*           Judge D'Metria Benson
*Policies and Procedures*             County Court at Law No. 1
*Can be reviewed at*                  Dallas County, Texas
*www.judgedmetriabenson.com*





**JOHN F. WARREN**
**Dallas County Clerk**
**George Allen Sr. Court Bldg.**
**600 Commerce St, Ste 101**
**Dallas, Texas  75202-3551**

STATE OF TEXAS          §

COUNTY OF DALLAS      §

    I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-10-01305-A.

MELVIN EVANS, **PLAINTIFF (S)**

**VS**

HOME DEPOT, U.S.A, INC, **DEFENDANT (S)**

**PLAINTIFF'S SPECIAL EXCEPTIONS TO DEFFENDANT'S ORIGINAL ANSWER,** FILED: MARCH 22, 2010

Minutes of County Court at Law No. 1, Dallas County, Texas.

**WITNESS MY HAND AND SEAL** of said Court this 5th day of October, 2010.

John F. Warren, County Clerk

By:  _____

             ALVIN BECK, Deputy

CAUSE NO. CC-10-01305-A

MELVIN EVANS,                          §          IN THE COUNTY COURT
                                       §
            Plaintiff,                 §
                                       §                    COUNTY CLERK
vs.                                    §          AT LAW NO. 1    DALLAS COUNTY
                                       §
HOME DEPOT, U.S.A., INC.               §
                                       §
            Defendant.                 §          DALLAS COUNTY, TEXAS   SCANNED

## PLAINTIFF'S SPECIAL EXCEPTIONS TO DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, in the above styled and numbered cause, and files this his Special

Exceptions to Defendant's Original Answer and would respectfully show as follows:

I.

Plaintiff specially excepts to the following allegations of said Defendant as set forth in

Paragraph II.3. on page 1 of said Defendant's Original Answer on file herein:

> Plaintiff's acts and omissions under all the attendant circumstances
> were the sole proximate cause of injuries or damages alleged to have
> been sustained by Plaintiff.

Said allegations are too broad, too general, and do not otherwise give Plaintiff fair notice of the

conduct alleged by said Defendant to constitute negligence on the part of Plaintiff in the occurrence

in question.  Said allegations are so vague and indefinite as to deny Plaintiff fair notice of the proof

which will be required at the time of trial.  The Defendant must state its affirmative defenses in

sufficient detail to give the Plaintiff fair notice of the defensive issues to be tried.  Fair notice means

that the pleadings must be specific enough that an opposing attorney can ascertain the nature and

basic issues of the controversy and the testimony properly relevant.  Plaintiff therefore prays that said

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Defendant be required to plead in said Defendant's Answer each and every act of alleged negligence on part of Plaintiff which said Defendant intends to raise or to otherwise offer proof at the time of trial.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that these Special Exceptions be in all things granted and sustained, and for such other and further relief, general and special, legal and equitable, to which Plaintiff is justly entitled.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

Steven Scott Schulte
State Bar No. 24051306
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
*Telephone*:    (214) 720-0720
*Facsimile*:    (214) 720-0184

ATTORNEYS FOR PLAINTIFF

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has this date been sent to all attorneys of record in the above-styled and numbered matter, said service being effected in the following manner:

Certified Mail/Return Receipt Requested       _____

Hand Delivery       _____

Telecopy       ✓

Regular Mail       _____

DATED: __3-22-10__

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

# SOMMERMAN & QUESADA, L.L.P.

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com
www.textrial.com

*ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

*AL ELLIS†***^
Of Counsel

MARY ALICE McLARTY †††
Of Counsel

2010 MAR 22  PM 3: 23

COUNTY CLERK
DALLAS COUNTY

*Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
^ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

March 22, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

     Re:    Cause No. CC-10-01305-A; Melvin Evans v. Home Depot, U.S.A., Inc.

Dear Clerk:

    Enclosed for filing among the papers of this Court are an original and one copy of Plaintiff's Special Exceptions to Defendant's Original Answer with regard to the above-referenced matter. Please return a file-marked copy of this pleading to us via our courier.

    By copy of this letter, all counsel are being served with a copy of this pleading.

    Thank you for your usual courtesy and cooperation in these matters.

          Sincerely,

          Norma Pecina, Legal Assistant to
          Steven S. Schulte

:np
Enclosures
N:\Active\4500\4597\Correspondence\Clerk 032210 filing Sp Excep.frm

cc w/encl:
VIA FAX 512/370-2850
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



CAUSE NO. CC-10-01305-A



| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO.1 |
| | § | |
| HOME DEPOT, U.S.A., INC., | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

**NOTICE OF FILING AFFIDAVITS FOR BUSINESS AND/OR MEDICAL RECORDS**

Pursuant to the provisions of the TEX. CIV. PRACT. & REM. CODE § 18.001 and the Texas Rules of Evidence 902(10)a, Plaintiff hereby gives all concerned parties in the above-styled and numbered cause notice of filing the following Affidavits for Business or Medical Records, evidencing cost and necessity of services of the indicated providers:

1. . Concentra Medical Centers - Redbird Location (records and bills)

You are further hereby notified that the above-described records may be used by the Plaintiff as evidence in the trial of this case.

Pursuant to Supreme Court Miscellaneous Docket Order No. 96-9084, the accompanying medical records will not be filed with the Court. However, the affidavits are being filed in accordance with CIV. PRACT. & REM. CODE § 18.001. A true and correct copy of the Affidavit and accompanying business or medical bills and/or medical records will be forwarded to counsel for all parties in this cause of action at their expense. The original business and/or medical records will be retained by Plaintiff and will be made available to all parties to this action for inspection and copying in our office upon request.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.


Steven S. Schulte
State Bar No. 24051306
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
*Telephone*:     (214) 720-0720
*Facsimile*:     (214) 720-0184
*E-mail*:        sschulte@textrial.com

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has this date been sent to all attorneys of record in the above-styled and numbered cause, said service being effected in the following manner on the 31st day of March, 2010.

Certified Mail/Return Receipt Requested       _____

Hand Delivery                                 _____

Telecopy                                      ✗

Regular Mail                                  _____

# AFFIDAVIT CONCERNING AUTHENTICITY
## OF MEDICAL RECORDS

THE STATE OF _____          §
                                 §
COUNTY OF _____             §

**SCANNED**

**Records Pertaining to:     MELVIN EVANS**

BEFORE ME, the undersigned authority, on this day personally appeared _Johanna Daniel_, and, after being by me duly sworn, did state the facts contained in this affidavit are true and correct.

My name is _Johanna Daniel_. I am over 18 years of age and fully competent to make this affidavit. The following statements are within my personal knowledge and they are true and correct.

I am the records custodian for _Concentra Medical Centers - Redbird Location_

Attached hereto is a true and correct copy of the records describing or setting out the medical services rendered at _Concentra Medical Center_ to _Melvin Evans_ by _Concentra Medical Centers_.

The records were made at or near the time that such services were rendered. The records were made by a person with knowledge of those services. These records are kept in the regular course of business. It is the regular practice of this business to make such records.

The attached medical records consist of ___13___ page(s).

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the _23rd_ day of _February_, 2010.

_____
Notary Public, State of _Texas_

William C. Brown
Notary Public, State of Texas
My Commission Expires
January 27, 2013

## AFFIDAVIT CONCERNING COST AND
## NECESSITY OF MEDICAL SERVICES

THE STATE OF _Texas_                    §

COUNTY OF _Dallas_                    §
                                       §

**Re:   MELVIN EVANS**

SCANNED

BEFORE ME, the undersigned authority, on this day personally appeared _Kimberly Miller_, and, after being by me duly sworn, did state that the facts contained in this affidavit are true and correct.

My name is _Kimberly Miller_. I am over 18 years of age and fully competent to make this affidavit. The following statements are within my personal knowledge and they are true and correct.

I am the custodian of billing records for _Concentra Medical Centers_. Attached hereto are _36_ pages of billing records. These said _36_ pages of billing records are kept by _Concentra Medical Centers_ in the regular course of business and prepared at the time, or reasonably soon thereafter, that each service reflected therein states is rendered. Entries in the records are made either by a person who has actual knowledge of the rendition of the service, or by some other employee on the basis of a memorandum prepared by a person having actual knowledge of the rendition of the services and who has a duty to prepare such memorandum and furnish it to the person preparing the record.

The full amount of the charges for the treatment rendered from _5-30-2008_ (date) to _5-7-2009_ is $_6,411.54_. In such position I am familiar with such charges for same or similar services rendered by _Concentra_. I am of the opinion that such charges were reasonable at the time and place that such services were rendered and since such services appear to have been rendered pursuant to the order of _Concentra_, I am of the further opinion that such services were necessary.

Attached hereto is a true and correct copy of the statement describing or setting out the costs associated with the medical services rendered to _Melvin Evans_ by _Concentra Medical Centers_.

_Kimberly A Miller_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the _24th_ day of _February_, 2010.

_William C. Brown_
Notary Public, State of _Texas_

WILLIAM C. BROWN
Notary Public, State of Texas
My Commission Expires
January 27, 2013

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 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 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Evans, Melvin

3. PATIENT'S BIRTH DATE   SEX
MM 05 DD 17 YY 1950   M X   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Home Depot #8976

5. PATIENT'S ADDRESS (No Street)
408 Lakewood Dr

6. PATIENT'S RELATIONSHIP TO INSURED
Self   Spouse   Child   Other X

7. INSURED'S ADDRESS (No Street)
500 N Interstate 35 E

CITY: DESOTO   STATE: TX

8. PATIENT STATUS
Single   Married   Other

CITY: Lancaster   STATE: TX

ZIP CODE: 75115   TELEPHONE (Include Area Code): 972 230-4230

Employed   Full-Time Student   Part-Time Student

ZIP CODE: 751461874   TELEPHONE (INCLUDE AREA CODE): 912 223-4929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N/A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
200805265690001NE

a. OTHER INSURED'S POLICY OR GROUP NUMBER
N/A

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
X YES   NO

a. INSURED'S DATE OF BIRTH   SEX
MM DD N/A YY   M   F

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM DD N/A YY   M   F

b. AUTO ACCIDENT?   PLACE (State)
YES   NO

b. EMPLOYER'S NAME OR SCHOOL NAME
N/A

c. EMPLOYER'S NAME OR SCHOOL NAME
N/A

c. OTHER ACCIDENT?
YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
N/A

d. INSURANCE PLAN NAME OR PROGRAM NAME
N/A

10d. RESERVED FOR LOCAL USE
200805265690001NE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N/A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)
MM 05 DD 22 YY 2008

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM N/A   TO N/A

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM N/A   TO N/A

19. RESERVED FOR LOCAL USE
Janet DuPertuis

20. OUTSIDE LAB?   $ CHARGES
YES   NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 724.4
2. 847.2
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.   N/A

23. PRIOR AUTHORIZATION NUMBER
N/A

| 24. A. DATE(S) OF SERVICE FROM | | | TO | | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM 07 | DD 07 | YYYY 08 | MM 07 | DD 07 | YY 08 | 11 | | 99080 | 73 | 2 | 15.00 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| | | | | | | | | Required report charge/DWC 73 | | | | | | | |
| 09 | 08 | 08 | | | | | | Carrier/Insurance - Payment | | | -14.70 | | | NPI | |
| 07 | 07 | 08 | 07 | 07 | 08 | 11 | | 99244 | | 2 | 285.99 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| | | | | | | | | Level 4 Complex Office Consultation | | | | | | | |
| 09 | 08 | 08 | | | | | | Carrier/Insurance - Payment | | | -248.40 | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
752612924   X

26. PATIENT'S ACCOUNT NO.
I01-0023460941

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES   NO

28. TOTAL CHARGES
$ 300.99

29. AMOUNT PAID
$ -263.10

30. BALANCE DUE
$ 37.89

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ranil R Ninala, MD
SIGNED   02/24/2010
DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247
a. 1679504831   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   (800) 733-7098
U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005
a. 1184810152   b. MDK1590TX

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | | PICA |
|------|--|--|--|--|--|--|--|------|

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) ☒ | (ID) | 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 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Evans, Melvin | 05 17 1950 M☒ F☐ | Home Depot #8976 |

| 5. PATIENT'S ADDRESS (No Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No Street) |
|---|---|---|
| 408 Lakewood Dr | Self☐ Spouse☐ Child☐ Other☐ | 500 N Interstate 35 E |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DESOTO | TX | Single☐ Married☐ Other☐ | Lancaster | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 75115 | 972 230-4230 | Employed☐ Full-Time Student☐ Part-Time Student☐ | 751461874 | 912 223-4929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| N / A | | 200805265690001NE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH / SEX |
|---|---|---|
| N / A | ☒ YES ☐ NO | N / A   M☐ F☐ |

| b. OTHER INSURED'S DATE OF BIRTH / SEX | b. AUTO ACCIDENT? / PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| N / A   M☐ F☐ | ☐ YES ☐ NO | N / A |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| N / A | ☐ YES ☐ NO | N / A |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| N / A | 200805265690001NE | ☐ YES ☐ NO   If YES, return to and complete items 9a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**   DATE  N / A

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 05 22 2008 | 05 22 2008 | FROM N / A  TO N / A |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. / 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| Janet DuPertuis | | FROM N / A  TO N / A |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  ☐ YES ☐ NO  $ CHARGES |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE N / A  ORIGINAL REF. NO. N / A |
|---|---|
| 1. 724.4    3. 922.2 | |
| 2. 847.2    4. | 23. PRIOR AUTHORIZATION NUMBER  N / A |

| 24. A. DATE(S) OF SERVICE FROM – TO | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 08 01 08  08 01 08 | 11 | | G0283 | 2,3 | 18.73 | 1 | | 0B | PT1167790TX |
| Electrical Stimulation Unattended | | | | | | | | NPI | 1942600304 |
| 10 14 08  Carrier/Insurance – Payment | | | | | -15.34 | | | NPI | |
| 08 01 08  08 01 08 | 11 | | 97002 59 | 1 | 66.33 | 1 | | 0B | PT1167790TX |
| PT ReEval | | | | | | | | NPI | 1942600304 |
| 10 14 08  Carrier/Insurance – Payment | | | | | -51.25 | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN☐ EIN☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGES | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 752014828 | I01-0023460941 | ☒ YES ☐ NO | $ 85.06 | $ -66.59 | $ 18.47 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (800) 733-7098 |
|---|---|---|
| Joel C Blanco, PT | CMC - DFW Med Center Concentra Medical Centers 8267 Elmbrook Dr Ste 101 Dallas, TX 75247 | Occupational Health Centers of the Southwest, P.A. PO Box 9005 Addison, TX 75001-9005 |
| SIGNED  02/24/2010 DATE | a. 1679504831  b. | a. 1003955220  b. PT1167790TX |

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

| | PICA | | | | | | | | | | PICA | |

| 1. | MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER 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 | (FOR PROGRAM IN ITEM 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE  MM 05 DD 17 YY 1950  SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED  Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**  STATE **TX**

8. PATIENT STATUS  Single [ ] Married [ ] Other [ ]

CITY **Lancaster**  STATE **TX**

ZIP CODE **75115**  TELEPHONE (Include Area Code) **972 230-4230**

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE **751461874**  TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N/A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N/A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH  MM DD YY  **N/A**  SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  **N/A**  SEX M [ ] F [ ]

b. AUTO ACCIDENT?  [ ] YES [ ] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N/A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N/A**

c. OTHER ACCIDENT?  [ ] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N/A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N/A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [ ] YES [ ] NO  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **N/A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT  MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM **N/A** TO **N/A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
**Janet DuPertuis**

17a. | 17b. NPI |

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM **N/A** TO **N/A**

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES [ ] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. **724.4**  3. **844.9**

2. **847.2**  4.

22. MEDICAID RESUBMISSION  CODE  ORIGINAL REF. NO. **N/A**

23. PRIOR AUTHORIZATION NUMBER
**N/A**

| 24. A. DATE(S) OF SERVICE | | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM MM DD YYYY | TO MM DD YY | | | | | | | | | | | |
| 08 11 08 | 08 11 08 | 11 | | | 99080 73 | | 2,3 | 15.00 | 1 | | 0B | MDK1590TX |
| | | | | | | | | | | | NPI | 1831219658 |
| Required report charge/DWC 73 | | | | | | | | | | | | |
| 09 08 08 | | | | | Carrier/Insurance - Payment | | | -14.70 | | | | |
| | | | | | | | | | | | NPI | |
| 08 11 08 | 08 11 08 | 11 | | | 99213 | | 2 | 97.74 | 1 | | 0B | MDK1590TX |
| | | | | | | | | | | | NPI | 1831219658 |
| Level 3 Return Expanded Visit | | | | | | | | | | | | |
| 09 08 08 | | | | | Carrier/Insurance - Payment | | | -83.03 | | | | |
| | | | | | | | | | | | NPI | |
| | | | | | | | | | | | NPI | |
| | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **752612924** SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO. **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [ ] NO [ ]

28. TOTAL CHARGES $ **112.74**

29. AMOUNT PAID $ **-97.73**

30. BALANCE DUE $ **15.01**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Ranil R Ninala, MD**

SIGNED  DATE **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Med Center**
**Concentra Medical Centers**
**8267 Elmbrook Dr Ste 101**
**Dallas, TX 75247**
a. **1679504831** b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # **(800)733-7098**
**U.S. MedGroup, P.A.**
**PO Box 865**
**Addison, TX 75001-9005**
a. **1184810152** b. **MDK1590TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE  MM 05 DD 17 YY 1950   SEX M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**   STATE **TX**

8. PATIENT STATUS
Single [ ] Married [ ] Other [ ]

CITY **Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code) **972 230-4230**

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[X] YES  [ ] NO

a. INSURED'S DATE OF BIRTH  MM DD YY  **N / A**   SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  **N / A**   SEX M [ ] F [ ]

b. AUTO ACCIDENT?  [ ] YES  [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?  [ ] YES  [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [ ] NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT  MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM **N / A**  TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM **N / A**  TO **N / A**

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB?  [ ] YES  [ ] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**   3. **844.9**
2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE **N / A**   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 05 08 | 09 05 08 | 11 | | 99080 | 73 | 2,3 | 15.00 | 1 | | 0B | MDK1590TX |
| Required report charge/DWC 73 | | | | | | | | | | NPI | 1831219658 |
| 2 | 10 16 08 | | Carrier/Insurance - Payment | | | | | -14.70 | | | | |
| | | | | | | | | | | NPI | |
| 3 | 09 05 08 | 09 05 08 | 11 | | 99213 | | 3 | 97.74 | 1 | | 0B | MDK1590TX |
| Level 3 Return Expanded Visit | | | | | | | | | | NPI | 1831219658 |
| 4 | 10 16 08 | | Carrier/Insurance - Payment | | | | | -83.03 | | | | |
| | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **752612924**  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO. **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [ ] NO [ ]

28. TOTAL CHARGES $ **112 74**

29. AMOUNT PAID $ **-97 73**

30. BALANCE DUE $ **15 01**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED **Ranil R Ninala, MD**   **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247**
a. **1679504831**

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #.   **(800) 733-7098**
**U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005**
a. **1184810152**   b. **MDK1590TX**

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

PATIENT AND INSURED INFORMATION        PHYSICIAN OR SUPPLIER INFORMATION

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

| | |
|---|---|
| PICA | PICA |

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☒ (SSN)  OTHER ☐ (ID)

1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
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

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Evans, Melvin

3. PATIENT'S BIRTH DATE
MM 05 DD 17 YY 1950   SEX M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Home Depot #8976

5. PATIENT'S ADDRESS (No Street)
408 Lakewood Dr

6. PATIENT'S RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No Street)
500 N Interstate 35 E

CITY
DESOTO   STATE TX

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY
Lancaster   STATE TX

ZIP CODE
75115   TELEPHONE (Include Area Code)
972 230-4230

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE
751461874   TELEPHONE (INCLUDE AREA CODE)
912 223-4929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N / A

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
200805265690001NE

a. OTHER INSURED'S POLICY OR GROUP NUMBER
N / A

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH
MM N DD / YY A   SEX M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM N DD / YY A   SEX M ☐  F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  ☐ NO

b. EMPLOYER'S NAME OR SCHOOL NAME
N / A

c. EMPLOYER'S NAME OR SCHOOL NAME
N / A

c. OTHER ACCIDENT?
☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
N / A

d. INSURANCE PLAN NAME OR PROGRAM NAME
N / A

10d. RESERVED FOR LOCAL USE
200805265690001NE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE N / A

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT
MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM N DD / YY A   TO MM N DD / YY A

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
Janet DuPertuis

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM N DD / YY A   TO MM N DD / YY A

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
☐ YES  ☐ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.4
2. 847.2
3. 844.9
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. N / A

23. PRIOR AUTHORIZATION NUMBER
N / A

| 24. A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM MM DD YYYY | | | TO MM DD YY | | | | | | | | | | |
| 10 03 08 | 10 03 08 | 11 | 99080 73 | | 2,3 | 15 00 | 1 | | 0B | MDK1590TX |
| | | | | | | | | | NPI | 1831219658 |
| 11 10 08 | Carrier/Insurance - Payment | | | | | -14 70 | | | | |
| | | | | | | | | | NPI | |
| 10 03 08 | 10 03 08 | 11 | 99214 | | 2 | 146 90 | 1 | | 0B | MDK1590TX |
| Level 4 Return Complex Visit | | | | | | | | | NPI | 1831219658 |
| 11 10 08 | Carrier/Insurance - Payment | | | | | -124 76 | | | | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

Required report charge/DWC 73

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
752612924

26. PATIENT'S ACCOUNT NO.
I01-0023460941

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☐ YES  ☐ NO

28. TOTAL CHARGES
161 90

29. AMOUNT PAID
-139 46

30. BALANCE DUE
22 44

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ranil R Ninala, MD
SIGNED   02/24/2010 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247

a. 1679504831   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   (800)733-7098
U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005

a. 1184810152   b. MDK1590TX

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

PICA

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE / SEX
MM 05 DD 17 YY 1950   M [X]   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**   STATE **TX**

8. PATIENT STATUS
Single [ ] Married [ ] Other [ ]

CITY **Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code) **972 230-4230**

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[X] YES [ ] NO

a. INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX M [ ] F [ ]

b. AUTO ACCIDENT?
[ ] YES [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?
[ ] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES [ ] NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT
MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE
MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM **N / A** TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM **N / A** TO **N / A**

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB?
[ ] YES [ ] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**   3. **844.9**
2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE FROM / TO | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 10 21 08 10 21 08 | 11 | | 99080, 73 | 2,3 | 15.00 | 1 | | 0B | MDK1590TX |
| Required report charge/DWC 73 | | | | | | | | NPI | 1831219658 |
| 11 25 08 | | | Carrier/Insurance - Payment | | -14.70 | | | NPI | |
| 10 21 08 10 21 08 | 11 | | 99213 | 2 | 97.74 | 1 | | 0B | MDK1590TX |
| Level 3 Return Expanded Visit | | | | | | | | NPI | 1831219658 |
| 11 25 08 | | | Carrier/Insurance - Payment | | -83.03 | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
**752612924**   [X]

26. PATIENT'S ACCOUNT NO.
**I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[ ] YES [ ] NO

28. TOTAL CHARGES **112.74**

29. AMOUNT PAID **-97.73**

30. BALANCE DUE **15.01**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Ranil R Ninala, MD**
SIGNED **02/24/2010** DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247**
a. **1679504831** b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   **(800)733-7098**
**U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005**
a. **1184810152** b. **MDK1590TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | PICA | |

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| Evans, Melvin | MM 05 DD 17 YY 1950 | M ☒ F | Home Depot #8976 |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
| 408 Lakewood Dr | Self ☐ Spouse ☐ Child ☐ Other ☐ | 500 N Interstate 35 E |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
| DESOTO | TX | Single ☐ Married ☐ Other ☐ | Lancaster | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
| 75115 | 972 230-4230 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 751461874 | 912 223-4929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| N/A | | 200805265690001NE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
| N/A | ☒ YES ☐ NO | MM DD YY N/A | M ☐ F ☐ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| MM DD YY N/A | M ☐ F ☐ | ☐ YES ☐ NO | | N/A |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| N/A | ☐ YES ☐ NO | N/A |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| N/A | 200805265690001NE | ☐ YES ☐ NO  If YES, return to and complete items 9a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N/A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE 05 22 2008 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM N/A TO N/A |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
| | 17b. NPI | FROM N/A TO N/A |

| 19. RESERVED FOR LOCAL USE Janet DuPertuis | 20. OUTSIDE LAB?  ☐ YES ☐ NO  $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE N/A  ORIGINAL REF. NO. N/A |
| 1. 724.4   3. 844.9 | |
| 2. 847.2   4. | 23. PRIOR AUTHORIZATION NUMBER N/A |

| 24. | A. DATE(S) OF SERVICE FROM | A. TO | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 11 08 | 11 11 08 11 | 73 | | 99080 | | 2,3 | 15 00 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| | Required report charge/DWC 73 | | | | | | | | | | | |
| 2 | 12 10 08 | Carrier/Insurance – Payment | | | | | | -14 70 | | | NPI | |
| 3 | 11 11 08 | 11 11 08 11 | | | 99213 | | 2 | 97 74 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| | Level 3 Return Expanded Visit | | | | | | | | | | | |
| 4 | 12 10 08 | Carrier/Insurance – Payment | | | | | | -83 03 | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGES | 29. AMOUNT PAID | 30. BALANCE DUE |
| 752612924 | ☒ | I01-0023460941 | ☐ YES ☐ NO | 112 74 | -97 73 | 15 01 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof. | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #. (800) 733-7098 |
| Ranil R Ninala, MD | CMC - DFW Med Center Concentra Medical Centers 8267 Elmbrook Dr Ste 101 Dallas, TX 75247 | U.S. MedGroup, P.A. PO Box 865 Addison, TX 75001-9005 |
| SIGNED Ranil R Ninala, MD   DATE 02/24/2010 | a. 1679504831   b. | a. 1184810152   b. MDK1590TX |

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | PICA | | |

| 1. | MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) [X] | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: **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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): **Evans, Melvin**

3. PATIENT'S BIRTH DATE: **05 17 1950**  SEX: M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial): **Home Depot #8976**

5. PATIENT'S ADDRESS (No Street): **408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No Street): **500 N Interstate 35 E**

CITY: **DESOTO**  STATE: **TX**

8. PATIENT STATUS: Single [ ] Married [ ] Other [ ]  Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY: **Lancaster**  STATE: **TX**

ZIP CODE: **75115**  TELEPHONE (Include Area Code): **972 230-4230**

ZIP CODE: **751461874**  TELEPHONE (INCLUDE AREA CODE): **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial): **N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: **200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER: **N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH: **N / A**  SEX: M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH: **N / A**  SEX: M [ ] F [ ]

b. AUTO ACCIDENT? [ ] YES [ ] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**

c. OTHER ACCIDENT? [ ] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**

10d. RESERVED FOR LOCAL USE: **200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [ ] NO  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: **05 22 2008**  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE **05 22 2008**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM **N / A** TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: **Janet DuPertuis**

17a. [ ]  17b. NPI [ ]

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM **N / A** TO **N / A**

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? [ ] YES [ ] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. **724.4**  3. **844.9**
2. **847.2**  4.

22. MEDICAID RESUBMISSION CODE **N / A**  ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER **N / A**

| 24. | A. DATE(S) OF SERVICE FROM — TO | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 09 08 | 12 09 08 | 11 | | 99080 | 73 | 2,3 | 15.00 | 1 | | 0B | MDK1590TX |
| | Required report charge/DWC 73 | | | | | | | | | | NPI | 1831219658 |
| 2 | 01 09 09 | | | | Carrier/Insurance - Payment | | | -14.70 | | | NPI | |
| 3 | 12 09 08 | 12 09 08 | 11 | | 99213 | | 3 | 97.74 | 1 | | 0B | MDK1590TX |
| | Level 3 Return Expanded Visit | | | | | | | | | | NPI | 1831219658 |
| 4 | 01 09 09 | | | | Carrier/Insurance - Payment | | | -83.03 | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: **752612924**  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [ ] YES [ ] NO

28. TOTAL CHARGES: **112.74**

29. AMOUNT PAID: **-97.73**

30. BALANCE DUE: **15.01**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED **Ranil R Ninala, MD**  DATE **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office):
**CMC - DFW Med Center**
**Concentra Medical Centers**
**8267 Elmbrook Dr Ste 101**
**Dallas, TX 75247**

a. **1679504831**  b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: **(800)733-7098**
**U.S. MedGroup, P.A.**
**PO Box 865**
**Addison, TX 75001-9005**

a. **1184810152**  b. **MDK1590TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

CARRIER · PATIENT AND INSURED INFORMATION · PHYSICIAN OR SUPPLIER INFORMATION

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER  [X] (ID)
1A. INSURED'S I.D. NUMBER: **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**

2. PATIENT'S NAME: **Evans, Melvin**
3. PATIENT'S BIRTH DATE: **05 17 1950** SEX M [X]
4. INSURED'S NAME: **Home Depot #8976**

5. PATIENT'S ADDRESS: **408 Lakewood Dr**
7. INSURED'S ADDRESS: **500 N Interstate 35 E**

CITY: **DESOTO** STATE **TX**
6. PATIENT RELATIONSHIP TO INSURED
CITY: **Lancaster** STATE **TX**

ZIP CODE: **75115** TELEPHONE: **972 230-4230**
8. PATIENT STATUS
ZIP CODE: **751461874** TELEPHONE: **912 223-4929**

9. OTHER INSURED'S NAME: **N / A**
10. PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: **200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER: **N / A**
a. EMPLOYMENT? [X] YES
a. INSURED'S DATE OF BIRTH: **N / A** SEX

b. OTHER INSURED'S DATE OF BIRTH: **N / A** SEX
b. AUTO ACCIDENT? PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**
c. OTHER ACCIDENT?
c. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**
10d. RESERVED FOR LOCAL USE: **200805265690001NE**
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE SIGNED **SIGNATURE ON FILE** DATE **N / A**
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS: **05 22 2008**
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE: **05 22 2008**
16. DATES PATIENT UNABLE TO WORK: FROM **N / A** TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
17a. 17b. NPI
18. HOSPITALIZATION DATES: FROM **N / A** TO **N / A**

19. RESERVED FOR LOCAL USE: **Janet DuPertuis**
20. OUTSIDE LAB? YES [ ] NO [ ]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. **724.4**  3. **844.9**
2. **847.2**  4.
22. MEDICAID RESUBMISSION CODE **N / A** ORIGINAL REF. NO. **N / A**
23. PRIOR AUTHORIZATION NUMBER **N / A**

| 24. A DATE(S) OF SERVICE FROM / TO | B PLACE | C EMG | D PROCEDURES CPT/HCPCS / MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS/UNITS | H EPSDT | I ID QUAL | J RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 01 13 09 01 13 09 | 11 | | 99080, 73 | 2,3 | 15.00 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Required report charge/DWC 73 | | | | | | | | | |
| 01 13 09 01 13 09 | 11 | | 99213 | 2 | 97.74 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Level 3 Return Expanded Visit | | | | | | | | | |
| 03 10 09 | | | Carrier/Insurance - Payment | | -90.08 | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: **752612924** [X] EIN
26. PATIENT'S ACCOUNT NO.: **I01-0023460941**
27. ACCEPT ASSIGNMENT? YES [ ]
28. TOTAL CHARGES: **112 74**
29. AMOUNT PAID: **90 08**
30. BALANCE DUE: **22 66**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
**Ranil R Ninala, MD**
SIGNED **02/24/2010**

32. NAME AND ADDRESS OF FACILITY:
**CMC - DFW Med Center**
**Concentra Medical Centers**
**8267 Elmbrook Dr Ste 101**
**Dallas, TX 75247**
a. **1679504831**

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME:
**(800)733-7098**
**U.S. MedGroup, P.A.**
**PO Box 865**
**Addison, TX 75001-9005**
a. **1184810152** b. **MDK1590TX**

NUCC Instruction Manual available at: www.nucc.org
APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| | | | | | | PICA | |

**1.** MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) [X] | OTHER (ID) | **1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
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

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Evans, Melvin

**3. PATIENT'S BIRTH DATE** MM 05 DD 17 YY 1950   SEX M [X] F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Home Depot #8976

**5. PATIENT'S ADDRESS** (No Street)
408 Lakewood Dr

**6. PATIENT RELATIONSHIP TO INSURED**
Self [ ] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS** (No Street)
500 N Interstate 35 E

CITY: DESOTO   STATE: TX

**8. PATIENT STATUS**
Single [ ] Married [ ] Other [ ]

CITY: Lancaster   STATE: TX

ZIP CODE: 75115   TELEPHONE (Include Area Code): 972 230-4230

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE: 751461874   TELEPHONE (INCLUDE AREA CODE): 912 223-4929

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
N / A

**10. PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
200805265690001NE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
N / A

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
[X] YES [ ] NO

**a. INSURED'S DATE OF BIRTH** MM DD YY  N / A   SEX M [ ] F [ ]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  N / A   SEX M [ ] F [ ]

**b. AUTO ACCIDENT?**  PLACE (State)
[ ] YES [ ] NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. OTHER ACCIDENT?**
[ ] YES [ ] NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**10d. RESERVED FOR LOCAL USE**
200805265690001NE

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
[ ] YES [ ] NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  N / A

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT** MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) ◄

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE  MM 05 DD 22 YY 2008

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM N / A   TO N / A

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
Janet DuPertuis

17a. | 17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM N / A   TO N / A

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  $ CHARGES
[ ] YES [ ] NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.4   3. 844.9
2. 847.2   4.

**22. MEDICAID RESUBMISSION** CODE  N / A   ORIGINAL REF. NO.  N / A

**23. PRIOR AUTHORIZATION NUMBER**
N / A

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 02 | DD 10 | YYYY 09 | To MM 02 | DD 10 | YYYY 09 | 11 | | 99080 73 | 2,3 | 15.00 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Required report charge/DWC 73 | | | | | | | | | | | | | | |
| 02 | 10 | 09 | 02 | 10 | 09 | 11 | | 99213 | 2 | 97.74 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Level 3 Return Expanded Visit | | | | | | | | | | | | | | |
| 03 | 23 | 09 | | | | Carrier/Insurance - Payment | | | | -90.08 | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN [ ] EIN [X]
752612924

**26. PATIENT'S ACCOUNT NO.**
I01-0023460941

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
[ ] YES [ ] NO

**28. TOTAL CHARGES**
$ 112.74

**29. AMOUNT PAID**
$ 90.08

**30. BALANCE DUE**
$ 22.66

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ranil R Ninala, MD
SIGNED  02/24/2010  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247
a. 1679504831  b.

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #.**  (800) 733-7098
U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005
a. 1184810152  b. MDK1590TX