Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

| | PICA | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE (Medicare #)   MEDICAID (Medicaid #)   TRICARE CHAMPUS (Sponsor's SSN)   CHAMPVA (Member ID#)   GROUP HEALTH PLAN (SSN or ID)   FECA BLK LUNG (SSN)   OTHER ☒ (ID)   **1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
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

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Evans, Melvin

**3. PATIENT'S BIRTH DATE**  MM 05  DD 17  YY 1950   SEX M ☒  F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Home Depot #8976

**5. PATIENT'S ADDRESS** (No Street)
408 Lakewood Dr

**6. PATIENT'S RELATIONSHIP TO INSURED**
Self   Spouse   Child   Other

**7. INSURED'S ADDRESS** (No Street)
500 N Interstate 35 E

CITY  DESOTO   STATE TX

**8. PATIENT STATUS**
Single   Married   Other

CITY  Lancaster   STATE TX

ZIP CODE 75115   TELEPHONE (Include Area Code) 972 230-4230

Employed   Full-Time Student   Part-Time Student

ZIP CODE 751461874   TELEPHONE (INCLUDE AREA CODE) 912 223-4929

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
N / A

**10. PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
200805265690001NE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
N / A

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
☒ YES   NO

**a. INSURED'S DATE OF BIRTH**  MM DD YY  N / A   SEX M  F

**b. OTHER INSURED'S DATE OF BIRTH**  MM DD YY  N / A   SEX M  F

**b. AUTO ACCIDENT?**   YES   NO   PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. OTHER ACCIDENT?**   YES   NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**10d. RESERVED FOR LOCAL USE**
200805265690001NE

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES   NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below..
SIGNED **SIGNATURE ON FILE**   DATE **N / A**

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT**  MM 05  DD 22  YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE**  MM 05  DD 22  YY 2008

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM N / A   TO N / A

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
Janet DuPertuis

17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM N / A   TO N / A

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**   YES   NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 724.4
2. 844.9
3. 847.2
4.

**22. MEDICAID RESUBMISSION CODE**
N / A   ORIGINAL REF. NO. N / A

**23. PRIOR AUTHORIZATION NUMBER**
N / A

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YYYY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 24 09 | 03 24 09 | 11 | | 99213 | | 2 | 97 74 | 1 | | 0B | MDK1590TX |
| Level 3 Return Expanded Visit | | | | | | | | | | NPI | 1831219658 |
| 06 27 09 | | | | Carrier/Insurance - Payment | | | -86 01 | | | | |
| | | | | | | | | | | NPI | |
| 03 24 09 | 03 24 09 | 11 | | 99080 | 73 | 2,3 | 15 00 | 1 | | 0B | MDK1590TX |
| Required report charge/DWC 73 | | | | | | | | | | NPI | 1831219658 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  752612924   SSN   EIN ☒

**26. PATIENT'S ACCOUNT NO.**
I01-0023460941

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES   NO

**28. TOTAL CHARGES**  $ 112 74

**29. AMOUNT PAID**  $ -86 01

**30. BALANCE DUE**  $ 26 73

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ranil R Ninala, MD
SIGNED   DATE 02/24/2010

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247
1679504831

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #.** (800)733-7098
U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005
a. 1184810152   b. MDK1590TX

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |
| --- |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1A. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 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 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Evans, Melvin | 05 17 1950 M X F | | Home Depot #8976 |

| 5. PATIENT'S ADDRESS (No Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No Street) |
|---|---|---|
| 408 Lakewood Dr | Self Spouse Child Other | 500 N Interstate 35 E |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DESOTO | TX | Single Married Other | Lancaster | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 75115 | 972 230-4230 | Employed Full-Time Student Part-Time Student | 751461874 | 912 223-4929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| N / A | | 200805265690001NE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| N / A | X YES NO | N / A M F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| N / A M F | | YES NO | | N / A |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| N / A | YES NO | N / A |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| N / A | 200805265690001NE | YES NO If YES, return to and complete items 9a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 05 22 2008 | 05 22 2008 | FROM N / A TO N / A |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| Janet DuPertuis | 17b. NPI | FROM TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.4   3. 844.9
2. 847.2   4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. N / A |
|---|---|

| 23. PRIOR AUTHORIZATION NUMBER |
|---|
| N / A |

| 24. A. DATE(S) OF SERVICE FROM / TO | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 05 04 09 05 04 09 | 11 | | 99080 73 | 2,3 | 15.00 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Required report charge/DWC 73 | | | | | | | | | |
| 07 30 09 | | | Carrier/Insurance - Payment | | 0.00 | | | NPI | |
| 05 04 09 05 04 09 | 11 | | 99214 | 3 | 146.90 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Level 4 Return Complex Visit | | | | | | | | | |
| 07 30 09 | | | Carrier/Insurance - Payment | | 0.00 | | | NPI | |
| 08 05 09 | | | Carrier/Insurance - Payment | | -129.27 | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGES | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 752612924 | X | I01-0023460941 | YES NO | $ 161.90 | $ -129.27 | $ 32.63 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Ranil R Ninala, MD**

SIGNED   02/24/2010 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247
a. 1679504831   b.

33. PHYSICIAN'S SUPPLIERS BILLING NAME, ADDRESS, ZIP CODE & PHONE #. (800)733-7098

U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005
a. 1184810152   b. MDK1590TX

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

PICA

| | | | | | | PICA | |

**1.** MEDICARE (Medicare #) ☐  MEDICAID (Medicaid #) ☐  TRICARE CHAMPUS (Sponsor's SSN) ☐  CHAMPVA (Member ID#) ☐  GROUP HEALTH PLAN (SSN or ID) ☐  FECA BLK LUNG (SSN) ☐  OTHER (ID) ☒

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
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

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Evans, Melvin

**3. PATIENT'S BIRTH DATE**  MM 05 DD 17 YY 1950   SEX M ☒  F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Home Depot #8976

**5. PATIENT'S ADDRESS** (No Street)
408 Lakewood Dr

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No Street)
500 N Interstate 35 E

CITY
DESOTO   STATE TX

**8. PATIENT STATUS**
Single ☐  Married ☐  Other ☐

CITY
Lancaster   STATE TX

ZIP CODE 75115   TELEPHONE (Include Area Code) 972 230-4230

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 751461874   TELEPHONE (INCLUDE AREA CODE) 912 223-4929

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
N / A

**10. PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
200805265690001NE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
N / A

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)  YES ☒  NO ☐

**a. INSURED'S DATE OF BIRTH**  MM DD YY  N / A   SEX M ☐  F ☐

**b. OTHER INSURED'S DATE OF BIRTH**  MM DD YY  N / A   SEX M ☐  F ☐

**b. AUTO ACCIDENT?**  YES ☐  NO ☐   PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. OTHER ACCIDENT?**  YES ☐  NO ☐

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**10d. RESERVED FOR LOCAL USE**
200805265690001NE

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO ☐  IF YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE N / A

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT**  MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS,** GIVE FIRST DATE MM 05 DD 22 YY 2008

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM MM DD YY N / A  TO MM DD YY N / A

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
Janet DuPertuis

17a. ☐
17b. NPI ☐

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM MM DD YY N / A  TO MM DD YY N / A

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  YES ☐  NO ☐   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 724.4   3. 844.9

2. 847.2   4.

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO. N / A

**23. PRIOR AUTHORIZATION NUMBER**
N / A

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 06 | DD 01 | YYYY 09 | To MM 06 | DD 01 | YY 09 | 11 | | 99080  73 | 2,3 | 15.00 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| | | | | | | | | Required report charge/DWC 73 | | | | | | |
| 06 | 01 | 09 | 06 | 01 | 09 | 11 | | 99214 | 3 | 159.23 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| | | | | | | | | Level 4 Return Complex Visit | | | | | | |
| 07 | 28 | 09 | | | | | | Carrier/Insurance - Payment | | -135.69 | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  752612924   SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.**
I01-0023460941

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☐  NO ☐

**28. TOTAL CHARGES**  $ 174 23

**29. AMOUNT PAID**  $ -135 69

**30. BALANCE DUE**  $ 38 54

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ranil R Ninala, MD
SIGNED   DATE 02/24/2010

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
CMC - DFW Med Center
Concentra Medical Centers
8267 Elmbrook Dr Ste 101
Dallas, TX 75247
a. 1679504831   b.

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #.**   (800) 733-7098
U.S. MedGroup, P.A.
PO Box 865
Addison, TX 75001-9005
a. 1184810152   b. MDK1590TX

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

PICA 1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | | |
|---|---|---|---|
| PICA | | | PICA |

1. MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) TRICARE CHAMPUS ☐ (Sponsor's SSN) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (SSN or ID) FECA BLK LUNG ☐ (SSN) OTHER ☒ (ID) 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE MM 05 DD 17 YY 1950 SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☒

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO** STATE **TX**

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY **Lancaster** STATE **TX**

ZIP CODE **75115** TELEPHONE (Include Area Code) **972 230-4230**

ZIP CODE **751461874** TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☒ NO ☐

a. INSURED'S DATE OF BIRTH MM DD YY **N / A** SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH MM DD YY **N / A** SEX M ☐ F ☐

b. AUTO ACCIDENT? PLACE (State)
YES ☐ NO ☐

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?
YES ☐ NO ☐

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☐ If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE** DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT MM 05 DD 22 YY 2008 ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY **N / A** TO MM DD YY **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
**Janet DuPertuis**

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY **N / A** TO MM DD YY **N / A**

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES ☐ NO ☐ $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **724.4**  3. **844.9**
2. **847.2**  4.

22. MEDICAID RESUBMISSION CODE **N / A** ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YYYY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 06 30 09 | 06 30 09 | 11 | | 99080 73 | | 2,3 | 17 25 | 1 | | 0B | MDK1590TX 1831219658 |
| | Required report charge/DWC 73 | | | | | | | | | NPI | |
| 2 06 30 09 | 06 30 09 | 11 | | 99213 | | 2 | 105 71 | 1 | | 0B | MDK1590TX 1831219658 |
| | Level 3 Return Expanded Visit | | | | | | | | | NPI | |
| 3 08 05 09 | | | | Carrier/Insurance - Payment | | | -90 08 | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN ☐ EIN ☒
**752612924**

26. PATIENT'S ACCOUNT NO.
**I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐

28. TOTAL CHARGES $ **122 96**

29. AMOUNT PAID $ **-90 08**

30. BALANCE DUE $ **32 88**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof.
**Ranil R Ninala, MD**
SIGNED **02/24/2010** DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Med Center**
**Concentra Medical Centers**
**8267 Elmbrook Dr Ste 101**
**Dallas, TX 75247**
a. **1679504831** b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #. **(800)733-7098**
**U.S. MedGroup, P.A.**
**PO Box 865**
**Addison, TX 75001-9005**
a. **1184810152** b. **MDK1590TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | | X | | 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Evans, Melvin | MM 05 DD 17 YY 1950  M X  F | Home Depot #8976 |

| 5. PATIENT'S ADDRESS (No Street) | 6. PATIENT'S RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No Street) |
|---|---|---|
| 408 Lakewood Dr | Self  Spouse  Child  Other | 500 N Interstate 35 E |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DESOTO | TX | Single  Married  Other | Lancaster | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 75115 | 972 230-4230 | Employed  Full-Time Student  Part-Time Student | 751461874 | 912 223-4929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| N / A | | 200805265690001NE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| N / A | X YES  NO | MM DD YY N / A  M  F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY N / A  M  F | YES  NO | | N / A |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| N / A | YES  NO | N / A |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| N / A | 200805265690001NE | YES  NO   If YES, return to and complete items 9a-d. |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**     DATE   N / A

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM 05 DD 22 YY 2008 | MM 05 DD 22 YY 2008 | FROM N / A  TO N / A |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| Janet DuPertuis | 17b. NPI | FROM N / A  TO N / A |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES  NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.4     3. 844.9
2. 847.2     4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|
| N / A | N / A |

23. PRIOR AUTHORIZATION NUMBER
N / A

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YYYY | B. PLACE OF Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 11 09 | 09 11 09 | 11 | | 99080 | 73 | 2,3 | 17.25 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Required report charge/DWC 73 | | | | | | | | | | | |
| 01 12 10 | Carrier/Insurance – Payment | | | | | | 0.00 | | | NPI | |
| 09 11 09 | 09 11 09 | 11 | | 99213 | | 3 | 105.71 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Level 3 Return Expanded Visit | | | | | | | | | | | |
| 01 12 10 | Carrier/Insurance – Payment | | | | | | 0.00 | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGES | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 752612924 | X | I01-0023460941 | YES  NO | $ 122.96 | $ 0.00 | $ 122.96 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ranil R Ninala, MD
SIGNED   02/24/2010 DATE

| 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) |
|---|
| CMC – DFW Med Center Concentra Medical Centers 8267 Elmbrook Dr Ste 101 Dallas, TX 75247 |
| a. 1679504831   b. |

| 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (800) 733-7098 |
|---|
| U.S. MedGroup, P.A. PO Box 865 Addison, TX 75001-9005 |
| a. 1184810152   b. MDK1590TX |

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE  MM 05 DD 17 YY 1950   SEX M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY  **DESOTO**   STATE **TX**

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY  **Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code) **972 230-4230**

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH  MM DD YY **N / A**   SEX M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY **N / A**   SEX M ☐  F ☐

b. AUTO ACCIDENT? ☐ YES  ☐ NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT? ☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT  MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM **N / A**  TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM **N / A**  TO **N / A**

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB? ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**   3. **844.9**

2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE **N / A**   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 10 06 09 | 10 06 09 | 11 | | 99080 | 73 | 2,3 | 17 25 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Required report charge/DWC 73 | | | | | | | | | | | |
| 2 10 06 09 | 10 06 09 | 11 | | 99214 | | 3 | 159 23 | 1 | | 0B NPI | MDK1590TX 1831219658 |
| Level 4 Return Complex Visit | | | | | | | | | | | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **752612924**  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☐ YES ☐ NO

28. TOTAL CHARGES $ **176 48**

29. AMOUNT PAID $ **0 00**

30. BALANCE DUE $ **176 48**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof.

**Ranil R Ninala, MD**

SIGNED  DATE **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Med Center**
**Concentra Medical Centers**
**8267 Elmbrook Dr Ste 101**
**Dallas, TX 75247**
a. **1679504831**  b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # **(800) 733-7098**
**U.S. MedGroup, P.A.**
**PO Box 865**
**Addison, TX 75001-9005**
a. **1184810152**  b. **MDK1590TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | | | PICA

| 1. | MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE   MM 05 DD 17 YY 1950   SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED   Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**   STATE **TX**

8. PATIENT STATUS   Single [ ] Married [ ] Other [ ]

CITY **Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code) **972 230-4230**

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   X YES [ ] NO

a. INSURED'S DATE OF BIRTH   MM DD YY **N / A**   SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY **N / A**   SEX M [ ] F [ ]

b. AUTO ACCIDENT?   [ ] YES [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?   [ ] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   [ ] YES [ ] NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT   MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) ◄

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE   MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM DD YY **N / A**   TO MM DD YY **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. [ ]
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY **N / A**   TO MM DD YY **N / A**

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB?   [ ] YES [ ] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. **847.2**   3.
2. **922.2**   4.

22. MEDICAID RESUBMISSION CODE **N / A**   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. | A. DATE(S) OF SERVICE FROM MM DD YYYY   TO MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 30 08   05 30 11 | | | 99204   Level 4 New Complex Visit | 1,2 | 226 68 | 1 | | 0B NPI | MDG1558TX 1548389489 |
| 2 | 09 05 08 | | | Carrier/Insurance - Payment | | 0 00 | | | NPI | |
| 3 | 09 05 08 | | | Carrier/Insurance - Payment | | -192 41 | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN X
**752014828**

26. PATIENT'S ACCOUNT NO.
**I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES [ ] NO [ ]

28. TOTAL CHARGES
**226 68**

29. AMOUNT PAID
**-192 41**

30. BALANCE DUE
**34 27**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Robert J Stuart, MD**
SIGNED **02/24/2010**   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033**   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   **(800) 733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**   b. **MDG1558TX**

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

CARRIER   PATIENT AND INSURED INFORMATION   PHYSICIAN OR SUPPLIER INFORMATION

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | PICA

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)    1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE  MM 05 DD 17 YY 1950  SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**  STATE **TX**

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY **Lancaster**  STATE **TX**

ZIP CODE **75115**  TELEPHONE (Include Area Code) **972 230-4230**

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE **751461874**  TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH  MM DD YY **N / A**  SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY **N / A**  SEX M ☐ F ☐

b. AUTO ACCIDENT?
☐ YES  ☐ NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYERS NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?
☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below..

SIGNED **SIGNATURE ON FILE**  DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT  MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM **N / A**  TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM **N / A**  TO **N / A**

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB?  ☐ YES  ☐ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. **847.2**   3.
2. **922.2**   4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM MM 06 | DD 03 | YY 08 | TO MM 06 | DD 03 | YY 08 | 11 | | G0283 | | 1 | 18 73 | 1 | | 0B | PT1148030TX |
| Electrical Stimulation Unattended | | | | | | | | | | | | | | NPI | 1295923522 |
| 09 | 05 | 08 | | | | Carrier/Insurance – Payment | | | | | -15 34 | | | | |
| | | | | | | | | | | | | | | NPI | |
| 06 | 03 | 08 | 06 | 03 | 08 | 11 | | 97110 | | 1 | 46 21 | 1 | | 0B | PT1148030TX |
| Therapeutic Exercises-15m | | | | | | | | | | | | | | NPI | 1295923522 |
| 09 | 05 | 08 | | | | Carrier/Insurance – Payment | | | | | -37 51 | | | | |
| | | | | | | | | | | | | | | NPI | |
| 06 | 03 | 08 | 06 | 03 | 08 | 11 | | 97001 | 59 | 1,2 | 124 93 | 1 | | 0B | PT1148030TX |
| PT Eval | | | | | | | | | | | | | | NPI | 1295923522 |
| 09 | 05 | 08 | | | | Carrier/Insurance – Payment | | | | | -95 60 | | | | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  **752014828**  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.  **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES  ☐ NO

28. TOTAL CHARGES  $ **189 87**

29. AMOUNT PAID  $ **-148 45**

30. BALANCE DUE  $ **41 42**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Brent M Davis, PT**
SIGNED **02/24/2010**  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC – DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033**  b.

33. PHYSICIAN'S, SUPPLIERS BILLING NAME, ADDRESS, ZIP CODE & PHONE #  **(800)733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**  b. **PT1148030TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

| PICA | | | | | | | | PICA | |

**1.** MEDICARE (Medicare #) ☐ | MEDICAID (Medicaid #) ☐ | TRICARE CHAMPUS (Sponsor's SSN) ☐ | CHAMPVA (Member ID#) ☐ | GROUP HEALTH PLAN (SSN or ID) ☐ | FECA BLK LUNG (SSN) ☐ | OTHER ☒ (ID) | **1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
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

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Evans, Melvin

**3. PATIENT'S BIRTH DATE**
MM 05 DD 17 YY 1950    SEX M ☒ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Home Depot #8976

**5. PATIENT'S ADDRESS** (No Street)
408 Lakewood Dr

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☐ Child ☐ Other ☒

**7. INSURED'S ADDRESS** (No Street)
500 N Interstate 35 E

CITY
DESOTO    STATE TX

**8. PATIENT STATUS**
Single ☐ Married ☐ Other ☐

CITY
Lancaster    STATE TX

ZIP CODE
75115

TELEPHONE (Include Area Code)
972 230-4230

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE
751461874

TELEPHONE (INCLUDE AREA CODE)
912 223-4929

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
N / A

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
200805265690001NE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
N / A

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
☒ YES ☐ NO

**a. INSURED'S DATE OF BIRTH**
MM DD YY    N / A    SEX M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH**
MM DD YY    N / A    SEX M ☐ F ☐

**b. AUTO ACCIDENT?**
☐ YES ☐ NO    PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. OTHER ACCIDENT?**
☐ YES ☐ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**10d. RESERVED FOR LOCAL USE**
200805265690001NE

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES ☐ NO    If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE **N / A**

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

PATIENT AND INSURED INFORMATION

**14. DATE OF CURRENT** ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)
MM 05 DD 22 YY 2008

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE**
MM 05 DD 22 YY 2008

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM N / A    TO N / A

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
Janet DuPertuis

17a. 
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM N / A    TO N / A

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**
☐ YES ☐ NO    $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 847.2
2. 922.2
3.
4.

**22. MEDICAID RESUBMISSION CODE**    ORIGINAL REF. NO. N / A

**23. PRIOR AUTHORIZATION NUMBER**
N / A

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM MM 06 | DD 03 | YYYY 08 | TO MM 06 | DD 03 | YY 11 | 97535 | | 1 | 49.43 | 1 | | 0B. | PT1148030TX 1295923522 |
| Self Care/Hm Mgt Training-15m | | | | | | | | | | | | | NPI |
| 09 05 08 Carrier/Insurance - Payment | | | | | | | | | -40.17 | | | | NPI |
| | | | | | | | | | | | | | NPI |
| | | | | | | | | | | | | | NPI |
| | | | | | | | | | | | | | NPI |
| | | | | | | | | | | | | | NPI |

**25. FEDERAL TAX I.D. NUMBER**    SSN ☐ EIN ☒
752014828

**26. PATIENT'S ACCOUNT NO.**
I01-0023460941

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☐ YES ☐ NO

**28. TOTAL CHARGES**
$ 49.43

**29. AMOUNT PAID**
$ -40.17

**30. BALANCE DUE**
$ 9.26

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Brent M Davis, PT
SIGNED    DATE 02/24/2010

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
CMC - DFW Redbird
Concentra Medical Centers
5520 Westmoreland Ste 200
Dallas, TX 75237
a. 1588696033    b.

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** (800) 733-7098
Occupational Health Centers
of the Southwest, P.A.
PO Box 9005
Addison, TX 75001-9005
a. 1003955220    b. PT1148030TX

PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| 1. | MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 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 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|---|
| Evans, Melvin | MM 05 DD 17 YY 1950 | M X F | | Home Depot #8976 |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 408 Lakewood Dr | Self  Spouse  Child  Other | 500 N Interstate 35 E |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DESOTO | TX | Single  Married  Other | Lancaster | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 75115 | 972 230-4230 | Employed  Full-Time Student  Part-Time Student | 751461874 | 912 223-4929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| N / A | | 200805265690001NE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| N / A | X YES   NO | MM DD YY N / A | M   F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY N / A | M   F | YES   NO | | N / A |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| N / A | YES   NO | N / A |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| N / A | 200805265690001NE | YES   NO   If YES, return to and complete items 9a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**   DATE  **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: MM 05 DD 22 YY 2008 | ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM 05 DD 22 YY 2008 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM N / A  TO N / A |
|---|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| Janet DuPertuis | 17b. NPI | FROM N / A  TO N / A |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  YES   NO | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847.2      3.

2. 724.4      4.

| 22. MEDICAID RESUBMISSION CODE N / A | ORIGINAL REF. NO. N / A |
|---|---|

23. PRIOR AUTHORIZATION NUMBER  N / A

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM MM 06 | DD 04 | YY 08 | TO MM 06 | DD 04 | YY 08 | 11 | | 99214 | 1,2 | 146.90 | 1 | | 0B NPI | MDG1558TX 1548389489 |
| Level 4 Return Complex Visit | | | | | | | | | | | | | | |
| 09 | 05 | 08 | | | | | | Carrier/Insurance - Payment | | -124.76 | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGES | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 752014828 | X | IO1-0023460941 | YES   NO | $ 146.90 | $ -124.76 | $ 22.14 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (800)733-7098 |
|---|---|---|
| Robert J Stuart, MD | CMC - DFW Redbird Concentra Medical Centers 5520 Westmoreland Ste 200 Dallas, TX 75237 | Occupational Health Centers of the Southwest, P.A. PO Box 9005 Addison, TX 75001-9005 |
| SIGNED 02/24/2010  DATE | a. 1588696033  b. | a. 1003955220  b. MDG1558TX |

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | | PICA |

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Evans, Melvin | MM 05 DD 17 YY 1950  M [X]  F | Home Depot #8976 |

| 5. PATIENT'S ADDRESS (No Street) | 6. PATIENT'S RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No Street) |
|---|---|---|
| 408 Lakewood Dr | Self  Spouse  Child  Other | 500 N Interstate 35 E |

| CITY | STATE | 8. PATIENT'S STATUS | CITY | STATE |
|---|---|---|---|---|
| DESOTO | TX | Single  Married  Other | Lancaster | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 75115 | 972 230-4230 | Employed  Full-Time Student  Part-Time Student | 751461874 | 912 223-4929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| N / A | | 200805265690001NE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| N / A | [X] YES  NO | MM DD YY  N / A  M  F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY  N / A  M  F | | YES  NO | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| N / A | YES  NO | N / A |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| N / A | 200805265690001NE | YES  NO  If YES, return to and complete items 9a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT | ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|---|
| MM 05 DD 22 YY 2008 | | MM 05 DD 22 YY 2008 | FROM N / A  TO N / A |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM N / A  TO N / A |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| Janet DuPertuis | YES  NO | |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE N / A  ORIGINAL REF. NO. N / A |
|---|---|
| 1. 847.2    3. 922.2 | |
| 2. 724.4    4. | 23. PRIOR AUTHORIZATION NUMBER  N / A |

| 24. A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 06 | 13 | 08 | 06 | 11 | 08 | 11 | | 99214 | | 1,2,3 | 146.90 | 1 | | 0B | MDG1558TX |
| Level 4 Return Complex Visit | | | | | | | | | | | | | | NPI | 1548389489 |
| 09 | 05 | 08 | | | | | | Carrier/Insurance - Payment | | | -124.76 | | | | |
| | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGES | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 752014828 | [X] | I01-0023460941 | | $ 146.90 | $ -124.76 | $ 22.14 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (800)733-7098 |
|---|---|---|
| | CMC - DFW Redbird Concentra Medical Centers 5520 Westmoreland Ste 200 Dallas, TX 75237 | Occupational Health Centers of the Southwest, P.A. PO Box 9005 Addison, TX 75001-9005 |
| Robert J Stuart, MD  SIGNED 02/24/2010 DATE | a. 1588696033  b. | a. 1003955220  b. MDG1558TX |

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | PICA | | | | | | | PICA | |

1. MEDICARE (Medicare #) ☐  MEDICAID (Medicaid #) ☐  TRICARE CHAMPUS (Sponsor's SSN) ☐  CHAMPVA (Member ID#) ☐  GROUP HEALTH PLAN (SSN or ID) ☐  FECA BLK LUNG (SSN) ☐  OTHER (ID) ☒

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE
MM 05 DD 17 YY 1950   SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY
**DESOTO**   STATE **TX**

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY
**Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code) **972 230-4230**

ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX M ☐ F ☐

b. AUTO ACCIDENT?  ☐ YES  ☐ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?  ☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM **N / A**   TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM **N / A**   TO **N / A**

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB?  ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**   3. **922.2**
2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE **N / A**   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE FROM | | | A. TO | | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM 06 | DD 23 | YYYY 08 | MM 06 | DD 23 | YY 08 | 11 | | 97530 | | 2,3 | 96.34 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| | | | | | | | | Therapeutic Activities-15m | | | | | | | |
| | | | 09 | 05 | 08 | | | Carrier/Insurance - Payment | | | -79.30 | | | NPI | |
| 06 | 23 | 08 | 06 | 23 | 08 | 11 | | 97110 | | 1 | 138.63 | 3 | | 0B NPI | PT1148030TX 1295923522 |
| | | | | | | | | Therapeutic Exercises-15m | | | | | | | |
| | | | 09 | 05 | 08 | | | Carrier/Insurance - Payment | | | -112.53 | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **752014828**   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☐ YES ☐ NO

28. TOTAL CHARGES $ **234.97**

29. AMOUNT PAID $ **-191.83**

30. BALANCE DUE $ **43.14**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Brent M Davis, PT**
**02/24/2010** DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**

a. **1588696033**   b.

33. BILLING PROVIDER INFO & PH # (800) 733-7098
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**

a. **1003955220**   b. **PT1148030TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | PICA | | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE (Medicare #) ☐  MEDICAID (Medicaid #) ☐  TRICARE CHAMPUS (Sponsor's SSN) ☐  CHAMPVA (Member ID#) ☐  GROUP HEALTH PLAN (SSN or ID) ☐  FECA BLK LUNG (SSN) ☐  OTHER (ID) ☒  **1a. INSURED'S I.D. NUMBER**  (FOR PROGRAM IN ITEM 1)
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

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Evans, Melvin

**3. PATIENT'S BIRTH DATE**  MM 05 DD 17 YY 1950   SEX  M ☒  F ☐

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Home Depot #8976

**5. PATIENT'S ADDRESS (No Street)**
408 Lakewood Dr

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No Street)**
500 N Interstate 35 E

**CITY**  DESOTO   **STATE** TX

**8. PATIENT STATUS**
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

**CITY**  Lancaster   **STATE** TX

**ZIP CODE** 75115   **TELEPHONE (Include Area Code)** 972 230-4230

**ZIP CODE** 751461874   **TELEPHONE (INCLUDE AREA CODE)** 912 223-4929

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**
N / A

**10. PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
200805265690001NE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
N / A

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**  YES ☒  NO ☐

**a. INSURED'S DATE OF BIRTH** MM DD YY N / A  SEX M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY N / A  SEX M ☐ F ☐

**b. AUTO ACCIDENT?**  YES ☐  NO ☐  PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. EMPLOYER'S NAME OR SCHOOL NAME**
N / A

**c. OTHER ACCIDENT?**  YES ☐  NO ☐

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
N / A

**10d. RESERVED FOR LOCAL USE**
200805265690001NE

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**  YES ☐  NO ☐  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  N / A

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT** MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE** MM 05 DD 22 YY 2008

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM N / A  TO N / A

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a.** | **17b.** NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM N / A  TO N / A

**19. RESERVED FOR LOCAL USE**
Janet DuPertuis

**20. OUTSIDE LAB?**  YES ☐  NO ☐  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 724.4
2. 847.2
3. 922.2
4.

**22. MEDICAID RESUBMISSION CODE** N / A   ORIGINAL REF. NO. N / A

**23. PRIOR AUTHORIZATION NUMBER**
N / A

| 24. A DATE(S) OF SERVICE | | | | | B Place of Service | C EMG | D PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I ID QUAL | J RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 06 | DD 24 | YYYY 08 | To MM 06 | DD 24 YY 08 | 11 | | 97530 | | 2,3 | 96.34 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| Therapeutic Activities-15m | | | | | | | | | | | | | | |
| 09 | 05 | 08 | | | | | Carrier/Insurance - Payment | | | -79.30 | | | NPI | |
| 06 | 24 | 08 | 06 | 24 08 | 11 | | 97110 | | 1 | 138.63 | 3 | | 0B NPI | PT1148030TX 1295923522 |
| Therapeutic Exercises-15m | | | | | | | | | | | | | | |
| 09 | 05 | 08 | | | | | Carrier/Insurance - Payment | | | -112.53 | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  752014828   SSN ☐  EIN ☒

**26. PATIENT'S ACCOUNT NO.**  I01-0023460941

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES ☐  NO ☐

**28. TOTAL CHARGES**  $ 234.97

**29. AMOUNT PAID**  $ -191.83

**30. BALANCE DUE**  $ 43.14

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Brent M Davis, PT
SIGNED  02/24/2010  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
CMC - DFW Redbird
Concentra Medical Centers
5520 Westmoreland Ste 200
Dallas, TX 75237
a. 1588696033  b.

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** (800) 733-7098
Occupational Health Centers
of the Southwest, P.A.
PO Box 9005
Addison, TX 75001-9005
a. 1003955220  b. PT1148030TX

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | | | | PICA | |

1. MEDICARE (Medicare #)  MEDICAID (Medicaid #)  TRICARE CHAMPUS (Sponsor's SSN)  CHAMPVA (Member ID#)  GROUP HEALTH PLAN (SSN or ID)  FECA BLK LUNG (SSN) [X]  OTHER (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE
MM 05 DD 17 YY 1950  SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED
Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY
**DESOTO**  STATE **TX**

8. PATIENT STATUS
Single  Married  Other

CITY
**Lancaster**  STATE **TX**

ZIP CODE
**75115**  TELEPHONE (Include Area Code)
**972 230-4230**

Employed  Full-Time Student  Part-Time Student

ZIP CODE
**751461874**  TELEPHONE (INCLUDE AREA CODE)
**912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[X] YES  NO

a. INSURED'S DATE OF BIRTH
MM DD YY **N / A**  SEX M F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY  SEX M F

b. AUTO ACCIDENT?
YES  NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT
MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE
MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY **N / A**  TO MM DD YY **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
**Janet DuPertuis**

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**  3. **922.2**

2. **847.2**  4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A DATE(S) OF SERVICE | | | | B Place of Service | C EMG | D PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I ID. QUAL | J RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM 06 | DD 26 | YY 08 | MM 06 | DD 26 | YY 08 | 11 | 97530 | 2,3 | 96.34 | 2 | | 0B PT1148030TX |
| Therapeutic Activities-15m | | | | | | | | | | | NPI | 1295923522 |
| 09 05 08 | | | | | Carrier/Insurance – Payment | | | -79.30 | | | NPI | |
| 06 26 08 | 06 26 08 | | | | 11 | 97110 | 1 | 138.63 | 3 | | 0B | PT1148030TX |
| Therapeutic Exercises-15m | | | | | | | | | | | NPI | 1295923522 |
| 09 05 08 | | | | | Carrier/Insurance – Payment | | | -112.53 | | | NPI | |
| | | | | | | | | | | | NPI | |
| | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
**752014828**

26. PATIENT'S ACCOUNT NO.
**I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES  NO

28. TOTAL CHARGES
$ **234 97**

29. AMOUNT PAID
$ **-191 83**

30. BALANCE DUE
$ **43 14**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
I certify that the statements on the reverse apply to this bill and are made a part thereof.

**Brent M Davis, PT**
SIGNED  DATE **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC – DFW Redbird
Concentra Medical Centers
5520 Westmoreland Ste 200
Dallas, TX 75237**
a. **1588696033**  b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #.  **(800) 733-7098**
**Occupational Health Centers
of the Southwest, P.A.
PO Box 9005
Addison, TX 75001-9005**
a. **1003955220**  b. **PT1148030TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #) ☐   MEDICAID (Medicaid #) ☐   TRICARE CHAMPUS (Sponsor's SSN) ☐   CHAMPVA (Member ID#) ☐   GROUP HEALTH PLAN (SSN or ID) ☐   FECA BLK LUNG (SSN) ☐   OTHER [X] (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1): **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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): **Evans, Melvin**

3. PATIENT'S BIRTH DATE: MM 05 DD 17 YY 1950   SEX: M [X] F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial): **Home Depot #8976**

5. PATIENT'S ADDRESS (No Street): **408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED: Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No Street): **500 N Interstate 35 E**

CITY: **DESOTO**   STATE: **TX**

8. PATIENT STATUS: Single ☐ Married ☐ Other ☐

CITY: **Lancaster**   STATE: **TX**

ZIP CODE: **75115**   TELEPHONE (Include Area Code): **972 230-4230**

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE: **751461874**   TELEPHONE (INCLUDE AREA CODE): **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial): **N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: **200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER: **N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS): [X] YES ☐ NO

a. INSURED'S DATE OF BIRTH: MM DD YY **N / A**   SEX: M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH: MM DD YY **N / A**   SEX: M ☐ F ☐

b. AUTO ACCIDENT? ☐ YES ☐ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**

c. OTHER ACCIDENT? ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**

10d. RESERVED FOR LOCAL USE: **200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: MM 05 DD 22 YY 2008 ◄ ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM **N / A** TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. ___
17b. NPI ___

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM **N / A** TO **N / A**

19. RESERVED FOR LOCAL USE: **Janet DuPertuis**

20. OUTSIDE LAB? ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. **724.4**   3. **922.2**
2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE ___ ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER: **N / A**

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 06 | DD 30 | YY 08 | To MM 06 | DD 30 | YY 08 | 11 | | 97530 | | 2,3 | 96.34 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| Therapeutic Activities-15m | | | | | | | | | | | | | | | |
| 09 | 05 | 08 | | | | | | Carrier/Insurance - Payment | | | -79.30 | | | NPI | |
| 06 | 30 | 08 | 06 | 30 | 08 | 11 | | 97110 | | 1 | 138.63 | 3 | | 0B NPI | PT1148030TX 1295923522 |
| Therapeutic Exercises-15m | | | | | | | | | | | | | | | |
| 09 | 05 | 08 | | | | | | Carrier/Insurance - Payment | | | -112.53 | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: **752014828** SSN ☐ EIN [X]

26. PATIENT'S ACCOUNT NO.: **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☐ YES ☐ NO

28. TOTAL CHARGES: **234.97**

29. AMOUNT PAID: **-191.83**

30. BALANCE DUE: **43.14**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS. I certify that the statements on the reverse apply to this bill and are made a part thereof.

**Brent M Davis, PT**
SIGNED   **02/24/2010** DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office):
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
b. **1588696033**

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: **(800) 733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**   b. **PT1148030TX**

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID)
1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE: MM **05** DD **17** YY **1950**   SEX M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED: Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**   STATE **TX**

8. PATIENT STATUS: Single [ ] Married [ ] Other [ ]

CITY **Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code) **972 230-4230**

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH: MM DD YY **N / A**   SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH: MM DD YY **N / A**   SEX M [ ] F [ ]

b. AUTO ACCIDENT? [ ] YES [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT? [ ] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [ ] NO   If YES, return to and complete item 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: MM **05** DD **22** YY **2008**   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE: MM **05** DD **22** YY **2008**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM **N / A** DD YY   TO MM **N / A** DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM **N / A** DD YY   TO MM **N / A** DD YY

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB? [ ] YES [ ] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. **724.4**   3. **922.2**
2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE **N / A**   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER **N / A**

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 01 08 | 07 01 08 | 11 | | 97110 | | 1 | 138 63 | 3 | | 0B | PT1148030TX |
| Therapeutic Exercises-15m | | | | | | | | | | NPI | 1295923522 |
| 09 05 08 | | | | Carrier/Insurance - Payment | | | -112 53 | | | | |
| | | | | | | | | | | NPI | |
| 07 01 08 | 07 01 08 | 11 | | 97530 | | 2,3 | 96 34 | 2 | | 0B | PT1148030TX |
| Therapeutic Activities-15m | | | | | | | | | | NPI | 1295923522 |
| 09 05 08 | | | | Carrier/Insurance - Payment | | | -79 30 | | | | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **752014828**   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO. **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [ ] YES [ ] NO

28. TOTAL CHARGES $ **234 97**   29. AMOUNT PAID $ **-191 83**   30. BALANCE DUE $ **43 14**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Brent M Davis, PT**
SIGNED   **02/24/2010** DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033**   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # **(800) 733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**   b. **PT1148030TX**

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | |
|---|---|
| PICA | PICA |

1. MEDICARE ☐ (Medicare #)   MEDICAID ☐ (Medicaid #)   TRICARE CHAMPUS ☐ (Sponsor's SSN)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (SSN or ID)   FECA BLK LUNG ☐ (SSN)   OTHER ☒ (ID)

1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1): **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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): **Evans, Melvin**

3. PATIENT'S BIRTH DATE: MM **05** DD **17** YY **1950**   SEX: M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial): **Home Depot #8976**

5. PATIENT'S ADDRESS (No Street): **408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED: Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No Street): **500 N Interstate 35 E**

CITY: **DESOTO**   STATE: **TX**

8. PATIENT STATUS: Single ☐ Married ☐ Other ☐

CITY: **Lancaster**   STATE: **TX**

ZIP CODE: **75115**   TELEPHONE (Include Area Code): **972 230-4230**

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE: **751461874**   TELEPHONE (INCLUDE AREA CODE): **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial): **N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: **200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER: **N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS): YES ☒ NO ☐

a. INSURED'S DATE OF BIRTH: MM DD YY **N / A**   SEX: M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH: MM DD YY **N / A**   SEX: M ☐ F ☐

b. AUTO ACCIDENT? YES ☐ NO ☐   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME: **N / A**

c. OTHER ACCIDENT? YES ☐ NO ☐

c. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME: **N / A**

10d. RESERVED FOR LOCAL USE: **200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below..

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP): MM **05** DD **22** YY **2008**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE: MM **05** DD **22** YY **2008**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM MM DD YY **N / A** TO MM DD YY **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.

17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM MM DD YY **N / A** TO MM DD YY **N / A**

19. RESERVED FOR LOCAL USE: **Janet DuPertuis**

20. OUTSIDE LAB? YES ☐ NO ☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**   3. **922.2**

2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE:   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER: **N / A**

24.

| A. DATE(S) OF SERVICE FROM MM DD YY | TO MM DD YY | B. PLACE of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 03 08 | 07 03 08 | 11 | | 97530 | | 2,3 | 96 34 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| 09 05 08 | | | | Carrier/Insurance - Payment | | | -79 30 | | | NPI | |
| 07 03 08 | 07 03 08 | 11 | | 97110 | | 1 | 138 63 | 3 | | 0B NPI | PT1148030TX 1295923522 |
| 09 05 08 | | | | Carrier/Insurance - Payment | | | -112 53 | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

Therapeutic Activities-15m (row 1)
Therapeutic Exercises-15m (row 3)

25. FEDERAL TAX I.D. NUMBER: **752014828**   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.: **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☐ NO ☐

28. TOTAL CHARGES: $ **234 97**

29. AMOUNT PAID: $ **-191 83**

30. BALANCE DUE: $ **43 14**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Brent M Davis, PT**   **02/24/2010**

SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office):

**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033**

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: **(800) 733-7098**

**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**   b. **PT1148030TX**

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

| PICA | | | | | | PICA | |
|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #) □ | MEDICAID (Medicaid #) □ | TRICARE CHAMPUS (Sponsor's SSN) □ | CHAMPVA (Member ID#) □ | GROUP HEALTH PLAN (SSN or ID) □ | FECA BLK LUNG (SSN) □ | OTHER (ID) ☒

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE MM 05 DD 17 YY 1950   SEX M ☒ F □

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED
Self □ Spouse □ Child □ Other □

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**   STATE **TX**

8. PATIENT STATUS
Single □ Married □ Other □

CITY **Lancaster**   STATE **TX**

ZIP CODE **75115**
TELEPHONE (Include Area Code) **972 230-4230**

Employed □ Full-Time Student □ Part-Time Student □

ZIP CODE **751461874**
TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES □ NO

a. INSURED'S DATE OF BIRTH MM DD YY **N / A**   SEX M □ F □

b. OTHER INSURED'S DATE OF BIRTH MM DD YY **N / A**   SEX M □ F □

b. AUTO ACCIDENT? □ YES □ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT? □ YES □ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
□ YES □ NO   IF YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM **N / A**   TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. 
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM **N / A**   TO

19. RESERVED FOR LOCAL USE
**Janet DuPertuis**

20. OUTSIDE LAB? □ YES □ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. **724.4**   3. **847.2**
2. **922.2**   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YYYY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 08 04 08 | 08 04 08 | 11 | | 97530 | 2 | 96 34 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| 1 Therapeutic Activities-15m | | | | | | | | | | |
| 09 05 08 | | | | Carrier/Insurance - Payment | | -79 30 | | | NPI | |
| 2 | | | | | | | | | | |
| 08 04 08 | 08 04 08 | 11 | | 97110 | 3 | 92 42 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| 3 Therapeutic Exercises-15m | | | | | | | | | | |
| 09 05 08 | | | | Carrier/Insurance - Payment | | -75 02 | | | NPI | |
| 4 | | | | | | | | | | |
| 08 04 08 | 08 04 08 | 11 | 59 | 97001 | 1 | 124 93 | 1 | | 0B NPI | PT1148030TX 1295923522 |
| 5 PT Eval | | | | | | | | | | |
| 09 05 08 | | | | Carrier/Insurance - Payment | | -95 60 | | | NPI | |
| 6 | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER **752014828**   SSN □ EIN ☒

26. PATIENT'S ACCOUNT NO. **I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES □ NO □

28. TOTAL CHARGES **313 69**

29. AMOUNT PAID **-249 92**

30. BALANCE DUE **63 77**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Brent M Davis, PT**
SIGNED   DATE **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033**   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #. **(800) 733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**   b. **PT1148030TX**

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | |
|---|---|---|
| PICA | | PICA |

| 1. | MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1A. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 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 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE
MM 05 DD 17 YY 1950   SEX  M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**   STATE **TX**

8. PATIENT STATUS
Single  Married  Other
Employed  Full-Time Student  Part-Time Student

CITY **Lancaster**   STATE **TX**

ZIP CODE **75115**
TELEPHONE (Include Area Code) **972 230-4230**

ZIP CODE **751461874**
TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
X YES   NO

a. INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX  M  F

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX  M  F

b. AUTO ACCIDENT?
YES   NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?
YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**200805265690001NE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT
MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE
MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY **N / A**   TO MM DD YY **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
**Janet DuPertuis**
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY **N / A**   TO MM DD YY **N / A**

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **724.4**    3. **922.2**
2. **847.2**    4.

22. MEDICAID RESUBMISSION CODE **N / A**   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE FROM | TO | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 08 06 08 | 08 06 08 | 11 | | 97530 | 1 | 96.34 | 2 | | 0B | PT1148030TX |
| Therapeutic Activities-15m | | | | | | | | | NPI | 1295923522 |
| 09 05 08 | | | | Carrier/Insurance - Payment | | -79.30 | | | NPI | |
| 08 06 08 | 08 06 08 | 11 | | 97110 | 1,2,3 | 92.42 | 2 | | 0B | PT1148030TX |
| Therapeutic Exercises-15m | | | | | | | | | NPI | 1295923522 |
| 09 05 08 | | | | Carrier/Insurance - Payment | | -75.02 | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN X
**752014828**

26. PATIENT'S ACCOUNT NO.
**I01-0023460941**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES   NO

28. TOTAL CHARGES
**188 76**

29. AMOUNT PAID
**-154 32**

30. BALANCE DUE
**34 44**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Brent M Davis, PT**
SIGNED   DATE **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033**   b.

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: **(800)733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**   b. **PT1148030TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

PICA | | | | PICA | | |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]   1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
(Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) (ID)   **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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)   **Evans, Melvin**
3. PATIENT'S BIRTH DATE  05 17 1950  M [X]  F  SEX
4. INSURED'S NAME (Last Name, First Name, Middle Initial)   **Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)   **408 Lakewood Dr**
6. PATIENT'S RELATIONSHIP TO INSURED  Self  Spouse  Child  Other
7. INSURED'S ADDRESS (No Street)   **500 N Interstate 35 E**

CITY   **DESOTO**   STATE **TX**
8. PATIENT STATUS  Single  Married  Other
CITY  **Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code)  **972 230-4230**
Employed  Full-Time Student  Part-Time Student
ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE)  **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)   **N / A**
10. PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER   **200805265690001NE**

a. OTHER INSURED'S POLICY OR GROUP NUMBER   **N / A**
a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [X] YES  NO
a. INSURED'S DATE OF BIRTH  **N / A**  M  F  SEX

b. OTHER INSURED'S DATE OF BIRTH  **N / A**  M  F  SEX
b. AUTO ACCIDENT?  YES  NO  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME   **N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME   **N / A**
c. OTHER ACCIDENT?  YES  NO
c. INSURANCE PLAN NAME OR PROGRAM NAME   **N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME   **N / A**
10d. RESERVED FOR LOCAL USE  **200805265690001NE**
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  **SIGNATURE ON FILE**   DATE  **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  **SIGNATURE ON FILE**

14. DATE OF CURRENT  **05 22 2008**  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  **05 22 2008**
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM **N / A**  TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM **N / A**  TO **N / A**

19. RESERVED FOR LOCAL USE   **Janet DuPertuis**
20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. **724.4**   3. **922.2**
2. **847.2**   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. **N / A**
23. PRIOR AUTHORIZATION NUMBER   **N / A**

| 24. A DATE(S) OF SERVICE FROM / TO | B Place of Service | C EMG | D PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS / MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I ID QUAL | J RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 08 07 08  08 07 08 | 11 | | 97530 | 1 | 96 34 | 2 | | 0B | PT1148030TX |
| Therapeutic Activities-15m | | | | | | | | NPI | 1295923522 |
| 09 05 08 Carrier/Insurance - Payment | | | | | -79 30 | | | | |
| | | | | | | | | NPI | |
| 08 07 08  08 07 08 | 11 | | 97110 | 1,2,3 | 92 42 | 2 | | 0B | PT1148030TX |
| Therapeutic Exercises-15m | | | | | | | | NPI | 1295923522 |
| 09 05 08 Carrier/Insurance - Payment | | | | | -75 02 | | | | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  **752014828**  SSN  EIN [X]
26. PATIENT'S ACCOUNT NO.  **I01-0023460941**
27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO
28. TOTAL CHARGES  $ **188 76**
29. AMOUNT PAID  $ **-154 32**
30. BALANCE DUE  $ **34 44**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Brent M Davis, PT**
SIGNED  **02/24/2010**  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
**CMC - DFW Redbird
Concentra Medical Centers
5520 Westmoreland Ste 200
Dallas, TX 75237**
*1588696033

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # **(800)733-7098**
**Occupational Health Centers
of the Southwest, P.A.
PO Box 9005
Addison, TX 75001-9005**
*1003955220  PT1148030TX

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA                                                                                                                PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Evans, Melvin | 05 17 1950  M [X] F | Home Depot #8976 |

| 5. PATIENT'S ADDRESS (No Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No Street) |
|---|---|---|
| 408 Lakewood Dr | Self Spouse Child Other | 500 N Interstate 35 E |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DESOTO | TX | Single Married Other | Lancaster | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 75115 | 972 230-4230 | Employed  Full-Time Student  Part-Time Student | 751461874 | 912 223-4929 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| N / A | | 200805265690001NE |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH MM DD YY / SEX |
|---|---|---|
| N / A | [X] YES   NO | N / A   M   F |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY / SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| N / A   M   F | YES   NO | N / A |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| N / A | YES   NO | N / A |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| N / A | 200805265690001NE | YES   NO   If YES, return to and complete items 9a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT MM DD YY ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY |
|---|---|---|
| 05 22 2008 | 05 22 2008 | FROM N / A   TO N / A |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. / 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY |
|---|---|---|
| Janet DuPertuis | | FROM N / A   TO N / A |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?   $ CHARGES |
|---|---|
| | YES   NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.4   3. 922.2
2. 847.2   4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. N / A |
|---|---|

23. PRIOR AUTHORIZATION NUMBER
N / A

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY TO MM DD YYYY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 08 11 08  08 11 08 11 | | | 97530 | 1 | 96 34 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| Therapeutic Activities-15m | | | | | | | | | |
| 09 10 08  Carrier/Insurance - Payment | | | | | -79 30 | | | NPI | |
| 08 11 08  08 11 08 11 | | | 97110 | 1,2,3 | 92 42 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| Therapeutic Exercises-15m | | | | | | | | | |
| 09 10 08  Carrier/Insurance - Payment | | | | | -75 02 | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGES | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 752014828   [X] | I01-0023460941 | YES   NO | 188 76 | -154 32 | 34 44 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #. (800)733-7098 |
|---|---|---|
| Brent M Davis, PT SIGNED   02/24/2010 DATE | CMC - DFW Redbird Concentra Medical Centers 5520 Westmoreland Ste 200 Dallas, TX 75237 | Occupational Health Centers of the Southwest, P.A. PO Box 9005 Addison, TX 75001-9005 |
| | a. 1588696033  b. | a. 1003955220  b. PT1148030TX |

NUCC Instruction Manual available at: www.nucc.org          APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

| 1500 |

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | PICA

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) [X] | OTHER (ID) | **1A. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
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

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Evans, Melvin

3. PATIENT'S BIRTH DATE   MM 05 DD 17 YY 1950   SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Home Depot #8976

5. PATIENT'S ADDRESS (No Street)
408 Lakewood Dr

6. PATIENT RELATIONSHIP TO INSURED   Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No Street)
500 N Interstate 35 E

CITY
DESOTO   STATE TX

8. PATIENT STATUS   Single [ ]   Married [ ]   Other [ ]

CITY
Lancaster   STATE TX

ZIP CODE
75115   TELEPHONE (Include Area Code)
972 230-4230

Employed [ ]   Full-Time Student [ ]   Part-Time Student [ ]

ZIP CODE
751461874   TELEPHONE (INCLUDE AREA CODE)
912 223-4929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N / A

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
200805265690001NE

a. OTHER INSURED'S POLICY OR GROUP NUMBER
N / A

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   [X] YES   [ ] NO

a. INSURED'S DATE OF BIRTH   MM DD YY   N / A   SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   N / A   SEX M [ ] F [ ]

b. AUTO ACCIDENT?   [ ] YES   [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
N / A

c. EMPLOYER'S NAME OR SCHOOL NAME
N / A

c. OTHER ACCIDENT?   [ ] YES   [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
N / A

d. INSURANCE PLAN NAME OR PROGRAM NAME
N / A

10d. RESERVED FOR LOCAL USE
200805265690001NE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES   [ ] NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **SIGNATURE ON FILE**   DATE   N / A

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize payment of medical benefits to the undersigned physician or supplier for service described below.

SIGNED   **SIGNATURE ON FILE**

14. DATE OF CURRENT   MM 05 DD 22 YY 2008   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE   MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM N / A   TO N / A

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM N / A   TO N / A

19. RESERVED FOR LOCAL USE
Janet DuPertuis

20. OUTSIDE LAB?   [ ] YES   [ ] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.4   3. 844.9
2. 847.2   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.   N / A

23. PRIOR AUTHORIZATION NUMBER   N / A

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 13 08 | 08 13 08 | 11 | | 97530 | | 2 | 144.51 | 3 | | 0B NPI | PT1148030TX 1295923522 |
| 09 26 08 Carrier/Insurance - Payment | | | | | | | -118.95 | | | NPI | |
| 08 13 08 | 08 13 08 | 11 | | 97110 | | 1,2,3 | 92.42 | 2 | | 0B NPI | PT1148030TX 1295923522 |
| 09 19 08 Carrier/Insurance - Payment | | | | | | | -75.02 | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

Therapeutic Activities-15m

Therapeutic Exercises-15m

25. FEDERAL TAX I.D. NUMBER   752014828   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.   I01-0023460941

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   [ ] YES   [ ] NO

28. TOTAL CHARGES   236.93

29. AMOUNT PAID   -193.97

30. BALANCE DUE   42.96

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Brent M Davis, PT
SIGNED   02/24/2010   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
CMC - DFW Redbird
Concentra Medical Centers
5520 Westmoreland Ste 200
Dallas, TX 75237
a. 1588696033   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   (800) 733-7098
Occupational Health Centers
of the Southwest, P.A.
PO Box 9005
Addison, TX 75001-9005
a. 1003955220   b. PT1148030TX

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Sedgwick
PO Box 14497
Lexington, KY 40512-4497

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

PICA | | | PICA

1. MEDICARE (Medicare #) ☐   MEDICAID (Medicaid #) ☐   TRICARE CHAMPUS (Sponsor's SSN) ☐   CHAMPVA (Member ID#) ☐   GROUP HEALTH PLAN (SSN or ID) ☐   FECA BLK LUNG (SSN) ☐   OTHER ☒ (ID)

1A. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
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

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Evans, Melvin

3. PATIENT'S BIRTH DATE  MM 05 DD 17 YY 1950   SEX M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Home Depot #8976

5. PATIENT'S ADDRESS (No Street)
408 Lakewood Dr

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No Street)
500 N Interstate 35 E

CITY DESOTO   STATE TX

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY Lancaster   STATE TX

ZIP CODE 75115   TELEPHONE (Include Area Code) 972 230-4230

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 751461874   TELEPHONE (INCLUDE AREA CODE) 912 223-4929

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N / A

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
200805265690001NE

a. OTHER INSURED'S POLICY OR GROUP NUMBER
N / A

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH  MM DD YY N / A   SEX M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY N / A   SEX M ☐  F ☐

b. AUTO ACCIDENT?  ☐ YES  ☐ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
N / A

c. EMPLOYER'S NAME OR SCHOOL NAME
N / A

c. OTHER ACCIDENT?  ☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
N / A

d. INSURANCE PLAN NAME OR PROGRAM NAME
N / A

10d. RESERVED FOR LOCAL USE
200805265690001NE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT  MM 05 DD 22 YY 2008  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM 05 DD 22 YY 2008

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM N / A   TO N / A

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. |
17b. NPI |

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM N / A   TO N / A

19. RESERVED FOR LOCAL USE
Janet DuPertuis

20. OUTSIDE LAB?  ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.4   3. 922.2
2. 847.2   4. 844.9

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. N / A

23. PRIOR AUTHORIZATION NUMBER
N / A

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 15 08 | 08 15 08 | 11 | | 97530 | | 2,3 | 144.51 | 3 | | 0B | PT1148030TX 1295923522 |
| 09 26 08 | Therapeutic Activities-15m Carrier/Insurance - Payment | | | | | | -118.95 | | | NPI | |
| 08 15 08 | 08 15 08 | 11 | | 97110 | | 1,4 | 92.42 | 2 | | 0B | PT1148030TX 1295923522 |
| 09 26 08 | Therapeutic Exercises-15m Carrier/Insurance - Payment | | | | | | -75.02 | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
752014828

26. PATIENT'S ACCOUNT NO.
I01-0023460941

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE
236.93

29. AMOUNT PAID
-193.97

30. BALANCE DUE
42.96

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Brent M Davis, PT
SIGNED 02/24/2010

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
CMC - DFW Redbird
Concentra Medical Centers
5520 Westmoreland Ste 200
Dallas, TX 75237

a. 1588696033   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  (800) 733-7098
Occupational Health Centers
of the Southwest, P.A.
PO Box 9005
Addison, TX 75001-9005

a. 1003955220   b. PT1148030TX

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Liberty Mutual Home Depot ONLY
PO Box 7072
London, KY 40742-7072

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | PICA | | | | | | PICA | |

1. MEDICARE (Medicare #) ☐  MEDICAID (Medicaid #) ☐  TRICARE CHAMPUS (Sponsor's SSN) ☐  CHAMPVA (Member ID#) ☐  GROUP HEALTH PLAN (SSN or ID) ☐  FECA BLK LUNG (SSN) ☐  OTHER ☒ (ID) | **1A. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE
MM 05 DD 17 YY 1950   SEX M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY
**DESOTO**   STATE **TX**

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY
**Lancaster**   STATE **TX**

ZIP CODE **75115**   TELEPHONE (Include Area Code) **972 230-4230**

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE **751461874**   TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**WC 14C-007670**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☒  NO ☐

a. INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY **N / A**   SEX M ☐  F ☐

b. AUTO ACCIDENT?
YES ☐  NO ☐   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?
YES ☐  NO ☐

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**WC 14C-007670**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☐   If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT MM **04** DD **22** YY **2009**   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) ◄

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM **04** DD **22** YY **2009**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY **N / A**   TO MM DD YY **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. 
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY **N / A**   TO MM DD YY **N / A**

19. RESERVED FOR LOCAL USE
**LAURA MAZIOL**

20. OUTSIDE LAB?
YES ☐  NO ☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**        3. 
2. **847.2**        4. 

22. MEDICAID RESUBMISSION CODE **N / A**   ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM 04 | DD 23 | YYYY 09 | MM 04 | DD 23 | YY 09 | 11 | | 99214 | | 1,2 | 146.90 | 1 | | OB | MDG1558TX |
| Level 4 Return Complex Visit | | | | | | | | | | | | | NPI | 1548389489 |
| 05 | 22 | 09 | | | | | Carrier/Insurance - Payment | | | | -129.27 | | | | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **752014828**   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.
**I01-0023696725**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☐  NO ☐

28. TOTAL CHARGES $ **146.90**

29. AMOUNT PAID $ **-129.27**

30. BALANCE DUE $ **17.63**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**Robert J Stuart, MD**
**02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033**   b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # **(800) 733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220**   b. **MDG1558TX**

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Liberty Mutual Home Depot ONLY
PO Box 7072
London, KY 40742-7072

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | |
|---|---|
| PICA | PICA |

1. MEDICARE  (Medicare #)  MEDICAID  (Medicaid #)  TRICARE CHAMPUS  (Sponsor's SSN)  CHAMPVA  (Member ID#)  GROUP HEALTH PLAN  (SSN or ID)  FECA BLK LUNG  (SSN)  OTHER [X] (ID)

1a. INSURED'S I.D. NUMBER  (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE  MM **05** DD **17** YY **1950**  SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT'S RELATIONSHIP TO INSURED  Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**  STATE **TX**

8. PATIENT STATUS  Single  Married  Other

CITY **Lancaster**  STATE **TX**

ZIP CODE **75115**  TELEPHONE (Include Area Code) **972 230-4230**

Employed  Full-Time Student  Part-Time Student

ZIP CODE **751461874**  TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**WC 14C-007670**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [X] YES  NO

a. INSURED'S DATE OF BIRTH  MM **N / A** DD  YY  SEX M  F

b. OTHER INSURED'S DATE OF BIRTH  MM **N / A** DD  YY  SEX M  F

b. AUTO ACCIDENT?  YES  NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**WC 14C-007670**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT  MM **04** DD **22** YY **2009**  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM **04** DD **22** YY **2009**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM **N / A**  TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM **N / A**  TO **N / A**

19. RESERVED FOR LOCAL USE
**LAURA MAZIOL**

20. OUTSIDE LAB?  YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **724.4**    3.
2. **847.2**    4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE FROM MM DD YYYY | TO MM DD YYYY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 30 09 | 04 30 09 | 11 | | 99214  Level 4 Return Complex Visit | 1,2 | 146.90 | 1 | | 0B NPI | MDG1558TX 1548389489 |
| 05 30 09 | | | | Carrier/Insurance - Payment | | -129.27 | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  **752014828**  SSN  EIN [X]

26. PATIENT'S ACCOUNT NO.  **I01-0023696725**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES  NO

28. TOTAL CHARGES  **146.90**

29. AMOUNT PAID  **-129.27**

30. BALANCE DUE  **17.63**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED **Robert J Stuart, MD**  DATE **02/24/2010**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Redbird
Concentra Medical Centers
5520 Westmoreland Ste 200
Dallas, TX 75237**
a. **1588696033**  b.

33. PHYSICIAN'S, SUPPLIERS BILLING NAME, ADDRESS, ZIP CODE & PHONE # **(800)733-7098**
**Occupational Health Centers
of the Southwest, P.A.
PO Box 9005
Addison, TX 75001-9005**
a. **1003955220**  b. **MDG1558TX**

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Liberty Mutual Home Depot ONLY
PO Box 7072
London, KY 40742-7072

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | | | | | | |
|---|---|---|---|---|---|---|---|

PICA

1. MEDICARE (Medicare #) ☐ MEDICAID (Medicaid #) ☐ TRICARE CHAMPUS (Sponsor's SSN) ☐ CHAMPVA (Member ID#) ☐ GROUP HEALTH PLAN (SSN or ID) ☐ FECA BLK LUNG (SSN) ☐ OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**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**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Evans, Melvin**

3. PATIENT'S BIRTH DATE
MM **05** DD **17** YY **1950**  SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Home Depot #8976**

5. PATIENT'S ADDRESS (No Street)
**408 Lakewood Dr**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No Street)
**500 N Interstate 35 E**

CITY **DESOTO**  STATE **TX**

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐

CITY **Lancaster**  STATE **TX**

ZIP CODE **75115**  TELEPHONE (Include Area Code) **972 230-4230**

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE **751461874**  TELEPHONE (INCLUDE AREA CODE) **912 223-4929**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**N / A**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**WC 14C-007670**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
**N / A**

a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☒ YES ☐ NO

a. INSURED'S DATE OF BIRTH
MM DD YY **N / A**  SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY **N / A**  SEX M ☐ F ☐

b. AUTO ACCIDENT? ☐ YES ☐ NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. EMPLOYER'S NAME OR SCHOOL NAME
**N / A**

c. OTHER ACCIDENT? ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**N / A**

10d. RESERVED FOR LOCAL USE
**WC 14C-007670**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☐ NO  If YES, return to and complete items 9a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **N / A**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT MM **04** DD **22** YY **2009**  ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) ◄

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM **04** DD **22** YY **2009**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM **N / A**  TO **N / A**

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM **N / A**  TO **N / A**

19. RESERVED FOR LOCAL USE
**LAURA MAZIOL**

20. OUTSIDE LAB? ☐ YES ☐ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. **724.4**  3. **842.02**

2. **847.2**  4. **847.1**

22. MEDICAID RESUBMISSION CODE **N / A**  ORIGINAL REF. NO. **N / A**

23. PRIOR AUTHORIZATION NUMBER
**N / A**

| 24. A. DATE(S) OF SERVICE From MM DD YYYY | To MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 07 09 | 05 07 09 | 11 | | 99214 | | 1,2,3 | 159.23 | 1 | | 0B NPI | MDG1558TX 1548389489 |
| 06 05 09 | | | | Carrier/Insurance - Payment | | | -135.69 | | | NPI | |
| | | | | Level 4 Return Complex Visit | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
**752014828**

26. PATIENT'S ACCOUNT NO.
**I01-0023696725**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☐ YES ☐ NO

28. TOTAL CHARGES $ **159.23**

29. AMOUNT PAID $ **-135.69**

30. BALANCE DUE $ **23.54**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Robert J Stuart, MD**
SIGNED **02/24/2010** DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**CMC - DFW Redbird**
**Concentra Medical Centers**
**5520 Westmoreland Ste 200**
**Dallas, TX 75237**
a. **1588696033** b.

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # **(800) 733-7098**
**Occupational Health Centers**
**of the Southwest, P.A.**
**PO Box 9005**
**Addison, TX 75001-9005**
a. **1003955220** b. **MDG1558TX**

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

**SOMMERMAN & QUESADA, L.L.P.**
3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
*personalinjury@textrial.com*
www.textrial.com

ANDREW G. SOMMERMAN †
GEORGE (TEX) QUESADA †
HEATHER LONG ††
STEVEN S. SCHULTE

———— J. ELLIS †••
*Of Counsel*

MARY ALICE McLARTY †††
*Of Counsel*

*Board Certified in Personal Injury Trial Law*
*Board Certified in Civil Trial Law*
*Certified Civil Trial Advocate:*
*National Board of Trial Advocacy*
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

March 30, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

      Re:    Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

    Enclosed for filing among the papers of this Court are an original and one copy of Plaintiff's Notice of Filing Affidavits for Business and/or Medical Records with regard to the referenced lawsuit. Please return a file-marked copy of this pleading to us in the enclosed self-addressed, stamped envelope.

    By copy of this letter, all counsel are being served with a copy of this pleading.

    Thank you for your usual courtesy and cooperation in these matters.

        Sincerely yours,

        Norma Pecina,
        Legal Assistant to Steven S. Schulte

:np
Enclosures

cc w/encl:
**Via Fax 512/370-2850**
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701



# SOMMERMAN & QUESADA, L.L.P.

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
*personalinjury@textrial.com*
www.textrial.com

*ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE
Of Counsel

MARY ALICE McLARTY †††
Of Counsel

*Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
Board Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

April 16, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

SCANNED

         Re:     Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

        Enclosed for filing among the papers of this Court are an original and one copy of an Agreed
Level 3 Scheduling Order.  Please present this Order to the Judge for signing, and once signed,
please provide our office with a conformed copy to the underlying attorney in the envelope enclosed.

        Thank you for your usual courtesy and cooperation in these matters.

                                        Sincerely yours,

                                        Norma Pecina,
                                        Legal Assistant to Steven S. Schulte

:np
Enclosures

cc w/encl:
**VIA FAX 512/370-2850**
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

**SOMMERMAN & QUESADA, L.L.P.**

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com
www.textrial.com

FILED

2010 APR 19 PM 3:19

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

*AL ELLIS†**▲
*Of Counsel*

MARY ALICE McLARTY †††
*Of Counsel*

*Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
▲ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

April 16, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

Re:    Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

Enclosed for filing among the papers of this Court are an original and one copy of a Rule 11 Agreement between counsel regarding discovery in the referenced matter. Please file this document and return a file-marked copy to us via our runner.

By copy of this letter, all counsel are being served with a copy of this pleading.

Thank you for your usual courtesy and cooperation in these matters.

Sincerely yours,

Norma Pecina,
Legal Assistant to Steven S. Schulte

:np
Enclosures

cc w/encl:
**VIA FAX 512/370-2850**
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

# SOMMERMAN & QUESADA, L.L.P.

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
*personalinjury@textrial.com*
www.textrial.com

*ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

*AL ELLIS†**▲
*Of Counsel*

MARY ALICE McLARTY †††
*Of Counsel*

*Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
▲ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

FILED

2010 MAY -3 PM 3:01

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

April 30, 2010

VIA CM/RRR NO. 7008 1140 0002 8349 6830
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

Re:     Cause No. CC-10-01305-A; Melvin Evans v. Home Depot, U.S.A., Inc.

Dear Mr. Smith:

Enclosed you will find the following:                    SCANNED

1.      Plaintiff's Responses to Defendant's Request for Disclosure;

2.      Plaintiff's Objections and Answers to Defendant's Interrogatories; and

3.      Plaintiff's Objections and Responses to Defendant's Request for Production.

In accordance with the Texas Rules of Civil Procedure, the original documents will be kept in our possession.  By copy of this letter, the court clerk is being notified of service of these documents.

If you should have any questions, please do not hesitate to contact our office.

Sincerely,

Steven S. Schulte

SSS:nlp

cc w/o encl:
Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606





**SOMMERMAN & QUESADA, L.L.P.**

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com
www.textrial.com

ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

*AL ELLIS†**▲
*Of Counsel*

MARY ALICE McLARTY †††
*Of Counsel*

*Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
▲ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

May 4, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

FILED
2010 MAY -6 PM 2: 33
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Re:   Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

This letter is to notify you that I will be on vacation from Monday, June 14 through Wednesday, June 30, 2010.

I respectfully request that the Court set no hearings or trials for these dates. By copy of this letter, I have further requested that no depositions or other matters be scheduled by counsel in the above referenced matter during this period.

Thank you for your assistance and cooperation in this regard.

With kind regards,

*/s/ Andrew B. Sommerman*

Andrew B. Sommerman

ABS:dr
N:\Active\4500\4597\Correspondence\vacation ltr 050410.wpd

cc:
**Via Fax 512/370-2850**
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701



**County Court at Law No. 1**
**George Allen Courts Bldg**
**600 Commerce St. 5th Floor**
**Dallas, TX 75202**
**(214) 653-6581**

May 07, 2010

KEN RUBENSTEIN
4514 COLE AVE STE 1450
DALLAS TX 75205

Cause No.CC-10-01305-A MELVIN EVANS vs. HOME DEPOT, U.S.A, INC
In the County Court at Law No. 1 of Dallas County, Texas

All Counsel of Record:

TREK DOYLE
WINSTEAD SECHREST & MINICK P C
401 CONGRES AVE,  STE 2100
AUSTIN          TX  78701

STEVEN S SCHULTE
3811 TURTLE CREEK BLVD
SUITE 1400
DALLAS TX  75219-4461

SCANNED

**The parties are instructed to cross-serve this notice on all adverse parties in compliance with Texas Rule of Civil Procedure 21a.**

      **(1)  JURY TRIAL:**      **February 08, 2011 @ 9:00 AM**

Sincerely,

*County Court at Law No.1*
*Policies and Procedures*
*Can be reviewed at*
www.judgedmetriabenson.com

Judge D'Metria Benson
County Court at Law No. 1
Dallas County, Texas

*IF A **JURY DEMAND** IS REQUESTED, IT MUST BE MADE IN WRITING AND SUBMITTED WITH **$57.00** FOR THE JURY AND BAILIFF FEES TO: MR. JOHN WARREN, DALLAS COUNTY CLERK, 600 COMMERCE, #101, DALLAS, TEXAS 75202**



**County Court at Law No. 1**
**George Allen Courts Bldg**
**600 Commerce St. 5th Floor**
**Dallas, TX 75202**
**(214) 653-6581**

May 07, 2010

TREK DOYLE
WINSTEAD SECHREST & MINICK P C
401 CONGRES AVE,  STE 2100
AUSTIN          TX  78701

SCANNED

Cause No.CC-10-01305-A MELVIN EVANS vs. HOME DEPOT, U.S.A, INC
In the County Court at Law No. 1 of Dallas County, Texas

All Counsel of Record:

**The parties are instructed to cross-serve this notice on all adverse parties in compliance with Texas Rule of Civil Procedure 21a.**

    **(1)  JURY TRIAL:**      **February 08, 2011 @ 9:00 AM**

Trial announcements in ALL cases must be made in accordance with Local Rule 3.02(a). When no announcement is made for Plaintiff, the case may be dismissed for want of prosecution. When no announcement is made for Defendant, Defendant will be presumed ready.

An agreed or unopposed motion for continuance, even for a first trial setting, will NOT automatically be granted. Counsel (or pro se parties) are responsible for contacting court personnel to determine if a continuance has been granted or denied. **FAILURE TO APPEAR FOR TRIAL MAY RESULT IN CASE DISMISSAL OR DEFAULT JUDGMENT, AND EVEN AN AGREED OR UNOPPESED MOTION TO REINSTATE WILL NOT AUTOMATICALLY BE GRANTED.**

Completion of discovery, presentation of pretrial motions and other matters relating to preparation for trial are governed by the Local Rules of Civil Courts of Dallas County available from the County Clerks office and at www.dallascourts.com/resources.htm.

Sincerely,

*County Court at Law No.1*
*Policies and Procedures*
*Can be reviewed at*
www.judgedmetriabenson.com

  Judge D'Metria Benson
County Court at Law No. 1
Dallas County, Texas

*IF A **JURY DEMAND** IS REQUESTED, IT MUST BE MADE IN WRITING AND SUBMITTED WITH **$57.OO** FOR THE JURY AND BAILIFF FEES TO: MR. JOHN WARREN, DALLAS COUNTY CLERK, 600 COMMERCE, #101, DALLAS, TEXAS 75202**



**County Court at Law No. 1**
**George Allen Courts Bldg**
**600 Commerce St. 5th Floor**
**Dallas, TX 75202**
**(214) 653-6581**

SCANNED

May 07, 2010

STEVEN S SCHULTE
3811 TURTLE CREEK BLVD
SUITE 1400
DALLAS TX 75219-4461

Cause No.CC-10-01305-A MELVIN EVANS vs. HOME DEPOT, U.S.A, INC
In the County Court at Law No. 1 of Dallas County, Texas

All Counsel of Record:

**The parties are instructed to cross-serve this notice on all adverse parties in compliance with Texas Rule of Civil Procedure 21a.**

    **(1)  JURY TRIAL:**     **February 08, 2011 @ 9:00 AM**

Trial announcements in ALL cases must be made in accordance with Local Rule 3.02(a). When no announcement is made for Plaintiff, the case may be dismissed for want of prosecution. When no announcement is made for Defendant, Defendant will be presumed ready.

An agreed or unopposed motion for continuance, even for a first trial setting, will NOT automatically be granted. Counsel (or pro se parties) are responsible for contacting court personnel to determine if a continuance has been granted or denied. **FAILURE TO APPEAR FOR TRIAL MAY RESULT IN CASE DISMISSAL OR DEFAULT JUDGMENT, AND EVEN AN AGREED OR UNOPPESED MOTION TO REINSTATE WILL NOT AUTOMATICALLY BE GRANTED.**

Completion of discovery, presentation of pretrial motions and other matters relating to preparation for trial are governed by the Local Rules of Civil Courts of Dallas County available from the County Clerks office and at www.dallascourts.com/resources.htm.

                                          Sincerely,

*County Court at Law No.1*                             Judge D'Metria Benson
*Policies and Procedures*                         County Court at Law No. 1
*Can be reviewed at*                               Dallas County, Texas
*www.judgedmetriabenson.com*

*IF A **JURY DEMAND** IS REQUESTED, IT MUST BE MADE IN WRITING AND SUBMITED WITH **$57.OO** FOR THE JURY AND BAILIFF FEES TO: MR. JOHN WARREN, DALLAS COUNTY CLERK, 600 COMMERCE, #101, DALLAS, TEXAS 75202**

SOMMERMAN & QUESADA, L.L.P.

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
*personalinjury@textrial.com*
www.textrial.com

*ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

*AL ELLIS†**▲
*Of Counsel*

MARY ALICE McLARTY †††
*Of Counsel*

*Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
▲ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

May 14, 2010

**VIA FAX: 512/370-2850**
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

Re:     Cause No. CC-10-01305-A; Melvin Evans v. Home Depot, U.S.A., Inc.

Dear Mr. Smith:

Attached you will find the following:

1.     Jury Trial Notice reflecting jury trial on **February 8, 2011**;

2.     Mediation Order appointing Ken Rubenstein as mediator; and

3.     Conformed Agreed Level 3 Scheduling Order.

If you should have any questions, please do not hesitate to contact our office.

Sincerely,

Andrew B. Sommerman

ABS:nlp
Attachments

cc w/o encl:

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606



**JOHN F. WARREN**
**Dallas County Clerk**
**George Allen Sr. Court Bldg.**
**600 Commerce St, Ste 101**
**Dallas, Texas  75202-3551**

STATE OF TEXAS                §

COUNTY OF DALLAS          §


I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-10-01305-A.

MELVIN EVANS, **PLAINTIFF (S)**

**VS**

HOME DEPOT, U.S.A, INC, **DEFENDANT (S)**

**PLAINTIFF'S DESIGNATION OF LEAD COUNSEL,** FILED: MAAY 21, 2010
Minutes of County Court at Law No. 1, Dallas County, Texas.

**WITNESS MY HAND AND SEAL** of said Court this 5th day of October, 2010.

John F. Warren, County Clerk


By:   _Alvin Beck_

ALVIN BECK, Deputy

CAUSE NO. CC-10-01305-A

FILED

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | **2010 MAY 21  PM 3:35** |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO.1 |
| | § | JOHN F. WARREN |
| | § | COUNTY CLERK |
| HOME DEPOT, U.S.A., INC. | § | DALLAS COUNTY |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

### PLAINTIFF'S DESIGNATION OF LEAD COUNSEL

SCANNED

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Melvin Evans, Plaintiff in this action, and hereby designates Andrew B.

Sommerman as lead counsel on his behalf to have full control and management of this cause and to

receive all communications from the Court or other counsel relating to the case at the following

address and telephone number:

Andrew B. Sommerman
Sommerman & Quesada, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
Telephone (214) 720-0720
Fax (214) 720-0184
E-mail:   andrew@textrial.com

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
*Telephone*:    (214) 720-0720
*Facsimile*:    (214) 720-0184
*E-mail*:       andrew@textrial.com

ATTORNEYS FOR PLAINTIFF


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has this date been sent to all attorneys of record in the above-styled and numbered cause, said service being effected in the following manner on the _____ day of May, 2010.

Certified Mail/Return Receipt Requested          _____

Hand Delivery                                    _____

Telecopy                                         __X_____

Regular Mail                                     _____

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

# SOMMERMAN & QUESADA, L.L.P.

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com
www.textrial.com

FILED

2010 MAY 21 PM 3: 35

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

\*ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

\*AL ELLIS†\*\*▲
*Of Counsel*

MARY ALICE McLARTY †††
*Of Counsel*

*Board Certified in Personal Injury Trial Law*
\*\**Board Certified in Civil Trial Law*
▲ *Certified Civil Trial Advocate:*
  *National Board of Trial Advocacy*
† *College of the State Bar of Texas*
†† *Licensed in Texas and New Mexico*
††† *Licensed in Texas and District of Columbia*

May 18, 2010

**Via Hand Delivery**
Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

   Re:   Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

   Enclosed for filing among the papers of this Court are an original and one copy of Plaintiff's Designation of Lead Counsel. Please file this document and return a file-marked copy of same to us via the awaiting courier.

   By copy of this letter, all counsel are being served with a copy of this pleading.

   Thank you for your assistance in this matter.

                              Sincerely,

                              Debbie Rima, Legal Assistant to
                              Andrew B. Sommerman

DR/nlp
N:\Active\4500\4597\Correspondence\Clerk 051810 filing Plf's Design Lead Counsel.wpd

cc:
**VIA FAX 512/370-2850**
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



SCANNED
FILED
2010 AUG -4 PM 2:45
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-10-01305-A

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO.1 |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

### PLAINTIFF'S MOTION TO QUASH, FOR PROTECTION FROM DISCOVERY, AND OBJECTIONS TO DEPOSITIONS BY WRITTEN QUESTIONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Plaintiff Melvin Evans, Movant herein, and bring this Motion to Quash, for Protection from Discovery, and Objections against Defendant. Plaintiff asks the Court to quash the deposition on written questions notice of Solace Counseling Associates and/or Dr. Dhiren Paten, DO, and to issue a protective order.

### A. Introduction

1. Plaintiff is Melvin Evans. Defendant is Home Depot, U.S.A., Inc.

2. Plaintiff brought suit against Defendant for personal injury based upon his claim of negligence.

3. Discovery in this suit is governed by a Level III discovery control plan.

### B. Facts

4. Plaintiff was served on July 28, 2010 with Defendant's Notice of Deposition by Written Questions and Subpoena Duces Tecum directed to Solace Counseling Associates and/or Dr. Dhiren Paten, DO. See **Exhibit A**, attached hereto.

5. Plaintiff asks the Court to sign a protective order restricting access to and dissemination of the medical and billing records of Solace Counseling Associates and/or Dr. Dhiren Paten, DO as they pertain to the irrelevant medical history of Plaintiff.

PLAINTIFFS' MOTION TO QUASH, FOR PROTECTION FROM DISCOVERY,
AND OBJECTIONS TO DEPOSITIONS BY WRITTEN QUESTIONS
N:\Active\4500\4597\Pleadings\M-Quash DWQ - Solace.wpd

PAGE 1

## C. Argument & Authorities

6.      This deposition by written questions is not reasonably limited in time or scope to the events or issues related to this litigation.

7.      This deposition by written questions seeks information that violates the physician-patient privilege (Tex. R. Evid. 509; Tex. R. Civ. P. 193.3).  Only medical conditions and/or medical records that relate "in a significant way to a party's claim or defense" are discoverable. *R.K. v. Ramirez*, 887 S.W.2d 836 (Tex. 1994); *Groves v. Gabriel*, 874 S.W.2d 660 (Tex. 1994); *Mutter v. Wood*, 744 S.W.2d 600 (Tex. 1988).

8.      Defendant is not entitled to forage through Plaintiff Melvin Evans' medical records simply because he has made a claim for physical injury.  Litigants do not have a license to engage in "fishing expeditions" into privileged matters.  *In Re Jane Doe*, 22 S.W.3d 601 (Tex. App. – Austin 2000) (*relying on Coates v. Whittington*, 758 S.W.2d 749 (Tex. 1988) and *Ginsberg v. Fifth Court of Appeals*, 686 S.W.2d 105 (Tex. 1985)).

9.      The only medical condition of Plaintiff Melvin Evans that has any legal significance to either party's claim(s) or defense(s), are the injuries described in *Plaintiff's Original Petition*.  Any other medical conditions, if any, contained in his medical records are privileged under Texas Rules of Evidence 509.  Under *R.K.* and *In Re Doe* and in accordance with the live pleadings in this case, neither tangential, irrelevant nor unrelated medical conditions would be properly submitted to a jury to determine Defendant's negligence, negligence per se, or the conclusory allegation of contributory negligence asserted by Defendant's attorneys (although not directly asserted by Defendant itself).

10.     A trial court has discretion to protect a party with a protective order.  Tex. R. Civ. P. 192.6; *Axelson, Inc. v. McIlhany*, 798 S.W.2d 550, 553 (Tex. 1990).  The court has the authority to limit the scope of discovery based on the needs and circumstances of the case.  Tex. R. Civ. P. 192, cmt. 7.

11.     Plaintiff asks the Court for a protective order because Defendant's discovery request is over broad. Tex. R. Civ. P. 192, cmt. 1.  A discovery request must be reasonably tailored to include only relevant matters. *In re American Optical Corp.*, 988 S.W.2d 711, 713 (Tex. 1998).  The Supreme Court has identified as overbroad requests encompassing time periods, products, or activities.  *See In Regarding: CSX Corp.*, 124 S.W.3d 149, 153 (Tex. 2003) (request to identify all safety employees of defendant over 30-year period was over broad); *American Optical*, 988 S.W.2d at 713 (request for production of almost every document relating to asbestos that defendant had ever produced for 50 years was over broad); *K-Mart Corp. v. Sanderson*, 937 S.W.2d 429, 431 (Tex. 1996) (request for information about criminal conduct at location for seven years was over broad); *Dillard Dep't Stores, Inc. v. Hall*, 909 S.W.2d 491, 492 (Tex. 1995) (request for every similar claim from every store was over broad).  The requests in this case are over broad as to the time period and relevancy to the matter at hand. Plaintiff objects to the depositions by written questions because all depositions call for the healthcare providers to produce for inspection and photocopying "***Any and all medical records....***".

12.     Plaintiff Melvin Evans has **not** waived his federally protected privacy rights under HIPPA relating to his medical records.  Plaintiff has **not** provided Defendant with a general medical release to permit Defendant to forage through Plaintiff's medical records.

### D.  Prayer

14.     For these reasons, Plaintiff asks the Court to quash Defendant's deposition notice and issue an order protecting Plaintiff from Defendant's improper 'deposition upon written questions' seeking "**Any and all**" of Plaintiff's medical and billing records from Solace Counseling Associates and/or Dr. Dhiren Patel, DO.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.


_____
Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

ATTORNEYS FOR PLAINTIFF


### CERTIFICATE OF CONFERENCE

_____   A conference has been held on the merits of this Motion.

__X__   I have been unsuccessful in my attempts to contact the attorney for the Defendant.

_____   I have been unsuccessful in my attempts to discuss this matter with the Defendant's attorney as said attorney has not returned my telephone calls or responded to my letter.

_____   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

_____   Defendant's attorney has agreed or is unopposed to Movant's request under this Motion.


_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has this date been sent to all attorneys of record in the above-styled and numbered matter, said service being effected in the following manner:

Certified Mail/Return Receipt Requested     _____

Hand Delivery     _____

Telecopy     ✓

Regular Mail     _____

DATED: _____8/4/10_____

**SOMMERMAN & QUESADA, L.L.P.**

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com
www.textrial.com

ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††
STEVEN S. SCHULTE

*AL ELLIS†**▲
Of Counsel

MARY ALICE McLARTY †††
Of Counsel

‡ Board Certified in Personal Injury Trial Law
‡‡ Board Certified in Civil Trial Law
▲ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

FILED
2010 AUG -4 PM 2: 45
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

August 3, 2010

**Via Hand Delivery**
Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

Re:     Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

Enclosed for filing among the papers of this Court are an original and one copy of Plaintiff's Motion to Quash, for Protection from Discovery, and Objections to Depositions by Written Questions and proposed Order.  Please file this document and return a file-marked copy of the Motion to us via the awaiting courier.

By copy of this letter, all counsel are being served with a copy of this pleading.

Thank you for your assistance in this matter.

Sincerely,

Andrew B. Sommerman

ABS:dr
Encl
N:\Active\4500\4597\Correspondence\Clerk 080310 filing M-Quash.wpd

cc:
**Via Fax 512/370-2850**
Peyton N. Smith
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

**Via Fax 512/476-7202**
Waterloo Litigation Support, Inc.
1505 W. 44th Street
Austin, TX  78756

CAUSE NO. CC-10-01305-A

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO.1 |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

**PLAINTIFF'S NOTICE OF FILING RULE 11 AGREEMENT**

COMES NOW Plaintiff and files with the Court this his NOTICE OF FILING RULE 11

AGREEMENT (Exhibit A) attached hereto.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
*Telephone*:     (214) 720-0720
*Facsimile*:     (214) 720-0184
*E-mail*:     andrew@textrial.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has this date been sent to all attorneys of record in the above-styled and numbered cause, said service being effected in the following manner on the 8th day of September, 2010.

Certified Mail/Return Receipt Requested          _____

Hand Delivery          _____

Telecopy          _____

Regular Mail          _____

**SOMMERMAN & QUESADA, L.L.P.**

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com

ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††N

*AL ELLIS†**▲
Of Counsel

www.textrial.com
MARY ALICE McLARTY †††
Of Counsel

*Board Certified in Personal Injury Trial Law
**Board Certified in Civil Trial Law
▲ Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

*FILED*
2010 SEP -9 PM 2: 39
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

September 8, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

    Re:    Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

    Enclosed for filing among the papers of this Court are an original and one copy of Plaintiff's Notice of Filing Rule 11 Agreement. Please file this document and return a file-marked copy of the Motion to us in the enclosed self addressed envelope.

    By copy of this letter, all counsel are being served with a copy of this pleading.

    Thank you for your assistance in this matter.

                Sincerely,

                Deanna Inman
                Legal Assistant

cc:
**VIA FAX 512/370-2850**
Trek C. Doyle
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

# SOMMERMAN & QUESADA, L.L.P.

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5573
TELECOPIER 214-720-0184
personalinjury@texmal.com

*ANDREW B. SOMMERMAN T
GEORGE (TEX) QUESADA TT
HEATHER LONG TTN

*AL ELLIST*~
Of Counsel

www.texmal.com
MARY ALICE McLARTY TTT
Of Counsel

* Board Certified in Personal Injury Trial Law
~ Board Certified in Civil Trial Law
+ Certified Civil Trial Advocate
National Board of Trial Advocacy
† College of the State Bar of Texas
TT Licensed in Texas and New Mexico
TTT Licensed in Texas and District of Columbia

September 8, 2010

**Via Fax: 512/370-2850**
Trek C. Doyle
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

Re:   Cause No. CC-10-01305-A; Melvin Evans v. Home Depot, U.S.A., Inc.

Dear Mr. Doyle:

Please allow this letter to serve as our Rule 11 Agreement wherein Plaintiff and Defendant have agreed to extend the deadline to designate experts and provide reports from retained experts. The new expert designation schedule is as follows:

11/05/2010   Plaintiff's Experts shall be designated and reports and CVs from retained experts tendered not later than this date.

12/06/2010   Defendant's Experts shall be designated and reports and CVs from retained experts tendered not later than this date.

If this accurately reflects your understanding, please sign below and fax it back to my office.

With kind regards,

Andrew B. Sommerman

**AGREED:**

Trek C. Doyle
Attorney for Defendant
Home Depot USA, Inc.

EXHIBIT
_A_



**JOHN F. WARREN**
**Dallas County Clerk**
**George Allen Sr. Court Bldg.**
**600 Commerce St, Ste 101**
**Dallas, Texas  75202-3551**

STATE OF TEXAS            §

COUNTY OF DALLAS          §


I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-10-01305-A.

MELVIN EVANS, **PLAINTIFF (S)**

**VS**

HOME DEPOT, U.S.A, INC, **DEFENDANT (S)**

**PLAINTIFF'S FIRST AMENDED PETITION, REQUEST FOR DISCLOSURE, AND JURY DEMAND,** FILED: SEPTEMBER 14, 2010

Minutes of County Court at Law No. 1, Dallas County, Texas.

**WITNESS MY HAND AND SEAL** of said Court this 5th day of October, 2010.

John F. Warren, County Clerk

By: _Alvin Beck_

ALVIN BECK, Deputy

FILED

CAUSE NO. CC-10-01305-A

2010 SEP 14  PM 3: 37

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO. 1 |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

SCANNED

## PLAINTIFF'S FIRST AMENDED PETITION, REQUEST FOR DISCLOSURE, AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

ENTERED

COME NOW, Plaintiff Melvin Evans, and files Plaintiff's First Amended Petition, Request for Disclosure, and Jury Demand complaining of Defendant Home Depot, U.S.A., Inc., and would respectfully show unto the Court as follows:

**1.00   DISCOVERY CONTROL PLAN**

Pursuant to Rule 190 *et seq* of the Texas Rules of Civil Procedure, Plaintiff requests a Level III discovery control plan.

**2.00   REQUEST FOR DISCLOSURE**

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests Defendant to disclose, within fifty (50) days of service of this request, the information and material described in Rule 194.2 of the Texas Rules of Civil Procedure. Plaintiff specifically requests Defendant to produce responsive documents at the undersigned law offices within fifty (50) days of service of this request.

**3.00   PARTIES**

3.01   Plaintiff Melvin Evans is a resident of DeSoto, Dallas County, Texas. The last

PLAINTIFF'S FIRST AMENDED PETITION, REQUEST FOR DISCLOSURE,  AND JURY DEMAND                    PAGE 1



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

three digits of Melvin Evans' driver's license number are 433, and the last three digits of his

social security number are 121.

3.02     Defendant Home Depot, U.S.A., Inc. is a foreign for-profit corporation, licensed to

do business in the State of Texas.  Defendant Home Depot, U.S.A., Inc, has been served and has

filed an answer.

**4.00     VENUE AND JURISDICTION**

4.01     This Court has venue and jurisdiction over the parties to this action since the matter

in controversy exceeds the sum or value of the minimum jurisdictional limits of the Court, exclusive

of costs and interest, and because such negligence complained of herein occurred in Dallas County,

Texas.

**5.00     FACTS**

5.01     On or about May 22, 2008, at approximately 9:00 a.m., Plaintiff Melvin Evans, was

working as an employee of Defendant Home Depot, U.S.A., Inc., at the Home Depot Store #8976,

under the direct supervision of Mark Bedford and Steve Thompson.

5.02     Defendant Home Depot, U.S.A., Inc., entered into a valid and enforceable written

contract with Melvin Evans when the company hired him as an employee. For his performance as

an employee, Evans was to receive compensation for medical bills incurred as a result of any work-

related injuries and compensation for any work that he would miss as a result of sustaining such

injuries.

5.03  Plaintiff was instructed by Home Depot supervisor Mark Bedford and Steve Thompson

to quickly move freight (i.e., patio furniture) from the back of the store to the front of the store in the

outdoor or garden section of the store.  He was moving this freight with a manual pallet jack as



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

instructed by these Home Depot supervisors.

5.04    As Plaintiff pulled the manual pallet jack through the aisles of the garden or outdoor section of the store, a cone-shaped metal sprayer, approximately 3/4" to 1" in diameter, and approximately 6" in length, which was connected to a water spigot approximately 3 feet from the ground, which was attached to a beam in the outdoor or garden section of the store, struck Plaintiff. The metal sprayer protruded into the aisle, at this height level, and was not visible to Plaintiff before it struck him.

5.05    The metal sprayer struck Plaintiff right below his waist on the right side, directly below his hip, causing Plaintiff to fall to the ground, resulting in the manual pallet jack striking Plaintiff in the back and left side of his body, causing serious and ongoing injuries to Plaintiff.

5.06    On approximately April 22, 2009, a Home Depot supervisor or supervisors, aware of Plaintiff's May 2008 incident inside Home Depot and resulting physical injuries and limitations, instructed Plaintiff to move and/or arrange lawn mowers outside of the store.  Plaintiff suffered additional injuries in complying with the Home Depot supervisor's or supervisors' instructions.

5.07    Defendant Home Depot, U.S.A., Inc., breached its written contract with Melvin Evans because it has failed to fully compensate Melvin Evans for his medical bills and time missed from work as a result of his work-related injuries sustained on or about May 22, 2008, and April 22, 2009. These breaches of contract were unwarranted, unjustified, and without cause.

**6.00    CAUSES OF ACTION AGAINST DEFENDANT HOME DEPOT, U.S.A., INC.**

<u>NEGLIGENCE</u>

6.01    Plaintiff would also show that said Defendant breached a duty of care to Plaintiff by failing to select, hire, supervise, train or retain competent employees to maintain a safe work place

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

and to ensure the safety of employees like Plaintiff. The negligent acts and omissions of said Defendant were a direct and proximate cause of the incident in question and the resulting injuries and damages sustained by the Plaintiff. The violations, negligent acts, and omissions are, among others, as follows:

    a.    Defendant instructed Plaintiff to move quickly through the store without regard to Plaintiff's safety;

    b.    Defendant failed to warn or instruct Plaintiff of the potential hazards of moving quickly through the store;

    c.    Defendant failed to properly inspect and/or maintain the store against potential hazards to its employees;

    d.    Defendant failed to properly and safely supervise the moving of the pallets or freight.

    e.    Defendant failed to adequately train, educate, and instruct its employees and/or staff to maintain a safe workplace and to protect the health and safety of its employees;

    f.    Defendant retained its employees and/or staff knowing that they were performing their duties and obligations in an unsafe manner;

    g.    Defendant failed to inspect and/or maintain the premises in a safe condition; and

    h.    Defendant created a dangerous condition and failed to warn Plaintiff of the dangerous condition.

    6.02    On the occasion in question, Mark Bedford and Steve Thompson, as well as any other supervisor of Plaintiff, were acting as supervisors employed by Home Depot, U.S.A., Inc., to supervise Plaintiff and his coworkers, in the furtherance of the business of Home Depot, U.S.A., Inc.; therefore, Plaintiff asserts causes of action against Home Depot, U.S.A., Inc., based on the theory of *Respondeat Superior*.

### Breach of Contract

    6.03    Defendant Home Depot, U.S.A., Inc., entered into a valid and enforceable written

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

contract when it contracted with Plaintiff Melvin Evans.  In exchange for Evan's performance as an

employee, Evans was to receive compensation from Defendant for medical bills incurred as a result

of any work-related injuries and compensation for any work that he would miss as a result of

sustaining such injuries.

6.04   Plaintiff Melvin Evans performed by, among other things, working his assigned shifts

at the Home Depot store where he was assigned to work.

6.05    Defendant Home Depot, U.S.A., Inc.,  breached its contract with Plaintiff Melvin

Evans by failing to meet its obligations described above when Melvin Evans sustained work-related

injuries on or about May 22, 2008, and April 22, 2009after Melvin Evans had performed his end of

the contract.

**7.00   DAMAGES**

7.01    As a direct and proximate result of the negligence described above, Plaintiff has

suffered the following damages:

7.02    As a result of the incident described herein, Plaintiff has incurred medical expenses

and in all reasonable probability such medical expenses will continue in the future.

7.03    Plaintiff has suffered lost wages and/or lost earning capacity in the past as a result of

this incident and in reasonable probability such lost earning capacity will continue in the future.

7.04    Plaintiff has experienced physical pain and suffering in the past as a result of this

incident and in all reasonable probability will sustain physical pain and suffering in the future as a

result of his physical injuries.

7.05    Plaintiff has experienced mental anguish in the past as a result of this incident and

in all reasonable probability will sustain mental anguish in the future as a result of this incident.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

7.06    Plaintiff has experienced physical impairment or physical incapacity in the past as a result of this incident and in reasonable probability will sustain physical impairment or physical incapacity in the future.

7.07    Plaintiff has experienced physical disfigurement in the past and in all reasonable probability will suffer physical disfigurement in the future as a result of the incident in question.

7.08    As a result of the above, Plaintiff seek damages in excess of the minimum jurisdictional limits of this Court.

**8.00    EXEMPLARY DAMAGES**

For additional causes of action, Plaintiff re-pleads as fully as though set forth in this paragraph all allegations under paragraphs 1.00  through 7.00 and alleges that all the acts and omissions on the part of the Defendant, taken singularly or in combination, constitute gross negligence and were the proximate cause of the damages and injuries of Plaintiff as alleged herein. This gross negligence entitles the Plaintiff to exemplary damages.  Specifically, Plaintiff alleges that the Defendant's acts were more than momentary thoughtlessness, inadvertence, or error of judgment. The Defendant acted with such an entire want of care to establish that the acts and/or omissions were the result of actual conscious indifference to the rights, safety or welfare of the Plaintiff.  Plaintiff seeks exemplary damages against the Defendant in the amount of four times Plaintiff's actual damages or to punish Defendant for its wrongdoing and to deter other companies that might be tempted to engage in the same or similar conduct.

**9.00    CLAIM FOR PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

Plaintiff claims all lawful pre-judgment and post-judgment interest on the damages suffered by him.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

**10.00  JURY DEMAND**

Plaintiff requests that a jury be convened to try the factual issues in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein and, upon final hearing of this cause, Plaintiff have judgment against Defendant for damages described herein, for costs of suit, interest from the date of the incident and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

ATTORNEYS FOR PLAINTIFFS



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has been sent to all attorneys of record in the above-styled and numbered matter, said service being effected in the following manner this __14th__ day of September, 2010:

Certified Mail/Return Receipt Requested      _____

Hand Delivery                                _____

Telecopy                                     ✕

Regular Mail                                 _____

E-Mail                                       _____



**SOMMERMAN & QUESADA, L.L.P.**

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
*personalinjury@textrial.com*

ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††N
AL ELLIS†*▲
*Of Counsel*

www.textrial.com
MARY ALICE McLARTY †††
*Of Counsel*

*Board Certified in Personal Injury Trial Law
** Board Certified in Civil Trial Law
* Certified Civil Trial Advocate:
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

September 14, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

  Re: Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

  Enclosed for filing among the papers of this Court are an original and one copy of Plaintiff's First Amended Petition, Request for Disclosure and Jury Demand. Please file this document and return a file-marked copy to the courier.

  By copy of this letter, all counsel are being served with a copy of this pleading.

  Thank you for your assistance in this matter.

    Sincerely,

    Deanna Inman
    Legal Assistant

cc:
**VIA FAX 512/370-2850**
Trek C. Doyle
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE





**JOHN F. WARREN**
**Dallas County Clerk**
**George Allen Sr. Court Bldg.**
**600 Commerce St, Ste 101**
**Dallas, Texas  75202-3551**

STATE OF TEXAS            §

COUNTY OF DALLAS        §

I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 1, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-10-01305-A.

MELVIN EVANS, **PLAINTIFF (S)**

**VS**

HOME DEPOT, U.S.A, INC, **DEFENDANT (S)**

**PLAINTIFF'S   FIRST   SUPPLEMENTAL   PETITION,   REQUEST   FOR DISCLOSURE, AND JURY DEMAND,** FILED: SEPTEMBER 17, 2010
Minutes of County Court at Law No. 1, Dallas County, Texas.

**WITNESS MY HAND AND SEAL** of said Court this 5th day of October, 2010.

John F. Warren, County Clerk

By: _Alvin Beck_

ALVIN BECK, Deputy



CAUSE NO. CC-10-01305-A

**FILED**

| | | |
|---|---|---|
| MELVIN EVANS, | § | IN THE COUNTY COURT 2010 SEP 17 PM 3:34 |
| | § | |
| Plaintiff, | § | JOHN F. WARREN |
| | § | COUNTY CLERK |
| vs. | § | AT LAW NO. DALLAS COUNTY |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

### PLAINTIFF'S FIRST SUPPLEMENTAL PETITION, REQUEST FOR DISCLOSURE, AND JURY DEMAND

**SCANNED**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Melvin Evans, and files Plaintiff's First Supplemental Petition, Request for Disclosure, and Jury Demand complaining of Defendant Home Depot, U.S.A., Inc., and would respectfully show unto the Court as follows:

**1.00    DISCOVERY CONTROL PLAN**

Pursuant to Rule 190 *et seq* of the Texas Rules of Civil Procedure, Plaintiff requests a Level III discovery control plan.

**2.00    REQUEST FOR DISCLOSURE**

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests Defendant to disclose, within fifty (50) days of service of this request, the information and material described in Rule 194.2 of the Texas Rules of Civil Procedure. Plaintiff specifically requests Defendant to produce responsive documents at the undersigned law offices within fifty (50) days of service of this request.



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

**3.00   PARTIES**

3.01     Plaintiff Melvin Evans is a resident of DeSoto, Dallas County, Texas.  The last

three digits of Melvin Evans' driver's license number are 433, and the last three digits of his

social security number are 121.

3.02     Defendant Home Depot, U.S.A., Inc. is a foreign for-profit corporation, licensed to

do business in the State of Texas.  Defendant Home Depot, U.S.A., Inc, has been served and has

filed an answer.

**4.00   VENUE AND JURISDICTION**

4.01     This Court has venue and jurisdiction over the parties to this action since the matter

in controversy exceeds the sum or value of the minimum jurisdictional limits of the Court, exclusive

of costs and interest, and because such negligence complained of herein occurred in Dallas County,

Texas.

**5.00   FACTS**

5.01     On or about May 22, 2008, at approximately 9:00 a.m., Plaintiff Melvin Evans, was

working as an employee of Defendant Home Depot, U.S.A., Inc., at the Home Depot Store #8976,

under the direct supervision of Mark Bedford and Steve Thompson.

5.02     Defendant Home Depot, U.S.A., Inc., entered into a valid and enforceable written

contract with Melvin Evans when the company hired him as an employee. For his performance as

an employee, Evans was to receive compensation for medical bills incurred as a result of any work-

related injuries and compensation for any work that he would miss as a result of sustaining such

injuries.

5.03   Plaintiff was instructed by Home Depot supervisor Mark Bedford and Steve Thompson

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

to quickly move freight (i.e., patio furniture) from the back of the store to the front of the store in the outdoor or garden section of the store. He was moving this freight with a manual pallet jack as instructed by these Home Depot supervisors.

5.04    As Plaintiff pulled the manual pallet jack through the aisles of the garden or outdoor section of the store, a cone-shaped metal sprayer, approximately 3/4" to 1" in diameter, and approximately 6" in length, which was connected to a water spigot approximately 3 feet from the ground, which was attached to a beam in the outdoor or garden section of the store, struck Plaintiff. The metal sprayer protruded into the aisle, at this height level, and was not visible to Plaintiff before it struck him.

5.05    The metal sprayer struck Plaintiff right below his waist on the right side, directly below his hip, causing Plaintiff to fall to the ground, resulting in the manual pallet jack striking Plaintiff in the back and left side of his body, causing serious and ongoing injuries to Plaintiff.

5.06    On approximately April 22, 2009, a Home Depot supervisor or supervisors, aware of Plaintiff's May 2008 incident inside Home Depot and resulting physical injuries and limitations, instructed Plaintiff to move and/or arrange lawn mowers outside of the store. Plaintiff suffered additional injuries in complying with the Home Depot supervisor's or supervisors' instructions.

5.07    Defendant Home Depot, U.S.A., Inc., breached its written contract with Melvin Evans because it has failed to fully compensate Melvin Evans for his medical bills and time missed from work as a result of his work-related injuries sustained on or about May 22, 2008, and April 22, 2009. These breaches of contract were unwarranted, unjustified, and without cause.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**6.00    CAUSES OF ACTION AGAINST DEFENDANT HOME DEPOT, U.S.A., INC.**

NEGLIGENCE

6.01    Plaintiff would also show that said Defendant breached a duty of care to Plaintiff by failing to select, hire, supervise, train or retain competent employees to maintain a safe work place and to ensure the safety of employees like Plaintiff.  The negligent acts and omissions of said Defendant were a direct and proximate cause of the incident in question and the resulting injuries and damages sustained by the Plaintiff.  The violations, negligent acts, and omissions are, among others, as follows:

    a.    Defendant instructed Plaintiff to move quickly through the store without regard to Plaintiff's safety;

    b.    Defendant failed to warn or instruct Plaintiff of the potential hazards of moving quickly through the store;

    c.    Defendant failed to properly inspect and/or maintain the store against potential hazards to its employees;

    d.    Defendant failed to properly and safely supervise the moving of the pallets or freight.

    e.    Defendant failed to adequately train, educate, and instruct its employees and/or staff to maintain a safe workplace and to protect the health and safety of its employees;

    f.    Defendant retained its employees and/or staff knowing that they were performing their duties and obligations in an unsafe manner;

    g.    Defendant failed to inspect and/or maintain the premises in a safe condition; and

    h.    Defendant created a dangerous condition and failed to warn Plaintiff of the dangerous condition.

6.02    On the occasion in question, Mark Bedford and Steve Thompson, as well as any other supervisor of Plaintiff, were acting as supervisors employed by Home Depot, U.S.A., Inc., to supervise Plaintiff and his coworkers, in the furtherance of the business of Home Depot, U.S.A., Inc.;

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

therefore, Plaintiff asserts causes of action against Home Depot, U.S.A., Inc., based on the theory

of *Respondeat Superior*.

BREACH OF CONTRACT

6.03     Defendant Home Depot, U.S.A., Inc., entered into a valid and enforceable written

contract when it contracted with Plaintiff Melvin Evans.  In exchange for Evan's performance as an

employee, Evans was to receive compensation from Defendant for medical bills incurred as a result

of any work-related injuries and compensation for any work that he would miss as a result of

sustaining such injuries.

6.04    Plaintiff Melvin Evans performed by, among other things, working his assigned shifts

at the Home Depot store where he was assigned to work.

6.05     Defendant Home Depot, U.S.A., Inc.,  breached its contract with Plaintiff Melvin

Evans by failing to meet its obligations described above when Melvin Evans sustained work-related

injuries on or about May 22, 2008, and April 22, 2009after Melvin Evans had performed his end of

the contract.

6.06    The Defendant's breach of contract was, singularly and severally, a proximate cause

of Plaintiff's injuries.

**7.00    DAMAGES**

7.01    As a direct and proximate result of the negligence described above, Plaintiff has

suffered the following damages:

7.02    As a result of the incident described herein, Plaintiff has incurred medical expenses

and in all reasonable probability such medical expenses will continue in the future.

7.03    Plaintiff has suffered lost wages and/or lost earning capacity in the past as a result of

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

this incident and in reasonable probability such lost earning capacity will continue in the future.

7.04    Plaintiff has experienced physical pain and suffering in the past as a result of this incident and in all reasonable probability will sustain physical pain and suffering in the future as a result of his physical injuries.

7.05    Plaintiff has experienced mental anguish in the past as a result of this incident and in all reasonable probability will sustain mental anguish in the future as a result of this incident.

7.06    Plaintiff has experienced physical impairment or physical incapacity in the past as a result of this incident and in reasonable probability will sustain physical impairment or physical incapacity in the future.

7.07    Plaintiff has experienced physical disfigurement in the past and in all reasonable probability will suffer physical disfigurement in the future as a result of the incident in question.

7.08    As a result of the above-mentioned actions and/or omissions by Defendant Home Depot, U.S.A., Inc., Melvin Evans suffered monetary damages.   These damages were natural, probable, and a foreseeable consequence of the defendant's breach of contract and other actions that Melvin Evans detrimentally relied upon.  Specifically, Melvin Evans suffered damages in the form of lost salary and medical bills that he paid or incurred a debt from as a result of his work-related injury.

7.09    As a result of the above, Plaintiff seek damages in excess of the minimum jurisdictional limits of this Court.

## 8.00    EXEMPLARY DAMAGES

For additional causes of action, Plaintiff re-pleads as fully as though set forth in this paragraph all allegations under paragraphs 1.00  through 7.00 and alleges that all the acts and

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

omissions on the part of the Defendant, taken singularly or in combination, constitute gross negligence and were the proximate cause of the damages and injuries of Plaintiff as alleged herein. This gross negligence entitles the Plaintiff to exemplary damages. Specifically, Plaintiff alleges that the Defendant's acts were more than momentary thoughtlessness, inadvertence, or error of judgment. The Defendant acted with such an entire want of care to establish that the acts and/or omissions were the result of actual conscious indifference to the rights, safety or welfare of the Plaintiff. Plaintiff seeks exemplary damages against the Defendant in the amount of four times Plaintiff's actual damages or to punish Defendant for its wrongdoing and to deter other companies that might be tempted to engage in the same or similar conduct.

## 9.00    ATTORNEYS' FEES

9.01    Plaintiff requests that he be granted relief in the form of attorney fees from Defendant Home Depot, U.S.A., Inc., pursuant to TEX. CIV. PRAC. & REM. CODE section 38.001(8).

## 10.00    CLAIM FOR PRE-JUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff claims all lawful pre-judgment and post-judgment interest on the damages suffered by him.

## 11.00    JURY DEMAND

Plaintiff requests that a jury be convened to try the factual issues in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein and, upon final hearing of this cause, Plaintiff have judgment against Defendant for damages described herein, for costs of suit, interest from the date of the incident and for such other and further relief to which Plaintiff may be justly entitled.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has been sent to all attorneys of record in the above-styled and numbered matter, said service being effected in the following manner this __17th__ day of September, 2010:

Certified Mail/Return Receipt Requested     X

Hand Delivery     _____

Telecopy     _____

Regular Mail     _____

E-Mail     _____

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

SOMMERMAN & QUESADA, L.L.P.

3811 TURTLE CREEK BOULEVARD, SUITE 1400
DALLAS, TEXAS 75219
TELEPHONE 214-720-0720
TOLL FREE 800-900-5373
TELECOPIER 214-720-0184
personalinjury@textrial.com

ANDREW B. SOMMERMAN †
GEORGE (TEX) QUESADA ††
HEATHER LONG ††N

Of Counsel
www.textrial.com
MARY ALICE McLARTY
Of Counsel

*Board Certified in Personal Injury Trial Law
Board Certified in Civil Trial Law
Certified Civil Trial Advocate,
National Board of Trial Advocacy
† College of the State Bar of Texas
†† Licensed in Texas and New Mexico
††† Licensed in Texas and District of Columbia

September 17, 2010

Clerk
County Court at Law No. 1
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor
Dallas, Texas 75202-4606

     Re:    Cause No. CC-10-01305-A; *Melvin Evans v. Home Depot, USA, Inc.*

Dear Clerk:

    Enclosed for filing among the papers of this Court are an original and one copy of Plaintiff's First Supplemental Petition, Request for Disclosure and Jury Demand. Please file this document and return a file-marked copy to the courier.

    By copy of this letter, all counsel are being served with a copy of this pleading.

    Thank you for your assistance in this matter.

              Sincerely,

              Deanna Inman
              Legal Assistant

cc:
VIA FAX 512/370-2850
Trek C. Doyle
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



