IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVANS, MELVIN | § § § | |
| vs. | § | CIVIL ACTION NO. 3:10CV-2059B |
| HOME DEPOT U.S.A., INC. | § § § | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendant file this Stipulation of Dismissal.

1. Plaintiff is Melvin Evans; Defendant is Home Depot U.S.A., Inc.

2. On February 23, 2010, Plaintiff sued Defendant.

3. Plaintiff and Defendant move to dismiss this suit.

4. This case in not a class action.

5. A receiver has not been appointed in this case.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is with prejudice to refilling.

Dated ___/___, ~~November~~ December, 2010.

Respectfully submitted,

By: /s/ Peyton N. Smith
Peyton N. Smith
State Bar No. 18664350
Trek C. Doyle
State Bar No. 00790608
Winstead PC
401 Congress Avenue, Suite 2100
Austin, Texas 78701
512.370.2800 (Telephone)
512.370.2850 (Telecopier)

**ATTORNEYS FOR DEFENDANT HOME DEPOT U.S.A., INC.**

By: /s/ Andrew Sommerman
Andrew Sommerman, SBN 18842150
Sommerman & Quesada, LLP
3811 Turtle Creek Blvd., Ste. 1400
Dallas, Texas 75219-4461
214-720-0720
214-720-0184 fax
**Attorneys for Plaintiff Melvin Evans**

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 3rd day of ~~November~~ DECEMBER, 2010:

Trek C. Doyle

Austin_1\615563\1
22926-350 11/4/2010